# EXHIBIT 3

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Franklin D. Polite

Telephone: (912) 844 46 43

Mailing Address: 2143 Fox St

Savannah, Georgia 31415

Email: PoliteFranklin@yahoo.com

Last Three Digits of Driver's License: 182

Last Three Digits of Social Security Number: 8052

Date: 13 Feb 13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Jason Reddecliff

Name (print): [signature]

Telephone: 321-544-1168

Mailing Address: 1171 Serengeti Way
Rockledge Florida

Email: Stephschool 80@ Yahoo.com

Last Three Digits of Driver's License: 256

Last Three Digits of Social Security Number: 391

Date: 10-25-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Susana Cienfuegos

Name (print): Susana E Cienfuegos

Telephone: (805) 317-5632

Mailing Address: 334 ACACIA Rd
Santa Paula CA, 93060

Email: Scienfuegos109@gmail.com

Last Three Digits of Driver's License: 957

Last Three Digits of Social Security Number: 923

Date: 12-26-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Natalie Lynn Gochenour

Telephone: 913-424-6819

Mailing Address: 500 NW 2nd Ave
Miami FL 33101

Email: NGOCH4142@students.KCKCC.EDU

Last Three Digits of Driver's License: 250

Last Three Digits of Social Security Number: 083

Date: 01/10/15

Mailed 2/20/2013 RAG

CAUSE NO. 2011-50578

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Robert A. George

Telephone: ~~417-424-3421 Hm~~ 417-719-8364 Cell #2 417-830-9383 Cell #1 ← New as of 4/16/13

Mailing Address: ~~P.O. Box 82~~ P.O. BOX 8304

~~Diggins, MO 65636~~ Springfield, MO 65801 ← (Rsd 5/13/2013)

Left this Address 5/8/13

Email: robertgeorge53ppo@yahoo.com

Last Three Digits of Driver's License: TX 836

Last Three Digits of Social Security Number: 317

Date: 2/19/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Kim Jackson

Telephone: (985) 227-5965

Mailing Address: 107 Thole Drive
Thibodaux LA 70301

Email: 00hlala123@charter.net

Last Three Digits of Driver's License: 796

Last Three Digits of Social Security Number: 019

Date: 1/16/14

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Ann C Linder

Name (print): ANN C. Linder

Telephone: 404-435-3229

Mailing Address: 779 Boston Common
College park GA 30349

Email: AnnLinder@bellsouth.net

Last Three Digits of Driver's License: 4360

Last Three Digits of Social Security Number: 6355

Date: ____________

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Janet Cahee

Name (print): Janet Cahee.

Telephone: 601-331-7213.

Mailing Address: 1044 Parkwood Pl.
Jackson, MS 39206

Email: [illegible]100@yahoo.com

Last Three Digits of Driver's License: 418

Last Three Digits of Social Security Number: 959

Date: 3/4/13.

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Mark Grey

Telephone: 415-424-1780

Mailing Address: 10405 NW 19th St
Pembroke Pines, FL 33028

Email: mark.grey24@gmail.com

Last Three Digits of Driver's License: 363-0

Last Three Digits of Social Security Number: 1890

Date: 1/3/14

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Lorenzo Lowery

Name (print): lorenzo lowery

Telephone: 408-386-8677

Mailing Address: 397 Roan st
San Jose,
California 95123

Email: lorenzolowery@sbcglobal.net

Last Three Digits of Driver's License: 335

Last Three Digits of Social Security Number: 170

Date: 2/2/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Marilyn Lowerison

Telephone: 337-335-8821

Mailing Address: 211 Liberty Ave Apt 1126
Lafayette LA 70508

Email: ________

Last Three Digits of Driver's License: 306

Last Three Digits of Social Security Number: 7781

Date: 3/6/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Grace Sandoval

Name (print): Grace Sandoval

Telephone: (707) 447-8627

Mailing Address: 212 Circle Dr.
Vacaville CA 95688

Email: @

Last Three Digits of Driver's License: 136

Last Three Digits of Social Security Number: 784

Date: 1-19-14

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Marseille Neely

Name (print): Marseille Neely

Telephone: (336) 414-1682

Mailing Address: 125 B Lowery Ct.
Winston-Salem, NC 27101

Email: marseilleneely@hotmail.com

Last Three Digits of Driver's License: 347

Last Three Digits of Social Security Number: 200

Date: 12/7/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Christina Hope Ward

Telephone: (601) 604-4595 or 1-601-274-5647

Mailing Address: 3425 A Country Lane
Meridian, MS
39301

Email: Christinahward@aol.com

Last Three Digits of Driver's License: 544

Last Three Digits of Social Security Number: [scribbled out] 198

Date: 2-14-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Brinda Hone

Name (print): Brenda Hare

Telephone: 205-789-2718

Mailing Address: P.O. Box 611168
Birmingham, AL 35261

Email: brendahare56@yahoo.com

Last Three Digits of Driver's License: 653

Last Three Digits of Social Security Number: 257

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Vickey Hall Warren

Name (print): Vickey Hall Warren

Telephone: (256) 295-4065

Mailing Address: 1308 Stroud Avenue
Gadsden, Alabama 35903

Email: ______

Last Three Digits of Driver's License: 250

Last Three Digits of Social Security Number: 385

Date: ______

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| AT&T CORPORATION<br>Defendants. | §<br>§<br>§<br>§ | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Ashley Masonia

Name (print): Ashley Masonia

Telephone: 256-366-7204

Mailing Address: 94 County Road 600
Rogersville, AL 35652

Email: ________

Last Three Digits of Driver's License: 494

Last Three Digits of Social Security Number: 659

Date: 2-12-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): JAMES BARRETT

Telephone: 850 893-6531

Mailing Address: 4087 ROSCREA DR
TALLAHASSEE, FL, 32309

Email:

Last Three Digits of Driver's License: 5330

Last Three Digits of Social Security Number: 6378

Date: 7/31/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Pamela M Chepa

Name (print): PAMELA M. CHEPA

Telephone: N/A

Mailing Address: 8 Dempsey Dr.
Crawfordville, FL. 32327

Email: N/A

Last Three Digits of Driver's License: 552

Last Three Digits of Social Security Number: 477

Date: 2/13/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Jesse Baird

Name (print): Jesse Baird

Telephone: 904-573-0848

Mailing Address: Jesse Baird
7246 Paul Howard Dr.
Jacksonville, FL 32222

Email: jessebaird4669@yahoo.com

Last Three Digits of Driver's License: 280

Last Three Digits of Social Security Number: 525

Date: 2/5/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Elizabeth Oats

Telephone: (904) 294-2021

Mailing Address: 9500 103rd St. Apt #46
Jacksonville, Fl.
32210

Email: BBPrincess819@gmail.com

Last Three Digits of Driver's License: 99-Ø

Last Three Digits of Social Security Number: 372

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Deauntry D. Jones

Telephone: (904) 537-4190

Mailing Address: 1803 Hawaii Dr E
Jacksonville FL 32211

Email: Djones8264@hotmail.com

Last Three Digits of Driver's License: 030

Last Three Digits of Social Security Number: 2689

Date: Feb 10, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br><br><br><br>OF HARRIS COUNTY, TEXAS<br><br><br><br><br><br><br>269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Kristie Hager

Name (print): KRISTIE HAGER

Telephone: 859-582-9770

Mailing Address: 1242 Dodd Rd
Richmond, Ky 40475

Email: kristie.hager@yahoo.com

Last Three Digits of Driver's License: 568

Last Three Digits of Social Security Number: 036

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Carrie Hukills

Name (print): Carrie Hukills

Telephone: 316-665-1668

Mailing Address: 3540 N Inwood
Apt 4202
Wichita, KS 67226

Email: chukills@gmail.com

Last Three Digits of Driver's License: 848

Last Three Digits of Social Security Number: 581

Date: 2-11-13

CAUSE NO. 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

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Betty J. Poyner

Name (print): Betty J Poyner

Telephone: 316 208 5523

Mailing Address: 812 S Vine st
wichita Ks
67213-3822

Email: Poyner 67216@mail.com

Last Three Digits of Driver's License: 323

Last Three Digits of Social Security Number: 391

Date: 2/1/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Jess Markham

Name (print): Jess Markham

Telephone: (918) 428-3350

Mailing Address: 3103 N. Kenosha ave.
Tulsa, OK 74106

Email:

Last Three Digits of Driver's License: 5482

Last Three Digits of Social Security Number: 0323

Date: Febuary 14, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Carmen Ocegueda

Name (print): Carmen Ocegueda

Telephone: (562) 658- 5806

Mailing Address: 7039 Myrrh st
Paramount Ca 90723

Email:

Last Three Digits of Driver's License: 742

Last Three Digits of Social Security Number: 520

Date: 02/11/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign)__________

Name (print): Cesar L Valdez

Telephone: (562) 658-5806

Mailing Address: 7039 Myrrh st
Paramount ca 90723

Email:__________

Last Three Digits of Driver's License: 120

Last Three Digits of Social Security Number: 885

Date: 02/11/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Ana Valdez

Name (print): Ana Valdez

Telephone: (562)658-5806

Mailing Address: 7039 Myrrh st
Paramount ca 90723

Email: ______

Last Three Digits of Driver's License: 949

Last Three Digits of Social Security Number: 123

Date: 02/11/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Richard Parker

Name (print): Richard Parker

Telephone: 828-418-3024

Mailing Address: 2 Paradise Ridge Rd
Candler, N.C 28715

Email: RAParker1954@GMAIL.com

Last Three Digits of Driver's License: 200

Last Three Digits of Social Security Number: 109

Date: 2-5-12

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Karen Minor

Name (print): Karen Minor

Telephone: 913 233-0588

Mailing Address: 1001 Kimball
Kansas City, Kansas
66104

Email: ChitaMinor61@Yahoo.com

Last Three Digits of Driver's License: 543

Last Three Digits of Social Security Number: 402

Date: 2-13-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Katrina Brunson

Telephone: 678-937-0771

Mailing Address: 6401 Tree mountain Pkwy Stone Mountain GA 30083

Email: Treelove3878@gmail.com

Last Three Digits of Driver's License: 835

Last Three Digits of Social Security Number: 615

Date: 1/2/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Bobby Brock

Telephone: 706 384 0081 706 291 4049

Mailing Address: 79 Brice Rd
Silver Creek GA 30173

Email: Wrongway6976@Yahoo.com

Last Three Digits of Driver's License: 054032828

Last Three Digits of Social Security Number: 1086

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and be [illegible] party plaintiff [illegible] required by 29 U.S.C. § [illegible](b).

Name (sign): Francene Ruffin

Name (print): Francene Ruffin

Telephone: 404-421-7390

Mailing Address: 290 Summerwood Lane
Stockbridge, GA
30281

Email: franceneruffin@gmail

Last Three Digits of Driver's License: 375

Last Three Digits of Social Security Number: 408

Date: 2/4/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |
| | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): ERNEST J. GEHRICH

Telephone: 770-696-2124

Mailing Address: 687 HARALSON DR. S.W.
LILBURN, GA. 30047

Email: RHOGERCH @ AOL.COM

Last Three Digits of Driver's License: 497

Last Three Digits of Social Security Number: 832

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Olivia Williams

Name (print): Olivia Williams

Telephone: 404-207-8564

Mailing Address: 3419 Russell Dr Lot B
Kennesaw, GA 30144

Email:

Last Three Digits of Driver's License: 707

Last Three Digits of Social Security Number: 725

Date: 2.1.12

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Edward Pope

Telephone: 770-789-7856

Mailing Address: ~~[illegible]~~
~~watchmehustle100@yahoo.com~~
11810 Mountain Laurel Drive Roswell, GA 30075

Email: watchmehustle100@yahoo.com

Last Three Digits of Driver's License: 374

Last Three Digits of Social Security Number: 924

Date: 02-14-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Sharese Davidson

Telephone: 404) 997-0952

Mailing Address: 121 Crogan St #1644
Lawrenceville, GA 30046

Email: sharese.davidson69@gmail.com

Last Three Digits of Driver's License: 251

Last Three Digits of Social Security Number: 630

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Katherine Charlene Lauderbaugh

Name (print): Katherine Charlene Lauderbaugh

Telephone: 706 291-3950

Mailing Address: 43 Surrey Tr SE

Email: KCSL50@aol.com

Last Three Digits of Driver's License: 9 623

Last Three Digits of Social Security Number: 6774

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Selena Gray

Name (print): Selena Gray

Telephone: 678-939-7687

Mailing Address: 604 Palm st
Canton GA 30115

Email: thisKg4ever@gmail.com

Last Three Digits of Driver's License: 090

Last Three Digits of Social Security Number: 598

Date: 2/1/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shelia Wise

Name (print): Shelia Wise

Telephone: (706) 424-5236

Mailing Address: 110 Live Oak Drive Athens, GA, 30606

Email: shelia-wise@hotmail.com

Last Three Digits of Driver's License: 411

Last Three Digits of Social Security Number: 100

Date: 2/10/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Earl Deshone Davis

Name (print): Earl D. Davis

Telephone: 706-346-3315

Mailing Address: 1705 olmstead St.
Rome GA 30161

Email: NONE

Last Three Digits of Driver's License: __________

Last Three Digits of Social Security Number: 467

Date: 2-1-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Martha Fine

Name (print): Martha Fine

Telephone: 229 292 8368

Mailing Address: 4949 Princess Dr
Lake Park GA 31636

Email:

Last Three Digits of Driver's License: 201

Last Three Digits of Social Security Number: 299

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS. Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Lenita Quimby

Name (print): Lenita Quimby

Telephone: 229-436-4559

Mailing Address: 504-A S. Van Buren St.
Albany, GA 31701

Email: lquimby02@yahoo.com

Last Three Digits of Driver's License: 319

Last Three Digits of Social Security Number: 366

Date: 2/7/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Richard Clerie

Name (print): Richard Clerie

Telephone: (561) 305-5481

Mailing Address: 11933 Atlantic CiR.
BOCA RATON FL. 33428

Email: RichardClerie@Yahoo.com

Last Three Digits of Driver's License: 540

Last Three Digits of Social Security Number: 401

Date: 2/11/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shelbi Mitchell

Name (print): Shelbi Mitchell

Telephone: (772) 646-3332

Mailing Address: ~~ShelbiMitchell@ymail.com~~ SM
597 West Weatherbeerd.
Fort Pierce, Fl. 34982

Email: ShelbiMitchell@ymail.com

Last Three Digits of Driver's License: 514

Last Three Digits of Social Security Number: 240

Date: 2/5/13

CAUSE NO. 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

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shay Mc[signature]

Name (print): SHAY MCMAINS

Telephone: 561-346-4708

Mailing Address: 1513 44th STREET
WEST PALM BEACH
FLORIDA, 33407

Email: SHAY.MCMAINS@ GMAIL.Com

Last Three Digits of Driver's License: 440

Last Three Digits of Social Security Number: 006

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): ARthuR R. TROY

Telephone: (561) 687-3500

Mailing Address: 3142 KINGSTON Ct.
WEST PAlm BeAch
FLORIDA, 33409

Email: artmichele@bellsouth.net

Last Three Digits of Driver's License: 297-0

Last Three Digits of Social Security Number: 126

Date: 2-14-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Pedro

Name (print): Martinez

Telephone: 561 290 9580

Mailing Address: chacho2323@Gmail.coom
180 lake Arbor Dr.
Palm Spring, FL 33461

Email:

Last Three Digits of Driver's License: 201-0

Last Three Digits of Social Security Number: 098

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Michael Sean Collier

Name (print): Michael Sean Collier

Telephone: (229) 255-5949

Mailing Address: 102 Coosaw Ct.
Leesburg, GA 31763

Email: N/A

Last Three Digits of Driver's License: 106

Last Three Digits of Social Security Number: 300

Date: 2/13/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Felicia Monroe

Name (print): FELICIA MONROE

Telephone: 954-594-3831

Mailing Address: 2900 CAMP CREEK PKWY Q24
COLLEGE PARK, GA 30337

Email: FMONROE_60@YAHOO.COM

Last Three Digits of Driver's License: 434

Last Three Digits of Social Security Number: 192

Date: February 12, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Priscilla Tucker

Telephone: 404-956-2246

Mailing Address: 2155 Pointview Dr #E
EAST Point Ga 30344

Email: tuckerpriscilla@yahoo.com

Last Three Digits of Driver's License: ____________

Last Three Digits of Social Security Number: 192

Date: 2-7-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Deborah Smith

Name (print): Deborah Smith

Telephone: (404) 477-8154

Mailing Address: 164 Inverness Drive
Riverdale Ga 30274

Email: ____

Last Three Digits of Driver's License: 581

Last Three Digits of Social Security Number: 567

Date: 2-7-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Joseph L. Wilson

Name (print): Joseph L. Wilson

Telephone: (478) 952-7872

Mailing Address: 329 Madison St.
Macon. Ga. 31201

Email: ___

Last Three Digits of Driver's License: ID 8029

Last Three Digits of Social Security Number: 1017

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Tonkika Jack

Name (print): Tonkika M Jackson

Telephone: (478)443-0556

Mailing Address: 109 Valentine Rd

Milledgeville, GA 31061

Email: neknek-20@yahoo.com

Last Three Digits of Driver's License: 269

Last Three Digits of Social Security Number: 932

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §<br>§<br>§<br>§<br>§<br>§ | OF HARRIS COUNTY, TEXAS |
| and | §<br>§ | |
| AT&T CORPORATION<br>Defendants. | §<br>§<br>§<br>§ | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Kimberly Haynes

Name (print): Kimberly Haynes

Telephone: 478-213-4099

Mailing Address: 2190 Neal Ave. #A
Macon, GA. 31204

Email: kmhaynes31@yahoo.com

Last Three Digits of Driver's License: 643

Last Three Digits of Social Security Number: 625

Date: 2-13-12

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Mary McDonald

Name (print): Mary McDonald

Telephone: 601-743-2490 - 601-938-2490

Mailing Address: 576 Hook Hopson Rd
Porterville MS 39352

Email: mary.mcDonald36@yahoo.com

Last Three Digits of Driver's License: 682

Last Three Digits of Social Security Number: 806

Date: 2-9-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Melissa Smith

Telephone: (601) 480-9381

Mailing Address: 1213 F Dogwood Lake Rd
Meridian, MS 39305

Email: maverik483@yahoo.com

Last Three Digits of Driver's License: 203

Last Three Digits of Social Security Number: 548

Date: ______________

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Chiquita T. Nelson

Name (print): Chiquita T. Nelson

Telephone: 225-610-7706

Mailing Address: Chiquita T. Nelson
10221 Umbehagen Lane
Baton Rouge, La. 70817

Email: Kiki7134@hotmail.com

Last Three Digits of Driver's License: 486

Last Three Digits of Social Security Number: 972

Date: 2/6/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Johnathan [signature]

Name (print): Johnathan A. Louis

Telephone: 225-603-3364

Mailing Address: Johnathan A. Louis
10221 Umbehagen Lane
Baton Rouge, La. 70817

Email: KiKi7134@hotmail.com

Last Three Digits of Driver's License: ____

Last Three Digits of Social Security Number: 499

Date: 2/6/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): James D. Coleman Jr

Name (print): JAMES I. Coleman Jr

Telephone: home 337-837-4943

Mailing Address: 307 Rubria St
Lafayette, LA 70501

Email: JAMESColeman843@yAhoo.Com

Last Three Digits of Driver's License: 218

Last Three Digits of Social Security Number: 671

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Zenoria Tasker

Name (print): Zenoria Tasker

Telephone: 225-726-7525

Mailing Address: 11585 N. Harrell's Ferry Rd 31-3
Baton Rouge, La. 70816

Email: 

Last Three Digits of Driver's License: 712

Last Three Digits of Social Security Number: 617

Date: 2-7-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Brenda D. Cannon

Name (print): Brenda D. Cannon

Telephone: (225) 224 5615

Mailing Address: 10132 Avenue "H"
Baton Rouge, Louisiana
70807-3418

Email: BrendaCannon@gmil.com

Last Three Digits of Driver's License: 580

Last Three Digits of Social Security Number: 987

Date: 2/8/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Judy Cason

Name (print): Judy Cason

Telephone: 225-275-8046 or 225 218-7171 cell

Mailing Address: 8867 Highland Rd. # 290
Baton Rouge, La. 70808

Email: NO E-MAIL

Last Three Digits of Driver's License: 220

Last Three Digits of Social Security Number: 334

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) P. Malveaux

Name (print): Pamela Malveaux

Telephone: 225. 341. 0936

Mailing Address: 13309 Alba Drive
Baker, LA 70714

Email: pammalveaux@yahoo.com

Last Three Digits of Driver's License: 325

Last Three Digits of Social Security Number: 446

Date: 2/4/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Gary S. Gomez

Name (print): GARY S. GOMEZ

Telephone: 337 258-0127

Mailing Address: 3121 Johnston ST unit #145
LAFAYETTE, LA 70503

Email: gearfishn@yahoo.com

Last Three Digits of Driver's License: 010

Last Three Digits of Social Security Number: 6491

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Oscar L. Pugh

Name (print): OSCAR L. PUGH

Telephone: (314) 335-0640

Mailing Address: 14542 Gravelle Ln.
Florissant, Mo. 63034

Email: Bigmonte77@Gmail.com

Last Three Digits of Driver's License: 020

Last Three Digits of Social Security Number: 0374

Date: ____________________

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Pola Fulton

Name (print): Pola Fulton

Telephone: 808-348-5152

Mailing Address: 1071 Wiliki DR
Honolulu HI 96818

Email: PFulton99@Gmail.Com

Last Three Digits of Driver's License: 689

Last Three Digits of Social Security Number: 105

Date: 2-9-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Whitney Stanfield (FKA Whitney Lambert)

Name (print): [signature]

Telephone: 919 394 1928

Mailing Address: 4071 Guadalcanal Ave
Apt A
Kapolei Hi 96707

Email: 23whit@gmail.com

Last Three Digits of Driver's License: 382

Last Three Digits of Social Security Number: 949

Date: 10 Feb 13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Lavern M. Gonzales

Name (print): Laveen M. Gonzales

Telephone: Cell (808) 264-7680

Mailing Address: 271-Hokulani St.
Pukalani, HI, 96768

Email:

Last Three Digits of Driver's License: 432

Last Three Digits of Social Security Number: 859

Date: feb. 13, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Charles K. Haânio

Name (print): Charles K. Ha'anio

Telephone: 808-723-5404.

Mailing Address: 50-A Kokue Way.
Wahiawa, Hi 96786

Email: ____

Last Three Digits of Driver's License: 491

Last Three Digits of Social Security Number: 549

Date: 2-20-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Deborah J. Krystyniak

Name (print): Deborah J. Krzystyniak

Telephone: 978-251-7445

Mailing Address: 37 Horseshoe Road
Chelmsford, MA 01824

Email: debbiekrys@yahoo.com

Last Three Digits of Driver's License: 588

Last Three Digits of Social Security Number: 3979

Date: 2/14/12

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Laurie Kepa'a

Telephone: 808 323-2444

Mailing Address: 81-890 Onouli Rd
Kealakekua Hi 96750

Email: ____

Last Three Digits of Driver's License: 382

Last Three Digits of Social Security Number: 792

Date: 2-12-12

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Mary L Benton

Name (print): MARY L BENTON

Telephone: 716-883-2824

Mailing Address: 28 PANSY PL
BUFFALO, NY. 14208

Email: ____________

Last Three Digits of Driver's License: 805

Last Three Digits of Social Security Number: 0030

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) EDWARD J. GEIGER

Name (print): [signature]

Telephone: 716-803-1008

Mailing Address: 69 CAMPBELL RD
CHEEKTOWAGA, NY 14215

Email: eddiegny@verizon.net

Last Three Digits of Driver's License: 2772 (NY)

Last Three Digits of Social Security Number: 8852

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Matthew Perkins

Telephone: 508-265-8600

Mailing Address: 3 Birchill Road
Topsfield, MA 01983

Email: perkins611@gmail.com

Last Three Digits of Driver's License: 608

Last Three Digits of Social Security Number: 647

Date: 1/31/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |
| | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Vanessa Euell

Name (print): Vanessa Euell

Telephone: 978 810 0482

Mailing Address: 5 Bloomfield St.
Apt 1
Lynn MA 01902

Email: Vanessaeuell@gmail.com

Last Three Digits of Driver's License: 111

Last Three Digits of Social Security Number: 878

Date: 2/5/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Peggy Lamberty

Name (print): Peggy Lamberty

Telephone: 608-434-2108

Mailing Address: Peggy Lamberty
N-2381 CTY RD HH
Lyndon Station, WI 53944

Email: N/A

Last Three Digits of Driver's License: 108

Last Three Digits of Social Security Number: 594

Date: 2-13-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): JANICE Perla

Telephone: 978-342-5578

Mailing Address: 15 Hale ST
Fitchburg, ma
01420

Email: babow@verizon.net

Last Three Digits of Driver's License: 837

Last Three Digits of Social Security Number: 289

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Sheryl Hulecki

Telephone: 978.386.2521

Mailing Address: 7 Pillsbury Rd.
Ashburnham, MA 01430

Email: screamingmom3@yahoo.com

Last Three Digits of Driver's License: 131

Last Three Digits of Social Security Number: 741

Date: 2.12.13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): ABDaugherty

Name (print): Arthelia B Daugherty

Telephone: 919-332-3592

Mailing Address: 508 Montview Way
Knightdale, NC
27545

Email: Roncett@att.net

Last Three Digits of Driver's License: ______

Last Three Digits of Social Security Number: 366

Date: 1/31/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Debra Jean Woodward

Name (print): Debra Jean Woodward

Telephone: 270-315-3063

Mailing Address: 2886 Legion Park Dr.
Apt 1
Owensboro Ky. 42301

Email: ____________

Last Three Digits of Driver's License: 530

Last Three Digits of Social Security Number: 397

Date: 02-12-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): DAVID M RAE

Telephone: 413-237-1736

Mailing Address: 762 CENTER ST
Ludlow, Mass. 01056

Email: dmr3868@yahoo.com

Last Three Digits of Driver's License: 6108

Last Three Digits of Social Security Number: 7263

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): John F Graham

Name (print): JOHN F. Graham

Telephone: 910-515-0049

Mailing Address: 553 SHAW RD
Riegelwood NC
28456

Email: johnfgraham@aol.com

Last Three Digits of Driver's License: 579

Last Three Digits of Social Security Number: 486

Date: 02/06/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Jacob P McMann

Telephone: (585) 755-7171

Mailing Address: 5 Rye RD Rochester NY 14626

Email: mcMann3@Rochester.RR.com

Last Three Digits of Driver's License: 291

Last Three Digits of Social Security Number: 819

Date: 2/13/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): LaTesha Williams

Name (print): LaTesha Williams

Telephone: 585-402-3963

Mailing Address: 71 Snug Harbor Court
Rochester, NY 14612

Email: lateshaWilliams78@yahoo.com

Last Three Digits of Driver's License: 116

Last Three Digits of Social Security Number: 273

Date: 2-3-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): PATRICK T. SCHOENEMANN

Telephone: (585) 943-7569

Mailing Address: 588 Culver PK WAY
ROCHESTER
NEW YORK 14609

Email: A.SCHOENEMANN12@gmail.com

Last Three Digits of Driver's License: 920

Last Three Digits of Social Security Number: 3177

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Grace ann Carlton

Name (print): Grace ann Carlton

Telephone: 518 623-9153

Mailing Address: 13 Mountain Ave
Warrensburg NY 12885

Email: ______

Last Three Digits of Driver's License: ______

Last Three Digits of Social Security Number: ______

Date: ______

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Yvonne Brown

Name (print): Yvonne Brown

Telephone: 803-357-5023

Mailing Address: 200 Kentshire PL
Lawrenceville, GA 30044

Email: puffcakes82@yahoo.com

Last Three Digits of Driver's License: 452

Last Three Digits of Social Security Number: 458

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Stanley T. Mozeleski, Jr.

Telephone: 678-267-9228

Mailing Address: 9210 Hannamill Dr.
Gainesville GA, 30506

Email: ____________________

Last Three Digits of Driver's License: 831

Last Three Digits of Social Security Number: 629

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Amy C. Hender

Name (print): Amy C. Henderson (Formerly Amy Wheatley)

Telephone: ~~636~~ 314-494-4393

Mailing Address: 3213 Lightfoot Dr
St. Charles, Mo 63301

Email: amy.henderson41678@aol.com

Last Three Digits of Driver's License: 032

Last Three Digits of Social Security Number: 221

Date: 2-1-13.

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Tara K Pugh

Name (print): Tara K. Pugh

Telephone: 314-335-0640

Mailing Address: 1331 Northchester Dr.
St Louis, MO. 63137

Email: Pugh2808@yahoo.com

Last Three Digits of Driver's License: 025

Last Three Digits of Social Security Number: 716

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §<br>§<br>§<br>§<br>§ | |
| and | §<br>§ | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | §<br>§<br>§ | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Sarah Meinczinger

Telephone: 636-352-6498

Mailing Address: 811 clover valley ln
St Charles MO 63304

Email: szingy@hotmail.com

Last Three Digits of Driver's License: 028

Last Three Digits of Social Security Number: 001

Date: 2.5.13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): William T. Appleby

Name (print): William T. Appleby

Telephone: 859-338-0075

Mailing Address: 360 Colony Blvd.
Lexington, KY 40502

Email: DukesTLivers@Yahoo.Com

Last Three Digits of Driver's License: 991

Last Three Digits of Social Security Number: 988

Date: 2/11/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Michael L. Hill

Name (print): Michael L. Hills

Telephone: 225-955-2552

Mailing Address: 11953 E. Banofex Ave
Baton Rouge, LA 70814

Email: m3quanny@yahoo.com
Last Three Digits of Driver's License: 564
Last Three Digits of Social Security Number: 610

Date: 2/9/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Geneva Jamison

Name (print): Geneva Jamison

Telephone: (912) 272-9185

Mailing Address: 10014 Whitebluff Rd Apt 305
SAVANNAH GA. 31406

Email: Faceoff46@yahoo.com

Last Three Digits of Driver's License: 151

Last Three Digits of Social Security Number: 595

Date: 2/10/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Kaneshia Reedy

Name (print): Kaneshia Reedy

Telephone: (912)441-0474

Mailing Address: P.O. Box 24191
Savannah, Georgia 31403

Email: KReedy112@yahoo.com

Last Three Digits of Driver's License: 506

Last Three Digits of Social Security Number: 762

Date: 1/12/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Anita McMillan

Name (print): Anita McMillAN

Telephone: 912-508-5942

Mailing Address: 100 Sandy Hill Rd.
Bloomingdale, Ga. 31302-3914

Email:

Last Three Digits of Driver's License: 506

Last Three Digits of Social Security Number: 042

Date: 2-6-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Veta Beard

Name (print): Veta Beard

Telephone: 912-921-7893

Mailing Address: 28 N Berwick Drive
SAVANNAH, GA. 31406-6728

Email: VetaBeard1@AOl.com

Last Three Digits of Driver's License: 392

Last Three Digits of Social Security Number: 3541

Date: 2/8/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Scarlett Cryer

Name (print): Scarlett Cryer

Telephone: (316)529-4740

Mailing Address: 2017 E. 50th St. S.
Wichita, KS 67216

Email: scarlett.cryer@yahoo.com

Last Three Digits of Driver's License: 114

Last Three Digits of Social Security Number: 441

Date: 2-2-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Sherri Rodriguez

Telephone: 440-654-6437

Mailing Address: 906 W. 17th St.
Lorain Ohio 44052

Email: sr00438@yahoo.com

Last Three Digits of Driver's License: 304

Last Three Digits of Social Security Number: 266

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Cateeshia Jones

Name (print): Cateeshia Jones

Telephone: (256) 547-█3914

Mailing Address: 607 Haley Street
East Gadsden, Al 35903

Email: ________

Last Three Digits of Driver's License: 198

Last Three Digits of Social Security Number: 373

Date: 2/3/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): La'Tisha Cowan

Name (print): La' Tisha Cowan

Telephone: (205) 317-0574

Mailing Address: 762 Lannie Bonner Circle
Birmingham, AL 35224

Email: la_tisha_c@hotmail.com

Last Three Digits of Driver's License: 952

Last Three Digits of Social Security Number: 865

Date: 2/5/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Regina N. Ray

Name (print): Regina N. Ray

Telephone: (256) 749-4585

Mailing Address: 256 Lee Road 611
Auburn, AL 36830-4167

Email: raypd2004@yahoo.com

Last Three Digits of Driver's License: 636

Last Three Digits of Social Security Number: 716

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Rena Bell

Name (print): Rena Bell

Telephone: (256) 294-2046 (256) 403-3757

Mailing Address: 407 Constantine Avenue
Anniston Al
36201

Email:

Last Three Digits of Driver's License: 377

Last Three Digits of Social Security Number: 3069

Date: 2-1-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Emily Hertel

Name (print): Emily Hertel (changed from Ortiz to Hertel

Telephone: 316 461 8880

Mailing Address: 846 S Holyoke
Wichita KS 67218

Email: eortiz4@cox.net

Last Three Digits of Driver's License: 237

Last Three Digits of Social Security Number: 410

Date: Feb. 10, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Deandra Byrd

Name (print): Deandra Byrd

Telephone: 865-332-5041

Mailing Address: 415 B Banana Cay Dr
South Daytona, FL 32119

Email: byrdd28@yahoo.com

Last Three Digits of Driver's License: 940

Last Three Digits of Social Security Number: 274

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Mike J Farris

Name (print): Mike Farris

Telephone: 805-984-7722

Mailing Address: 3644 Helma CT
Camarillo, Calif 93010

Email: michaeltfarris560@hotmail.com

Last Three Digits of Driver's License: 746

Last Three Digits of Social Security Number: 708

Date: 2/2/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Carmelo Rucci

Name (print): Carmelo Rucci

Telephone: 407-244-6823

Mailing Address: 2183 Rapor Dairy Rd
orlando FL 32822

Email: none

Last Three Digits of Driver's License: 296-0

Last Three Digits of Social Security Number: 166

Date: 2-10-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Judy Ayala

Name (print): Judy Ayala

Telephone: (562) 257-2945

Mailing Address: 5535 Ackerfield ave #5
Long Beach CA 90805

Email: judyayala@hotmail.com

Last Three Digits of Driver's License: 886

Last Three Digits of Social Security Number: 319

Date: 02-12-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Tracy Hobson

Name (print): TRAcy Hobson

Telephone: 508 9984943

Mailing Address: 432 Scanticut Neck RD
FAiRhAven , MASS 02719

Email:

Last Three Digits of Driver's License: 776

Last Three Digits of Social Security Number: 1461

Date: 2/9/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Dillon Price

Name (print): Dillon Price

Telephone: (413) 387-5780

Mailing Address: 40 Luden St
Springfield, MA
01118

Email: dillonPrice@aol.com

Last Three Digits of Driver's License: 585

Last Three Digits of Social Security Number: 799

Date: 1/31/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Miniimah Salaam

Name (print): Miniimah Salaam

Telephone: (910) 2625736 OR 762-7599

Mailing Address: 1103 South 4th Apt. 203
Wilmington, NC 28401

Email: Miniimah.Salaam@Miller-Motte.edu

Last Three Digits of Driver's License: 755

Last Three Digits of Social Security Number: 735

Date: Jan. 31, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Ryan O'Hara

Name (print): Ryan O'HARA

Telephone: 518 -452-4406

Mailing Address: 16 FRIAR Tuck Rd
Albany, NY 12203

Email: NANCGOH @ gmail.com

Last Three Digits of Driver's License: ——

Last Three Digits of Social Security Number: 8089

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): CECILIA P NOVOA

Telephone: 619 735 4557

Mailing Address: novoabless@yahoo.com
1091 third AVE
CHULA VISTA, CA 9194

Email:

Last Three Digits of Driver's License: 0372

Last Three Digits of Social Security Number: 6991

Date: ____________________

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Timothy Ball Jr.

Telephone: 508 566 6817

Mailing Address: 88 Wild Way
Cotuit, MA 02635

Email: Tim81890@gmail.com

Last Three Digits of Driver's License: 667

Last Three Digits of Social Security Number: 011

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Sarah Frost

Name (print): Sarah Frost

Telephone: (508)- 837 -4409

Mailing Address: P.O. Box 764
Mashpee, MA 02649

Email: purplelillystars@yahoo.com

Last Three Digits of Driver's License: 323

Last Three Digits of Social Security Number: 9895

Date: 02/09/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Vincent Sollitto

Name (print): Vincent Sollitto

Telephone: 401 647-2483

Mailing Address: 16 Suddard Lane
Scituate, RI 02857

Email: ______

Last Three Digits of Driver's License: ______

Last Three Digits of Social Security Number: ______

Date: ______

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): DAVID Rodrigues

Telephone: 603-728-8780

Mailing Address: PO Box 522 ASSONET MA 02702

Email: OaksterDAM Valedictorian413@aol.com

Last Three Digits of Driver's License: 355

Last Three Digits of Social Security Number: 142

Date: 2/11/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Yves Joseph

Telephone: 781-367-7699

Mailing Address: 1506 Francis Ave.
Mansfield MA 02048

Email: Josephyves551@hotmail.com

Last Three Digits of Driver's License: 427

Last Three Digits of Social Security Number: 497

Date: ____________________

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): JOHN F BRYAN

Telephone: 781-837-3461

Mailing Address: 1188 FOREST ST
MARSHFIELD MA, 02050

Email: ____

Last Three Digits of Driver's License: 012

Last Three Digits of Social Security Number: 174

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Denise Cross

Name (print): Denise Cross

Telephone: (504) 609-9507

Mailing Address: 5101 General Meyer AVE. N.O. La. 70131

Email: denisecrossnola@aol.com

Last Three Digits of Driver's License: 659

Last Three Digits of Social Security Number: 496

Date: 2/11/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Tonya Rodriguez

Name (print): Tonya Rodriguez

Telephone: 440-654-0237

Mailing Address: 2128 Lorain Dr.
Lorain, OH 44052

Email: t.rodriguez1@mail.loraincc.edu

Last Three Digits of Driver's License: 061

Last Three Digits of Social Security Number: 871

Date: 2/10/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shaun Brown

Name (print): Shaun Brown

Telephone: 913-526-4315

Mailing Address: 7110 W. 67th St, Overland Park, KS 66202

Email: fpierce742@yahoo

Last Three Digits of Driver's License: 8652

Last Three Digits of Social Security Number: 098

Date: 2/4/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Brian Hegarty

Telephone: 845-240-5912

Mailing Address: 7 South Smith rd.
Lagrangeville N.Y. 12540

Email: Bhegarty62@gmail.com

Last Three Digits of Driver's License: 941

Last Three Digits of Social Security Number: 912

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): J. Thomas

Name (print): Justin Thomas

Telephone: 336-855-1990

Mailing Address: 15 Bellows CT
Greensboro, NC 27407

Email: Smizjim@yahoo.com

Last Three Digits of Driver's License: 621

Last Three Digits of Social Security Number: 623

Date: 02/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Shameirah Arzt

Telephone: 417-345-1127

Mailing Address: 4 Memory Ln. #8
Branson, MO
65616

Email: kshameirah@yahoo.com

Last Three Digits of Driver's License: 002

Last Three Digits of Social Security Number: 748

Date: 1/31/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Marcia A. Burns Ellis

Name (print): Marcia A. Burns, Ellis

Telephone: 9139997040

Mailing Address: 516 N 22nd Street
KCK KS 66102

Email: Ladybugci95@att.net

Last Three Digits of Driver's License: 8704

Last Three Digits of Social Security Number: 8193

Date: 2/8/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Lisa J. Maurer

Name (print): Lisa J. Mauer

Telephone: (417) 231-7230

Mailing Address: 308 SunShine Circle
Branson, MO. 65616

Email: None

Last Three Digits of Driver's License: 006

Last Three Digits of Social Security Number: 051

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Ricky M. Harris

Name (print): Ricky M Harris

Telephone: (843) 543-1220

Mailing Address: 5701 Brantford St. #83
N. Charleston, SC 29418

Email: Rickyharris5701@Knology.net

Last Three Digits of Driver's License: 050

Last Three Digits of Social Security Number: 886

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Lucian Kolreg

Name (print): Lucian Kolreg

Telephone: 207-509-0993

Mailing Address: 212 Main St. Fairfield ME. 04937

Email: love4ever04901@yahoo.com

Last Three Digits of Driver's License: 240

Last Three Digits of Social Security Number: 057

Date: 2-12-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Carl Robinson

Name (print): CARl Robinson

Telephone: 617-561-3884

Mailing Address: 97-Bennington st.
East Boston MA. 02128

Email: ____

Last Three Digits of Driver's License: ____

Last Three Digits of Social Security Number: 404

Date: 2-6-12

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) [signature]

Name (print): Rodrigo Illanes

Telephone: 781-572-3068

Mailing Address: 5 Kirmes Road
Stoneham MA 02180

Email: rillanes@ymail.com

Last Three Digits of Driver's License: 821

Last Three Digits of Social Security Number: 893

Date: Feb 12, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Paul DiMascio

Name (print): PAUL DiMASCIO

Telephone: 781-820-8093

Mailing Address: 85 Hickory Rd
Braintree, MA
02184

Email: Ski2vt@Gmail.com

Last Three Digits of Driver's License: 028

Last Three Digits of Social Security Number: 038

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Marcelo F. Simanek

Telephone: 617 380 9106

Mailing Address: 6 Gilman Terr.
Somerville MA 02145

Email: Simanek Marcelo @ gmail.com

Last Three Digits of Driver's License: 7317

Last Three Digits of Social Security Number: 9902

Date: 6/14/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shamika Carter

Name (print): Shamika Carter

Telephone: (559) 519-3095

Mailing Address: 4537 W. Celeste Ave
Fresno Ca 93722

Email: shamikarollins1234@yahoo.com

Last Three Digits of Driver's License: 098

Last Three Digits of Social Security Number: 727

Date: 2/5/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Jalissa Williams

Name (print): Alissa Williams

Telephone: 4782345384 # 4784530639

Mailing Address: 130 A central Avenue
milledgeville Ga 31061

Email:

Last Three Digits of Driver's License: 203

Last Three Digits of Social Security Number: 710

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Nellie y Meadows

Name (print): Nelliey meadows

Telephone: 706-464-8799

Mailing Address: 613 Farr Rd apt 4 F
Columbus, GA 31907

Email: blackberry2467@yahoo.com

Last Three Digits of Driver's License: /

Last Three Digits of Social Security Number: 529

Date: Feb 12, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Betty J Fowler

Name (print): Betty J Fowler

Telephone: 706-984-9946

Mailing Address: 6613 Farr Rd apt 4F
Columbus, GA 31907

Email:

Last Three Digits of Driver's License:

Last Three Digits of Social Security Number: 715

Date: 1/31/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): BERTRAND W. MULLIN

Telephone: (508) 759-4543

Mailing Address: 187 MAIN ST. REAR
WAREHAM, MASS. 02571

Email: zamboniguy 103 @yahoo.com

Last Three Digits of Driver's License: 388

Last Three Digits of Social Security Number: 664

Date: 2/6/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Mark Hargrove

Name (print): Mark Hargrove

Telephone: 774-581-6421

Mailing Address: 17 Capen St.
Dorchester, MA. 02124

Email:

Last Three Digits of Driver's License: 980

Last Three Digits of Social Security Number: 380

Date: 2-12-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Vilma Garza

Telephone: 781 426 1931

Mailing Address: 110 Augustus St.
Revere MA. 02151

Email: Vgarza01@northshore.Edu

Last Three Digits of Driver's License: 113

Last Three Digits of Social Security Number: 152

Date: 2-12-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign)__________

Name (print): Ryan James Savage

Telephone: 636 466 6407

Mailing Address: 1415 Kearney Dr
Ofallon Mo
63368

Email: imarealsavage1@yahoo.com

Last Three Digits of Driver's License: 002

Last Three Digits of Social Security Number: 0771

Date: 6 Feb 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Michael Baldwin

Name (print): MICHAEL BALDWIN

Telephone: (336-995-9231

Mailing Address: 1712 Green Oaks Dr. — Apt. C
Winston-Salem, N.C.

Email: MABaldwin60@gmail.com

Last Three Digits of Driver's License: 501

Last Three Digits of Social Security Number: 327

Date: 2-12-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Michael Bunch [signature]

Name (print): Michael Bunch

Telephone: 504-559-4311

Mailing Address: 289 West Oakland Street
St. Rose, LA 70087

Email: Mgbunch504@gmail.com

Last Three Digits of Driver's License: 8786

Last Three Digits of Social Security Number: 6471

Date: 02-02-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Douglas A. Hibbard

Name (print): Douglas A. Hibbard

Telephone: 870-759-2319

Mailing Address: 4015 MT Carmel Rd
Jonesboro AR. 72404

Email:

Last Three Digits of Driver's License: 443

Last Three Digits of Social Security Number: 893

Date: 2-12-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Wanda Sue Ethridge

Name (print): Wanda Sue Ethridge

Telephone: 501-472-4123

Mailing Address: 6135 Ethridge Lane
Conway, Ar. 72034

Email: ethridge.wanda44@yahoo.com

Last Three Digits of Driver's License: 396

Last Three Digits of Social Security Number: 1380

Date: 2-4-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Christina Davis

Telephone: 501 398-4305

Mailing Address: 330 E. Emily St.
NLR Ar 72117

Email:

Last Three Digits of Driver's License: 9054000066

Last Three Digits of Social Security Number: 979

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Aviva Randolph

Name (print): Aviva Randolph

Telephone: 501 410 5608

Mailing Address: 321 Regal Oaks circle
White Hall, AR 71602

Email: queenv18@gmail.com

Last Three Digits of Driver's License: 593

Last Three Digits of Social Security Number: 785

Date: 2/10/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Wilma J. Horton

Name (print): Wilma J. Horton

Telephone: 501 851-6628

Mailing Address: 9720 Leatta Dr
North Little Rock, AR
72118-1915

Email:

Last Three Digits of Driver's License: 177

Last Three Digits of Social Security Number: 244

Date: Feb 12, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Ashkeia Allen

Name (print): Ashkeia Allen

Telephone: (870) 530-1653

Mailing Address: 12201 Mara Lynn Rd. #7201
Little Rock, AR 72211

Email: aAshkeia@Ymail.com

Last Three Digits of Driver's License: 933

Last Three Digits of Social Security Number: 551

Date: 01/31/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Michelle L Wilhelm

Name (print): Michelle L Wilhelm

Telephone: __________

Mailing Address: PO BOX 11
Greenbrier AR 72058

Email: N/A

Last Three Digits of Driver's License: 561

Last Three Digits of Social Security Number: 103

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Susan Kelley

Telephone: 501 515 4748

Mailing Address: 13021 Ironton Cutoff
Little Rock AR
72206

Email: ______

Last Three Digits of Driver's License: 164

Last Three Digits of Social Security Number: 227

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Tami M Foxwell

Name (print): Tami M. Foxwell

Telephone: 443 786 6077

Mailing Address: 3621 BONNIE Ln
Linkwood, MD
21835

Email: tamitoez@yahoo.com

Last Three Digits of Driver's License: 781

Last Three Digits of Social Security Number: 171

Date: 2/4/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Keith B Laws

Name (print): Keith B Laws

Telephone: 907-274-1434

Mailing Address: 341 Taylor Keith B Laws
Anchorage AK 99508

Email:

Last Three Digits of Driver's License:

Last Three Digits of Social Security Number:

Date: 2-11-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Garret Graham

Name (print): Garret Graham

Telephone: 907 720 7560

Mailing Address: 7021 [redacted] Carline circle
Anchorage, Alaska 99502

Email: 99907aK@gmail.com

Last Three Digits of Driver's License: 171

Last Three Digits of Social Security Number: 041

Date: 2-13-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Ana C. Infante

Telephone: 884.6273

Mailing Address: 207 Muldoon #301
Anchorage AK 99504

Email: cinfantelyons@hotmail.com

Last Three Digits of Driver's License: 5626

Last Three Digits of Social Security Number: 838

Date: 2.12.13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Susan C Sellars

Name (print): Susan . C . Sellars

Telephone: 907-764-4611

Mailing Address: 4110 Debarr rd sp E-5
Anch AK 99508

Email: none

Last Three Digits of Driver's License: 510

Last Three Digits of Social Security Number: 5515

Date: 2-8-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Margaret Sweenie Hartman

Name (print): Margaret Sweenie Hartman

Telephone: 315-246-1436

Mailing Address: 117 Perrine Street
Auburn, N.Y 13021

Email: lingualungua@yahoo.com

Last Three Digits of Driver's License: 672

Last Three Digits of Social Security Number: 8039

Date: 2-2-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Ingrid Green

Name (print): Ingrid Green

Telephone: (504) 281-7367

Mailing Address: 407 N. Laurel St. Apt. D
Metairie LA, 70003

Email: msirgreen@yahoo.com

Last Three Digits of Driver's License: 269

Last Three Digits of Social Security Number: 068

Date: 02/02/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Tyrone Brantley

Name (print): TYRONE BrAntley

Telephone: 504 942-6685

Mailing Address: 1018 WAgNer St
New Orleans LA. 70114

Email: TyroneBrantley@ymail.Com

Last Three Digits of Driver's License: 565

Last Three Digits of Social Security Number: 9180

Date: 2-1-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): EMILE BUISSON

Telephone: 985-869 2130

Mailing Address: 7211 BASY ST.
ARABI, LA 70032

Email: PROEMILB57 @ YAHOO.COM

Last Three Digits of Driver's License: 877

Last Three Digits of Social Security Number: 2033

Date: 2-14-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Tontashia Fisher

Telephone: (251) 510-0668

Mailing Address: 2520 Pinecliff Ct. N.
Mobile, Al 36605

Email: t2suave02@yahoo.com

Last Three Digits of Driver's License: 944

Last Three Digits of Social Security Number: 762

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): William R. Hopkins

Name (print): William R. Hopkins

Telephone: 850-776-2859

Mailing Address: 5555 Greenleaf Dr.
Pace, Fl. 32571

Email: coopuffs @ aol.com

Last Three Digits of Driver's License: 460

Last Three Digits of Social Security Number: 042

Date: 02/14/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) [signature]

Name (print): Ontario Fisher

Telephone: (251) 586-4953

Mailing Address: 2520 Pinecliff ct. N.
Mobile, Al 36605

Email: OntarioFisher@gmail.com

Last Three Digits of Driver's License: 956

Last Three Digits of Social Security Number: 317

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Sabrina L. Davis

Name (print): Sabrina L. Davis

Telephone: 251 518 2992

Mailing Address: 661 Bond St
Mobile Al 36604

Email: davis386613@yahoo.com

Last Three Digits of Driver's License: 723

Last Three Digits of Social Security Number: 015

Date: Feb. 8, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Linda Lee Linda Lee

Name (print): Linda Lee

Telephone: 251-433-4488

Mailing Address: 812 Wilkinson St
Mobile AL
36603

Email: rondarrington@comcast.net

Last Three Digits of Driver's License: 225

Last Three Digits of Social Security Number: 490

Date: 2/11/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shameka Dickerson

Name (print): Shameka Dickerson

Telephone: (251) 689-6232

Mailing Address: 651 Azalea rd. Apt #L-148
mobile AL. 36609

Email: Dickerson Shameka @ Gmail. com

Last Three Digits of Driver's License: 936

Last Three Digits of Social Security Number: 501

Date: Feb. 13, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Zagaileia J. Norris

Name (print): Zagaileia J. Norris

Telephone: 251-348-0786 / 251-725-0699

Mailing Address: 1467 Pitman Drive
Mobile, AL 36605-5141

Email: Ztnorris@yahoo.com

Last Three Digits of Driver's License: 760

Last Three Digits of Social Security Number: 669

Date: 2-1-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): ~~Amy R. Ivey~~ Amy R. Ivey

Name (print): AMY R. IVEY

Telephone: ______

Mailing Address: 4524 GORE RD
PANAMA CITY, FL. 32404

Email: ivey9933@bellsouth.net

Last Three Digits of Driver's License: 626-0

Last Three Digits of Social Security Number: 822

Date: Feb. 5, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Sharon A. Hawkins

Name (print): Sharon A. Hawkins

Telephone: 850-362-9273

Mailing Address: 5191 Whitehurst Ln
Crestview Fl.
32536

Email: ladysharonann@yahoo.com

Last Three Digits of Driver's License: 740

Last Three Digits of Social Security Number: 767

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): C. Sheree Mendoza

Name (print): Cassandra Sheree Mendoza

Telephone: 850-699-7135

Mailing Address: 1503 26th street
Niceville, FL 32578

Email: Sunshinebaby668@yahoo.com

Last Three Digits of Driver's License: 190

Last Three Digits of Social Security Number: 609

Date: 2-4-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Talathia Milhouse

Name (print): Talathia Milhouse

Telephone: 850-377-7144

Mailing Address: 8491 Old Spanish Trail Rd
Apt. 198-V
Pensacola, Fl 32514

Email: jklmilhouse@gmail.com

Last Three Digits of Driver's License: 230

Last Three Digits of Social Security Number: 0166

Date: 2-12-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Tara Frazier

Telephone: 850-225-0052

Mailing Address: 1970 Justice Circle
Gulf Breeze, Fl 32563

Email: Gaafy24@yahoo.com

Last Three Digits of Driver's License: 310

Last Three Digits of Social Security Number: 760

Date: 3/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Tracy L. Brantley

Telephone: 407-485-2118

Mailing Address: 3721 Pompano Ct
Gotha, FL 34734

Email: cbrantley112@yahoo.com

Last Three Digits of Driver's License: 876-0

Last Three Digits of Social Security Number: 784

Date: 2-8-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Richard Chadwick

Telephone: 407 - 256 - 5862

Mailing Address: 3136 Johnny St.
Orlando, Fl.
32817

Email: richardchadwick97@yahoo.com

Last Three Digits of Driver's License: 910

Last Three Digits of Social Security Number: 917

Date: 2/10/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Charlotte Embry

Name (print): Charlotte Embry

Telephone: (309) 319-4737

Mailing Address: 809 E. Market St.
Bloomington, IL.
61701

Email: don't have one

Last Three Digits of Driver's License: 647

Last Three Digits of Social Security Number: 659

Date: 2-1-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Vincenzo Zulli Jr.

Telephone: 321-215-8431

Mailing Address: 560 Walnut drive
melbourne fl 32935

Email: Vincenzo_zulli@yahoo.com

Last Three Digits of Driver's License: 2010

Last Three Digits of Social Security Number: 7964

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Ardreana L. Jenerette

Telephone: (407) 549-3478 or (434) 710-1092

Mailing Address: 245 McKay Blvd.
Sanford, FL 32771

Email: ardreana jenerette@yahoo.com

Last Three Digits of Driver's License: 699

Last Three Digits of Social Security Number: 699

Date: 2/7/2013 2013 aJ.

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Patrick Hammond

Name (print): Patrick Hammond

Telephone: (440) 752-9236

Mailing Address: Patrick Hammond
3203 Oakdale Ave.
Lorain, OH 44055

Email: patrickh193@gmail.com

Last Three Digits of Driver's License: 967

Last Three Digits of Social Security Number: 1024

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Sandra M. Bowersox

Name (print): SANDRA M. BOWERSOX

Telephone: 440-536-1328

Mailing Address: 521 BUNKER HILL RD, ASHTABULA, OH 44004

Email: SAWDYSOX @ YAHOO.COM

Last Three Digits of Driver's License: 740

Last Three Digits of Social Security Number: 013

Date: 2-4-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Lisa Burns

Name (print): Lisa Burns

Telephone: (870) 702-6067

Mailing Address: 515 N. 17th St.
West Memphis, AR 72301

Email: 3379@att.net

Last Three Digits of Driver's License: 155

Last Three Digits of Social Security Number: 063

Date: 2/7/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Rubin Gary

Name (print): Rubin Gary

Telephone: 843-685-6178

Mailing Address: 1213 IVY RD
Conway, S.C. 29526

Email: ______

Last Three Digits of Driver's License: 891

Last Three Digits of Social Security Number: 137

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS, Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Jessica Levine

Name (print): Jessica Leviner

Telephone: 843-496-7387

Mailing Address: 3009 Pickett Dr
Florence SC 29501

Email: jessica_slelev@yahoo.com

Last Three Digits of Driver's License: 730

Last Three Digits of Social Security Number: 740

Date: 2/5/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Keith Tuncy

Name (print): Keith Tuncy

Telephone: 843-948-3326

Mailing Address: 3015 Old Bryan Drive 16-2 Shorewood Myrtle Beach South Carolina 29577

Email: ____________

Last Three Digits of Driver's License: 276

Last Three Digits of Social Security Number: 975

Date: February 2, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): William Henry Bowen SR

Name (print): William Henry Bowen

Telephone: (910) 470 -7730

Mailing Address: PO box 1245
Wilmington N.C.
28401

Email: ______

Last Three Digits of Driver's License: 962

Last Three Digits of Social Security Number: 837

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Welbon A. Salaam

Name (print): Welbon A. Salaam

Telephone: 910-431-8498

Mailing Address: 1103 South 4th Street, Apt. #203
Wilmington, N.C 28401

Email: Mayes_05@hotmail.com

Last Three Digits of Driver's License: 385

Last Three Digits of Social Security Number: 451

Date: 02/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br><br><br><br>OF HARRIS COUNTY, TEXAS<br><br><br><br><br><br><br>269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Lance Stamper

Name (print): Lance Stamper

Telephone: 304-377-0518

Mailing Address: 1595 Bar Run Road
Ravenswood, WV 26164

Email:

Last Three Digits of Driver's License: F315162

Last Three Digits of Social Security Number: 047

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Jaclynn Doss

Telephone: 606 923 5295

Mailing Address: 700 Sycamore St
Greenup KY
41144

Email: Jaclynndoss@yahoo.com

Last Three Digits of Driver's License: 508

Last Three Digits of Social Security Number: 095

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shannon Wishon

Name (print): Shannon Wishon

Telephone: 417-576-7465

Mailing Address: 1013A. N. Pheasant Run Dr.
Nixa, MO 65714

Email: smwishon@gmail.com

Last Three Digits of Driver's License: 028

Last Three Digits of Social Security Number: 807

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Michael C Lewis

Name (print): MICHAEL C. LEWIS

Telephone: 816-527-8156

Mailing Address: 5525 N. Lydia Ave

Kansas City, Mo. 64118

Email: NMICHAELC @ NETSCAPE.NET.

Last Three Digits of Driver's License: 022 (STATE OF MISSOURI)

Last Three Digits of Social Security Number: 0555

Date: 2-14-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Rosemary Townsend

Name (print): Rosemary Townsend

Telephone: 615 826-1188

Mailing Address: 112 Lake Ridge Dr.
Hendersonville, TN, 37075

Email: ________

Last Three Digits of Driver's License: ________

Last Three Digits of Social Security Number: ________

Date: 02-06-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Hattie M. Newsom

Name (print): Hattie M. Newsom

Telephone: 615-823-2009

Mailing Address: 1326 Stainback Avenue
Nashville TN 37207

Email: Hmnnedj@Yahoo.com

Last Three Digits of Driver's License: 0680

Last Three Digits of Social Security Number: 7736

Date: 2-5-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Angee Hix

Name (print): Angee Hix

Telephone: 615-752-7730

Mailing Address: 6017 Pennsylvania Ave
Nash. TN. 37209

Email: Angee Angee Angee@Yahoo.com

Last Three Digits of Driver's License: 491

Last Three Digits of Social Security Number: 851

Date: 2-12-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br><br><br><br>OF HARRIS COUNTY, TEXAS<br><br><br><br><br><br><br>269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Christi Noel

Name (print): Christi Noel

Telephone: (270) 484-3654

Mailing Address: ~~noelchristi@yahoo.com~~
2114 Oaktree Villa Apt C
Hopkinsville, KY 42240

Email: noelchristi@yahoo.com

Last Three Digits of Driver's License: 876

Last Three Digits of Social Security Number: 213

Date: 2/6/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Talaya Thomas

Name (print): Talaya Thomas

Telephone: 949-427-9279

Mailing Address: 3552 Hopkins Court
Powder Springs, Ga 30127

Email: Ttalaya@yahoo.com

Last Three Digits of Driver's License: 097

Last Three Digits of Social Security Number: 494

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shawn A. Scott Shawn Scott

Name (print): Shawn A. Scott

Telephone: (770) 981 1827

Mailing Address: 3339 Hunters Hill Dr.
Lithonia, Georgia 30038

Email: IKAfitnessinstructor@yahoo.com

Last Three Digits of Driver's License: 159

Last Three Digits of Social Security Number: 453

Date: 1 Feb 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Sonya Garrett

Name (print): Sonya Garrett

Telephone: 314 276 2179

Mailing Address: 6000 Boulder Creek Dr. #1802
St Louis, Mo. 63042

Email: sonya.garrett@yahoo.com

Last Three Digits of Driver's License: 206

Last Three Digits of Social Security Number: 7933

Date: 2/11/2013

D128220(

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me, and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Veronica Parish

Name (print): Veronica Parish

Telephone: 513 648-9529 or cell 208-70 82

Mailing Address: 1392 Kenross Court
Cincinnati OH 45240

Email:

Last Three Digits of Driver's License: 707

Last Three Digits of Social Security Number: 268

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Cari Hicks

Name (print): CARI HICKS

Telephone: 859 307-4947

Mailing Address: 310 Hawthorne
Covington KY 41014

Email: Chicks7160@gmail.com

Last Three Digits of Driver's License: 148

Last Three Digits of Social Security Number: 051

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Mecello Farrar Mecello Farrar

Name (print): Mecello farrar

Telephone: 513-602-0349

Mailing Address: 1708 Harrison Ave
Cincinnati, ohio 45214

Email: Mick2922@yahoo.com

Last Three Digits of Driver's License: 197

Last Three Digits of Social Security Number: 729

Date: 2-4-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § | IN THE DISTRICT COURT |
| Plaintiffs, | § | |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION | § | |
| Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Linda M. Hirsch

Name (print): LINDA M. HIRSCH

Telephone (513) 471-6383

Mailing Address: 1737 FAIRMOUNT AVE
CINCINNATI OH
45214

Email: ______

Last Three Digits of Driver's License: 132

Last Three Digits of Social Security Number: 481

Date: 02-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Jennaffer Messer

Name (print): Jennaffer Messer

Telephone: (859) 307-4455

Mailing Address: 310 Hawthorne St.
Covington, KY 41014

Email: ______

Last Three Digits of Driver's License: 228

Last Three Digits of Social Security Number: 126

Date: 13 Feb 13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Clair Sinclair

Name (print): CLAIR SINCLAIR

Telephone: 526-0583 488-4966 Hm#

Mailing Address: 2623 Montana Ave

Cincinnati OH

Email: Csinclair2560@yahoo.com

Last Three Digits of Driver's License: 564 - license #

Last Three Digits of Social Security Number: 4466

Date: 2/1/13

Then this # is @ top of ID

001 (SS)

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Anthony L Baine

Name (print): ANTHONY L BAINE

Telephone: 334 834 2346

Mailing Address: 332 Cullen ST
MONTGOMERY Al 36105

Email: TLBAINE@charter.net

Last Three Digits of Driver's License: 320

Last Three Digits of Social Security Number: 412

Date: Feb 9, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Steve R Hollaway

Name (print): Steve R. Hollaway

Telephone: 704-735-3452

Mailing Address: 403 Elizabeth Ave.
Lincolnton N.C. 28092-7303

Email:

Last Three Digits of Driver's License: 822

Last Three Digits of Social Security Number: 6382

Date: 2/12/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Darcell Brown

Name (print): Darcell Brown

Telephone: 504-377-2381

Mailing Address: 536 Holmes blvd
Gretna, LA 70056

Email: lovelydivaD@yahoo.com

Last Three Digits of Driver's License: 111

Last Three Digits of Social Security Number: 997

Date: 02/1/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Debra A. Kennison

Name (print): Debra A. Kennison

Telephone: 985-264-8519

Mailing Address: 702 Peachtree Dr
Slidell, LA 70461

Email: ______

Last Three Digits of Driver's License: 821

Last Three Digits of Social Security Number: 693

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Androcles Faye

Name (print): Androcles Faye

Telephone: 985-232-6390

Mailing Address: 238 Linda St.
Houma, La. 70360

Email: Ø

Last Three Digits of Driver's License: 385

Last Three Digits of Social Security Number: 371

Date: 2-3-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Margaret M. McGinnis

Name (print): Margaret M. McGinnis

Telephone: (504) 655-4464 (cell) (504) 324-9229 (H)

Mailing Address: 1816 Severn Ave.
Metairie, LA 70001

Email: mmcginnis5@cox.net

Last Three Digits of Driver's License: 948

Last Three Digits of Social Security Number: 894

Date: 2/11/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff ~~as~~ required by 29 U.S.C. § 216(b).

Name (sign): MPM

Name (print): Mary Peterson-Marchand

Telephone: 504-940-5471

Mailing Address: 3917 Piedmont Drive
New Orleans, LA 70122

Email: marpetemar2@att.net

Last Three Digits of Driver's License: 8921

Last Three Digits of Social Security Number: 2580

Date: 02/11/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): OLIVER VIVES

Telephone: 661·673·6003

Mailing Address: 28504 Sand Canyon #77
Santa Clarita, CA 91387

Email: LMMCGU@gmail.com

Last Three Digits of Driver's License: 734

Last Three Digits of Social Security Number: 959

Date: Feb.14, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Gerald A. Washington

Telephone: (530) 917-4362

Mailing Address: 525 DeCarlo Way
Richmond Ca. 94801

Email: geraldwashington17@yahoo.com

Last Three Digits of Driver's License: 3033

Last Three Digits of Social Security Number: 4410

Date: Feb. 11, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Angel Flebbe

Telephone: (831) 704-7481

Mailing Address: 5400 McKinley Way
Felton, CA 95018

Email: angelbrianflebbe@comcast.net

Last Three Digits of Driver's License: 340

Last Three Digits of Social Security Number: 144

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): David R Heater

Name (print): David Heater

Telephone: (574) 797-4551

Mailing Address: PO Box 1841
Elkart IN 46515

Email: DavidHeater215@yAHoo.com

Last Three Digits of Driver's License: 5550

Last Three Digits of Social Security Number: 1874

Date: 2/1/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Andres Benavides

Name (print): Andres Benavides

Telephone: (559) 651-6781

Mailing Address: 700 W. Sierra Ave #39
Woodlake, CA 93286

Email: andres.benavides@giant.cos.edu

Last Three Digits of Driver's License: 343

Last Three Digits of Social Security Number: 752

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Barbara Henderson

Name (print): Barbara Henderson

Telephone: (213) 841-6544 (661) 946-2394 Hm

Mailing Address: 3133 Peacefulway
Lancaster Ca 93535

Email: SEIU Lady B @ yahoo!!.com

Last Three Digits of Driver's License: 776

Last Three Digits of Social Security Number: 2/8/13 (0816)

Date: 2/8/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): BERTHA ALICE RAMIREZ

Telephone: (661) 789-8226

Mailing Address: 43747 Carefree Court
Lancaster
California 93535

Email: ecilazerimar@yahoo.com

Last Three Digits of Driver's License: 963

Last Three Digits of Social Security Number: 134

Date: Feb 8th, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Walter J Reed Jr

Name (print): Walter J Reed Jr

Telephone: 336

Mailing Address: 1403A Willie Davis Dr
Winston-Salem, NC
27105

Email: adriola46@yahoo.com

Last Three Digits of Driver's License: 458

Last Three Digits of Social Security Number: 105

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): ~~David Knowles~~ David Knowles

Name (print): David Knowles

Telephone: 336-722-4924

Mailing Address: 526 Lockland Ave, Winston-Salem, N.C. 27103

Email: Knowlesdavid785@yahoo.com

Last Three Digits of Driver's License: 655

Last Three Digits of Social Security Number: 320

Date: 2-8-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Y. S. Shawgi

Name (print): Yasir S. Shawgi

Telephone: 336-965-2225

Mailing Address: 4607 Brompton Drive
Greensboro, NC 27407

Email: Yasirshawgi@gmail.com

Last Three Digits of Driver's License: -----534

Last Three Digits of Social Security Number: --- -- -846

Date: 07/14/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (~~sign~~ Print) Christopher D. Charlton

Name (~~print~~ Sign): [signature]

Telephone: 479-522-2057

Mailing Address: 1113 Ruby Dr.
Van Buren Ark
72956

Email: chrltnbig@aol.com

Last Three Digits of Driver's License: 436

Last Three Digits of Social Security Number: 504

Date: 2/3/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Linda L. Chapman

Name (print): Linda L. Chapman

Telephone: (479)- 420-9856 | (479) 646-9055

Mailing Address: 8101 Meadow Dr.
Ft. Smith, AR
72908

Email: Lord4u@aol.com

Last Three Digits of Driver's License: 851

Last Three Digits of Social Security Number: 7018

Date: 1-31-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Chasity S. Hill

Telephone: 318-658-7433

Mailing Address: 2500 Montgomery Lane
Apt 2A Bossier LA
71111

Email: ____

Last Three Digits of Driver's License: 662

Last Three Digits of Social Security Number: 313

Date: 1/30/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Loneca Ross

Name (print): Loneca Ross

Telephone: (903) 506-1781

Mailing Address: 1902 Pearl Street
Texarkana, AR
71854

Email:

Last Three Digits of Driver's License: 315

Last Three Digits of Social Security Number: 813

Date: 2/1/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): MICHELLE PERKINS

Telephone: 714-767-6914

Mailing Address: 16674 ARROW Blvd #9
FONTANA CA 92335

Email: NONE

Last Three Digits of Driver's License: 098

Last Three Digits of Social Security Number: 097

Date: 2-7-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Lenora Elmore

Name (print): LENORA ELMORE

Telephone: 716-603-9043

Mailing Address: 230 Riley Street
Buffalo, New York 14208

Email: lenora0311@gmail.com

Last Three Digits of Driver's License: 947

Last Three Digits of Social Security Number: 932

Date: Feb 4, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): STEVEN R. SHAVER

Telephone: 651-332-2482

Mailing Address: 19645 ESTES PATH
FARMINGTON MN
55024

Email: Srshaver@gmail.com

Last Three Digits of Driver's License: 711

Last Three Digits of Social Security Number: 311

Date: 2-1-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Frank Rutt

Name (print): Frank Rutt

Telephone: 507-213-2168

Mailing Address: Frank Rutt
2220 Fairbanks Dr
North Mankato MN 56003

Email: f_rutt@hotmail.com

Last Three Digits of Driver's License: 513

Last Three Digits of Social Security Number: 843

Date: 2-1-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): ~~Michael Red~~ Michael Redden

Name (print): Michael Redden

Telephone: (Home) 7) 981-7252 (Cell) 678) 994-6318

Mailing Address: 3374 Hollow Tree Dr
Decatur, Ga 30034

Email:

Last Three Digits of Driver's License: 549

Last Three Digits of Social Security Number: 288

Date: 2/2/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Patricia Albers

Name (print): Patricia Albers

Telephone: 507-625-8825

Mailing Address: 306 Dane st.
Mankato MN 56001

Email: pattyalbers@gmail.com

Last Three Digits of Driver's License: 604

Last Three Digits of Social Security Number: 0963

Date: 2-1-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Swandolyn Dauterive

Name (print): Swandolyn Dauterive

Telephone: (225)-614-5611

Mailing Address: 10852 Ansley Ave.
Baton Rouge, La.
70816

Email: Swandee35@gmail.com

Last Three Digits of Driver's License: 869

Last Three Digits of Social Security Number: 949

Date: 02/04/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Aaron R. Green

Name (print): AARON R. GREEN

Telephone: (843) 796-1109 (residence) (843) 655-2426 (cellular)

Mailing Address: 8097 PLEASANT POINT LANE

MYRTLE BEACH, S.C. 29579-4169

Email: greenaaronsc@yahoo.com

Last Three Digits of Driver's License: 061

Last Three Digits of Social Security Number: 636

Date: February 1, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Stacey C. Gilmer

Name (print): Stacey E. Gilmer

Telephone: (716) 893-9004

Mailing Address: 12 Crossman Ave, Buffalo, NY 14211

Email: ladyfree1965@yahoo.com

Last Three Digits of Driver's License: 197

Last Three Digits of Social Security Number: 728

Date: 2/1/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Omar S. T[signature]

Name (print): OMAR S. TURNER

Telephone: 404-512-1391

Mailing Address: 2760 Brookhill court
Snellville GA.
30078

Email: OMARTURNER667@yahoo.com

Last Three Digits of Driver's License: 778

Last Three Digits of Social Security Number: 457

Date: 2/5/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): MAGRET A NUNES

Telephone: 925-837-6362

Mailing Address: 297 Valle Vista Dr.
Danville CA 94526-1654

Email: magretnunes@yahoo.com

Last Three Digits of Driver's License: 595

Last Three Digits of Social Security Number: 371

Date: 2/4/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Paul Thomas

Name (print): Paul THomaS

Telephone: 843-438-8705

Mailing Address: 2216 Trutle St
conway S.C. 29526

Email: ______

Last Three Digits of Driver's License: 601

Last Three Digits of Social Security Number: 212

Date: 2-2-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Sonja M. Scott

Name (print): Sonja Marie Scott

Telephone: (772) 882-8847 or (772) 834-7821

Mailing Address: 6211 N.W. West Deville Circle
Port Saint Lucie, Florida
34986-3733

Email: Sonjahowes@bellsouth.net

Last Three Digits of Driver's License: 940

Last Three Digits of Social Security Number: 783

Date: 02-04-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): D. Hagg.

Name (print): Deborah A. Haggins

Telephone: 251-348-3561

Mailing Address: 2405 Gill Rd.
Mobile, AL 36605

Email:

Last Three Digits of Driver's License: 174

Last Three Digits of Social Security Number: 8170

Date: 2/2/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Sara Jantzen

Telephone: (530)308-3049

Mailing Address: 3180 Country Club Dr.
APT 2B
Cameron Park CA 95682

Email: nzrocks123@yahoo.com

Last Three Digits of Driver's License: 545

Last Three Digits of Social Security Number: 939

Date: 2-2-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): AHMED SALAU [signature]

Name (print): AHMED SALAU

Telephone: 5738257998

Mailing Address: PO BOX 7714 COLUMBIA MO 65205

Email: aosvgd@mail.missouri.edu

Last Three Digits of Driver's License: 711

Last Three Digits of Social Security Number: 041

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Jesse M Garrison

Name (print): Jesse M. Garrison

Telephone: 912-313-7043

Mailing Address: 251 So. Poplar ST
Pembroke Ga 31321

Email: JesseGarrison5@Gmail.com

Last Three Digits of Driver's License: 296

Last Three Digits of Social Security Number: 723

Date: ____________________

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS, Matilda Thompson Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Matilda Thompson

Name (print): Matilda Thompson

Telephone: 919 584-2901

Mailing Address: 112 Broughton Lane
Lagrange N.C
28551

Email: ______

Last Three Digits of Driver's License: ______

Last Three Digits of Social Security Number: 874

Date: 1/2/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Melanie Gatton

Name (print): Melanie Gatton

Telephone: 910-777-8244

Mailing Address: 114 Blossom Cir
Hampstead, NC 28443

Email: mgatton43@hotmail.com

Last Three Digits of Driver's License: 106

Last Three Digits of Social Security Number: 707

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): RAYMUND R. REFFUE

Telephone: (815) 270-0892

Mailing Address: 10281 METALMARK LN #2
ROSCOE IL 61073

Email: RREFFUE@CHARTER.NET

Last Three Digits of Driver's License: 189

Last Three Digits of Social Security Number: 892

Date: 2/12/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Gwendolyn Diane Moats

Name (print): Gwendolyn Diane Moats

Telephone: 301 733 9350

Mailing Address: 1700 Howell Rd
Hagerstown Maryland 21740

Email: N A

Last Three Digits of Driver's License: 572

Last Three Digits of Social Security Number: 187

Date: 2.14.2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Melinda Robinson

Name (print): Melinda Robinson

Telephone: 304-856-1393

Mailing Address: HC 61 Box 110A
Capon Bridge, WV 26711

Email: mindyr@frontiernet.net

Last Three Digits of Driver's License: 107

Last Three Digits of Social Security Number: 889

Date: 2/5/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Chanell R. Savage

Telephone: ______

Mailing Address: 201 Lamont Av # 2
Solvay, NY 13209

Email: ms_nelle130@yahoo.com

Last Three Digits of Driver's License: 295

Last Three Digits of Social Security Number: 895

Date: 2/13/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Christine Szwed

Name (print): Christine Szwed

Telephone: 315-534-6570

Mailing Address: 17 Redfield Ave. Apt. #3 Whitesboro, New York 13492

Email: ChrisSzwed1215@yahoo.com

Last Three Digits of Driver's License: 016

Last Three Digits of Social Security Number: 798

Date: Feb. 13, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Michael Lavery

Name (print): MICHAEl LAVERY

Telephone: ~~315-955-~~ 315-586-3353

Mailing Address: PO Box 128
Evansmills NY
13637

Email: ems_fd 389 yahoo.com

Last Three Digits of Driver's License: 606

Last Three Digits of Social Security Number: 960

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature] / [signature]

Name (print): Ansel D. Anderson / Joyce H. Anderson

Telephone: 256-239-3073 / 256-282-0692

Mailing Address: 6 Laurel Springs Rd.
Anniston, Al 36207

Email: andersonadavid1@att.net

Last Three Digits of Driver's License: 658 / 557

Last Three Digits of Social Security Number: 0916 / 8843

Date: 2/12/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Jimmie Beck

Name (print): Jimmie Beck

Telephone: (314) 535-0051

Mailing Address: 4253 E. MARGARETTA
St. Louis MO 63115

Email: JimmyBeck71@yahoo.com

Last Three Digits of Driver's License: 7026

Last Three Digits of Social Security Number: 7696

Date: 2/7/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Karen Poore

Name (print): Karen Poore (Rhine)

Telephone: 847-975-3964

Mailing Address: 592 Newton St #4C
Hawk Point MO 63349

Email: Karen.rhine@prodigy.net

Last Three Digits of Driver's License: 002

Last Three Digits of Social Security Number: 189

Date: 2/8/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Sheryl McNamara

Name (print): SheryL McNamara

Telephone: 314-353-7245

Mailing Address: 4610 Ray Ave
St Louis MO, 63116

Email: SheryLMcNamara97@yahoo.com

Last Three Digits of Driver's License: 8617

Last Three Digits of Social Security Number: 4618

Date: 2-12-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign)____________________

Name (print): Donald G. Kessinger

Telephone: 314-239-2336

Mailing Address: 811 Bates St.
St. Louis, Mo.
63111

Email: —

Last Three Digits of Driver's License: 013

Last Three Digits of Social Security Number: 332

Date: 2-12-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Hallie Baker

Name (print): Hallie Baker

Telephone: 859 321-3363

Mailing Address: 749 Rainwater Dr.
Lex KY 40515

Email: halliebaker1@gmail.com

Last Three Digits of Driver's License: 930

Last Three Digits of Social Security Number: 067

Date: 2-8-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Colleen Jodoin

Name (print): COLLEEN Jodoin

Telephone: 803 874-2658

Mailing Address: 168 RAymond Ct
ST MATTHEWS S.C 29135

Email: ColdAwn66@aol.com

Last Three Digits of Driver's License: 631

Last Three Digits of Social Security Number: 305

Date: 2/10/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Nicholas LEE Fluhr

Telephone: 502-~~277~~ 271-8202

Mailing Address: 5408 Euclid Ave
Louisville Ky
40272

Email: 2R2chuggin98@yahoo.com

Last Three Digits of Driver's License: 920

Last Three Digits of Social Security Number: 486

Date: 02-08-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Kellen Able

Name (print): Kellen A. Able

Telephone: 502-303-4484

Mailing Address: 1417 Lynch Ln
Apt 8
Clarksville, IN 47129

Email: kable23@gmail.com

Last Three Digits of Driver's License: 806

Last Three Digits of Social Security Number: 748

Date: 2/3/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Zephaniah Goodloe

Telephone: (502)356-2594

Mailing Address: 7708 Tempsclair Rd.
Louisville, KY 40220

Email: Zephaniah.Goodloe20@gmail.com

Last Three Digits of Driver's License: 739

Last Three Digits of Social Security Number: 447

Date: 2/26/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Randolph Johnson

Name (print): Randolph Johnson

Telephone: 704-905-9464

Mailing Address: ~~Superbred @ Bellsouth. Net~~ 2719 Haversham CT
Charlotte, N.C. 28216

Email: Superbred@bellsouth.Net

Last Three Digits of Driver's License: 509

Last Three Digits of Social Security Number: 691

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Roger Milton Phipps

Name (print): ROGER MILTON PhiPPS

Telephone: 704-425-1046

Mailing Address: 200 ViRGiNiA ST. S.E.
APT. 204-A
CONCORD, N.C. 28025

Email: ROGERPhiPPS96@YAHOO.COM

Last Three Digits of Driver's License: ______

Last Three Digits of Social Security Number: 916

Date: 2-14-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Carol Romanski

Name (print): Carol Romanski

Telephone: 843-457-4288

Mailing Address: 536 Tuckahoe Rd
Myrtle Beach, SC 29579

Email: romanskigirls@sc.rr.com

Last Three Digits of Driver's License: 130

Last Three Digits of Social Security Number: 170

Date: 2/1/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) [signature]

Name (print): JAMES L. WICKER

Telephone: 843-357-2776

Mailing Address: 2027 PARKER BAY DR.
MURRELLS INLET, SC
29576

Email: Jim 6448 @ SCCOAST. NET

Last Three Digits of Driver's License: 225

Last Three Digits of Social Security Number: 806

Date: 2-10-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Cheryl Mitchell

Name (print): Cheryl Mitchell

Telephone: (843) 229-0744

Mailing Address: 1351 Waverly Avenue
Florence SC 29501

Email: Cherylmitchell68@yahoo.com

Last Three Digits of Driver's License: 070

Last Three Digits of Social Security Number: 681

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS, Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Timothy W. Lazare

Telephone: 337-942-9887 or 337-290-5593

Mailing Address: 1828 W. Grolee Street
Opelousas, LA. 70510

Email: timsmooth52@yahoo.com

Last Three Digits of Driver's License: 423

Last Three Digits of Social Security Number: 857

Date: 2-14-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages qnd other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): James Wakefield

Telephone: (256) 221-6366

Mailing Address: 1343 Neel School Rd
Danville, AL 35619

Email:

Last Three Digits of Driver's License: 877

Last Three Digits of Social Security Number: 3968

Date: 02-5-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Amanda N. Clemons

Name (print): Amanda N. Clemons

Telephone: 256-394-2066 or 256394-0537

Mailing Address: 1901 Sheffield Ave Apt H5
Muscle Shoals, AL.
35661

Email: Aclemons7221@Gmail.com

Last Three Digits of Driver's License: 583

Last Three Digits of Social Security Number: 281

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Linda Hale

Name (print): Linda Hale

Telephone: 256-494-9830

Mailing Address: 1402 Goss Ave
Gadsden, AL
35903

Email: hale-linda @ att.net

Last Three Digits of Driver's License: 153

Last Three Digits of Social Security Number: 200

Date: Feb. 11, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shaine B. Grider

Name (print): Shaine B. Grider

Telephone: 205-791-9412

Mailing Address: 839 Brandy Circle
Birmingham, AL 35214

Email: Shaine-grider@yahoo.com

Last Three Digits of Driver's License: 243

Last Three Digits of Social Security Number: 666

Date: 2-10-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Victoria Loper

Name (print): Victoria Loper

Telephone: (405) 886-8541

Mailing Address: 21186 se 29th st trlr 14
Harrah OK 73045

Email: tori_loper@yahoo.com

Last Three Digits of Driver's License: 691

Last Three Digits of Social Security Number: 478

Date: 2-7-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Randall H. Robertson

Name (print): RANDALL H ROBERTSON

Telephone: (580) 248-3559

Mailing Address: 2407 NW SAXON Circle
LAWTON OK 73505-1423

Email: RANDYMAN21163@Yahoo.com

Last Three Digits of Driver's License: 644

Last Three Digits of Social Security Number: 360

Date: 2-14-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): NATHANIEL SNOW

Telephone: 513-931-1877-(HOME) 513-250-9797-(CELL)

Mailing Address: 9812-PLAYTIME LANE
CINCINNATI OHIO 45231

Email: ______

Last Three Digits of Driver's License: 731

Last Three Digits of Social Security Number: 677

Date: FEB 12, 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Bruce A Long

Name (print): BRUCE LONG

Telephone: (513) 546-8817

Mailing Address: 1071 ADDICE WAY
CINTI, OH 45224

Email: brucealong@yahoo.com

Last Three Digits of Driver's License: 151

Last Three Digits of Social Security Number: 388

Date: 2/11/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Jeffery Burton

Name (print): JEFFERY BURTON

Telephone: (513) 227-2368 - 407-3331

Mailing Address: 3346 MC HENRY AVE #11
CIN OH 45225

Email:

Last Three Digits of Driver's License: 309

Last Three Digits of Social Security Number: 259

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Lielvin Whitlock

Name (print): Lielvin whitlock

Telephone: 803-448-7252

Mailing Address: 5196 Green Meadow Dr.

Email: lwhitlock2121@gmail.com

Last Three Digits of Driver's License: 862

Last Three Digits of Social Security Number: 121

Date: 2-9-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Shuhurah Wallace Lee

Name (print): Shuhurah Wallace Lee

Telephone: 704 930 4334

Mailing Address: 519 Tansy Dr
Charlotte NC 28214

Email: spoildRottn@hotmail.com

Last Three Digits of Driver's License: 205

Last Three Digits of Social Security Number: 838

Date: 1/31/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Woodrow Crawford Jr.

Name (print): Woodrow Crawford

Telephone: 704 661-1194

Mailing Address: 1822 Ranchwood Dr
Charlotte, N.C 28217

Email:

Last Three Digits of Driver's License: 322

Last Three Digits of Social Security Number: 813

Date: Feb 14, 13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): James Harley

Telephone: (704) 922-8091

Mailing Address: 505 Mountain Meadows Dr
Bessemer City NC
28016

Email: ____________________

Last Three Digits of Driver's License: 473

Last Three Digits of Social Security Number: 093

Date: ____________________

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Charlotte Toney

Name (print): Charlotte Toney

Telephone: 704-299-7877

Mailing Address: 3495 Strait Rd.
Rock Hill SC
29730

Email: ToneyCharlotte@gmail.com

Last Three Digits of Driver's License: 613

Last Three Digits of Social Security Number: 896

Date: 2-14-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Roberto Jaimes

Telephone: 909-622-2200

Mailing Address: 398 E, Pearl ST
pomona Ca, 91767

Email:

Last Three Digits of Driver's License: 283

Last Three Digits of Social Security Number: 646

Date: 2-6-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Eric Tidwell

Telephone: 302 724 9613

Mailing Address: 420 Northdown Drive Dover, DE. 19904

Email: lanishason 1@yahoo.com

Last Three Digits of Driver's License: ______

Last Three Digits of Social Security Number: 3033

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Lanisha Soto

Telephone: 302-724 9613

Mailing Address: 420 Northdown Drive
Dover, DE. 19904

Email: lanishasoto1@yahoo.com

Last Three Digits of Driver's License: 1269883

Last Three Digits of Social Security Number: 7583

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc.* et. al. to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Morldon Green

Name (print): Morldon Green

Telephone: 336-912-7976

Mailing Address: P.O. Box 14421
Greensboro NC 27415

Email: wrightcm@guilford.edu

Last Three Digits of Driver's License: 738

Last Three Digits of Social Security Number: 200

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Julia M BROWN

Telephone: 619 561-1129

Mailing Address:

9395 Harritt Rd #32

Lakeside Ca 92040

Email: [illegible]

Last Three Digits of Driver's License: 575

Last Three Digits of Social Security Number: 995

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS, Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Kevin Bollegaard

Telephone: (916) 437-8588

Mailing Address: 7043 Clear Brook way
Sacramento. Ca 95823

Email: KevinBorregaard@live.com

Last Three Digits of Driver's License: 441

Last Three Digits of Social Security Number: 291

Date: 2-5-13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): JAMES DAACK

Name (print): 

Telephone: 916-960-9063

Mailing Address: 6618 OAK LAKES LN.
CITRUS HEIGHTS, CA 95621

Email: JDAACK@GMAIL.COM

Last Three Digits of Driver's License: 591

Last Three Digits of Social Security Number: 181

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Sheila R. Garcia

Name (print): Sheila R. Garcia

Telephone: (323) 412-1951

Mailing Address: P.O. Box 13193
Torrance Ca. 90503

Email: garciasr at pacbell.net — I made a mistake sorry I intial it. thank you

Last Three Digits of Driver's License: 5710

Last Three Digits of Social Security Number: 6465

Date: 2/6/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br><br><br><br>OF HARRIS COUNTY, TEXAS<br><br><br><br><br><br><br>269TH JUDICIAL DISTRICT |

## CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): RAUL HERRERA

Telephone: 805 - 760 - 1664

Mailing Address: 319 N. RENNELL AVE
SAN DIMAS CA 91773

Email: MANDALAYRAOUL @ GMAIL.COM

Last Three Digits of Driver's License: 604

Last Three Digits of Social Security Number: 448

Date: 02/07/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Annette Allen

Name (print): Annette Allen

Telephone: 314 445-80·93

Mailing Address: 1347 ~~Oregan~~ Oregan
St. Louis Mo. 63133

Email: aallen@poraquad.org

Last Three Digits of Driver's License: 001

Last Three Digits of Social Security Number: 850

Date: 2/06/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Martha Burton

Name (print): MArtha Burton

Telephone: 314 285-8407

Mailing Address: Eagle Valley Drive

St Louis Mo. 63136

Email:

Last Three Digits of Driver's License: 288

Last Three Digits of Social Security Number: 785

Date: 2/06/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | IN THE DISTRICT COURT<br><br>OF HARRIS COUNTY, TEXAS<br><br>269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Alphonso Allen Alphonso Allen

Name (print): Alphonso Allen

Telephone: 314 863-6885

Mailing Address: 1347 Caregan
St. Louis mo. 63133

Email: anetall3@aol.com

Last Three Digits of Driver's License: 001

Last Three Digits of Social Security Number: 958

Date: 2/06/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Benjamin Blake III

Name (print): Benjamin Blake

Telephone: 704·352·5670

Mailing Address: 6226 Cottageville ln.
Charlotte NC

Email: ben.blake50@yahoo.com
Last Three Digits of Driver's License: 712
Last Three Digits of Social Security Number: 505

Date: 2·6·2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Ashley B. Clark

Telephone: 980 307 4605

Mailing Address: 1707 Chatham Ridge Circle apt. 207 Charlotte NC 28273

Email: Ashleyclark1019@gmail.com

Last Three Digits of Driver's License: 369

Last Three Digits of Social Security Number: 246

Date: 2/7/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Richard Raulerson

Name (print): Richard Raulerson

Telephone: 704-360-4390

Mailing Address: 408 Stutts Rd.
Mooresville, N.C
28117

Email: ______

Last Three Digits of Driver's License: 380

Last Three Digits of Social Security Number: 512

Date: 02-13-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Cheryl Witherspoon

Name (print): Cheryl Witherspoon

Telephone: 704 232 4081

Mailing Address: 209 Edzell drive
Salisbury, NC 28146

Email: cwithe1@email.phoenix.edu

Last Three Digits of Driver's License: ________

Last Three Digits of Social Security Number: 8406

Date: 2-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Dana McDaniel

Name (print): Dana McDaniel

Telephone: (980) 307-5079

Mailing Address: 1206 Kelston Place Apt. 101
Charlotte N.C. 28212

Email: danadane.mcdaniel@gmail.com

Last Three Digits of Driver's License: 6244

Last Three Digits of Social Security Number: 6732

Date: 2-12-2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Ashley Thornton

Name (print): Ashley Thornton

Telephone: (228) 697-3444

Mailing Address: 615 Cypress Dr.
D'Iberville, MS 39540

Email: __________

Last Three Digits of Driver's License: 407

Last Three Digits of Social Security Number: 526

Date: 02/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Hillma Halton

Telephone: 601-434-7476

Mailing Address: 46 Bermuda Dr.
Hattiesbrug MS
39401

Email: hhaltonj10@aol.com

Last Three Digits of Driver's License: ____

Last Three Digits of Social Security Number: 345

Date: 1-31-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Karen Meggs Karen Meggs

Name (print): Karen Meggs

Telephone: 702 426 8533

Mailing Address: 3403 54th Ave #C
Gulfport, MS 39501 ← Change of Address

Email: K-Meggs @hotmail.com

Last Three Digits of Driver's License: 633 State of Nevada

Last Three Digits of Social Security Number: 768

Date: 14 Feb 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): CARL E Johnson

Telephone: 904-289-7775

Mailing Address: 10365 WARE AVE
JACKSONVILLE, FLA
32234

Email: ______

Last Three Digits of Driver's License: 44-0

Last Three Digits of Social Security Number: 405

Date: 2-9-13

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Fri, Feb 15, 2013 11:02 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Christian |
| Last Name | Vargas |
| Telephone | 5012584167 |
| Address | 28 newstead dr |
| City | Little rock |
| Item # 7 | Arkansas |
| Zip Code | 72209 |
| Email (optional) | Christian_mich90@yahoo.com |
| Last 3 Digits of Drivers License | 971 |
| State Issuing Drivers License | Arkansas |
| Last 3 Digits of Social Security # | 650 |
| Todays Date | 02-15-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Fri, Feb 15, 2013 11:35 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Keren |
| Last Name | Holub |
| Telephone | 8284880766 |
| Address | 300 Richmond Street apt C |
| City | Bryson City |
| Item # 7 | North Carolina |
| Zip Code | 28713 |
| Last 3 Digits of Drivers License | 747 |
| State Issuing Drivers License | North Carolina |
| Last 3 Digits of Social Security # | 324 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Case 3:16-cv-02531-VC Document 1-1 Filed 05/10/16 Page 305 of 401

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 6:53 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Floyd |
| Last Name | Bailey |
| Telephone | 704 215 6265 |
| Address | 1275 indigo run lane |
| City | gastoina |
| Item # 7 | North Carolina |
| Zip Code | 28056 |
| Email (optional) | CCBTEACHER4@AOL.COM |
| Last 3 Digits of Drivers License | 776 |
| State Issuing Drivers License | north carolina |
| Last 3 Digits of Social Security # | 790 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Case 3:16-cv-02531-VC Document 1-1 Filed 05/10/16 Page 306 of 401

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 8:48 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS<br>§ |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. el.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | bryant |
| Last Name | britton |
| Telephone | 740 562 3836 |
| Address | 721 jacobs st |
| City | zanesville |
| Item # 7 | Ohio |
| Zip Code | 43701 |
| Email (optional) | bryantbritton@yahoo.com |
| Last 3 Digits of Drivers License | 952 |
| State Issuing Drivers License | pa |
| Last 3 Digits of Social Security # | 574 |
| Todays Date | 02-16-2012 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 10:00 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Lorraine |
| Last Name | Davis |
| Telephone | 603-352-3954 |
| Address | 57 Union Street |
| City | Keene |
| Item # 7 | New Hampshire |
| Zip Code | 03431 |
| Email (optional) | troubleme74@msn.com |
| Last 3 Digits of Drivers License | 051 |
| State Issuing Drivers License | NH |
| Last 3 Digits of Social Security # | 9499 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 11:30 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sedler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Mandy |
| Last Name | Peppers |
| Telephone | 2564193255 |
| Address | 159 Dogwood Ave. |
| City | Weaver |
| Item # 7 | Alabama |
| Zip Code | 36277 |
| Email (optional) | peters6718@att.net |
| Last 3 Digits of Drivers License | 847 |
| State Issuing Drivers License | Alabama |
| Last 3 Digits of Social Security # | 417 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 11:33 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§IN THE DISTRICT COURT
§
§
§
§OF HARRIS COUNTY, TEXAS
§
§
§
269TH JUDICIAL §DISTRICT
§

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Justin |
| Last Name | Peters |
| Telephone | 2564193255 |
| Address | 159 Dogwood Ave. |
| City | Weaver |
| Item # 7 | Alabama |
| Zip Code | 36277 |
| Email (optional) | peters6718@att.net |
| Last 3 Digits of Drivers License | 003 |
| State Issuing Drivers License | Alabama |
| Last 3 Digits of Social Security # | 814 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 1:03 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Lloyd |
| Last Name | Smith |
| Telephone | 352-642-4495 |
| Address | 2701 NW 23rd Blvd #F50 |
| City | Gainesville |
| Item # 7 | Florida |
| Zip Code | 32605 |
| Email (optional) | lloydsmith1957@gmail.com |
| Last 3 Digits of Drivers License | 520 |
| State Issuing Drivers License | FL |
| Last 3 Digits of Social Security # | 898 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 1:14 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Brandon |
| Last Name | Scott |
| Telephone | 3369268331 |
| Address | 5056 Appalachain Road |
| City | Winston Salem |
| Item # 7 | North Carolina |
| Zip Code | 27105 |
| Last 3 Digits of Drivers License | 168 |
| State Issuing Drivers License | NC |
| Last 3 Digits of Social Security # | 405 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 2:16 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Jose |
| Last Name | Rios |
| Telephone | 3234819981 |
| Address | 2518 n eastern ave |
| City | los angeles |
| Item # 7 | California |
| Zip Code | 90032 |
| Email (optional) | ihihopmuzik@yahoo.com |
| Last 3 Digits of Drivers License | 934 |
| State Issuing Drivers License | califromia |
| Last 3 Digits of Social Security # | 137 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Fri, Feb 15, 2013 6:51 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Laketa |
| Last Name | Walker |
| Telephone | 6158499495 |
| Address | 839 Bridge Ave |
| City | murfreesboro |
| Item # 7 | Tennessee |
| Zip Code | 37129 |
| Last 3 Digits of Drivers License | 841 |
| State Issuing Drivers License | tn |
| Last 3 Digits of Social Security # | 975 |
| Todays Date | 02-15-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Fri, Feb 15, 2013 6:08 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, TEXAS |
| | § |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | 269TH JUDICIAL §DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Phyllis |
| Last Name | Delahoussaye |
| Telephone | 7202768533 |
| Address | P.O. Box 2782 |
| City | Denver |
| Item # 7 | Colorado |
| Zip Code | 80201 |
| Email (optional) | leapbaby2952@yahoo.com |
| Last 3 Digits of Drivers License | 228 |
| State Issuing Drivers License | Texas |
| Last 3 Digits of Social Security # | 7838 |
| Todays Date | 02-15-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 9:50 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | lise |
| Last Name | lyon |
| Telephone | 7066123200 |
| Address | 1535 danielsville rd. |
| City | athens |
| Item # 7 | Georgia |
| Zip Code | 30601 |
| Last 3 Digits of Drivers License | 894 |
| State Issuing Drivers License | ga. |
| Last 3 Digits of Social Security # | 598 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 8:01 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, § TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § |
| | § 269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | gertrude |
| Last Name | williams |
| Telephone | (225)733-7918 |
| Address | 1948 71st ave |
| City | baton rouge |
| Item # 7 | Louisiana |
| Zip Code | 70807 |
| Email (optional) | gertwilliams18@yahoo.com |
| Last 3 Digits of Drivers License | 472 |
| State Issuing Drivers License | la |
| Last 3 Digits of Social Security # | 474 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 7:16 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, |
| | §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Ellen |
| Last Name | Jordan |
| Telephone | 2057042386 |
| Address | 110 Hardy Lane |
| City | Vincent |
| Item # 7 | Alabama |
| Zip Code | 35178 |
| Email (optional) | ezj0007@auburn.edu |
| Last 3 Digits of Drivers License | 711 |
| State Issuing Drivers License | Alabama |
| Last 3 Digits of Social Security # | 212 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 6:45 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, §TEXAS |
| and AT&T CORPORATION | § |
| Defendants. | § §269TH JUDICIAL DISTRICT § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Debra |
| Last Name | Lee |
| Telephone | 704473-1071 |
| Address | 406 Beaver Dam Church Road |
| City | Shelby |
| Item # 7 | North Carolina |
| Zip Code | 28152 |
| Last 3 Digits of Drivers License | 591 |
| State Issuing Drivers License | NC |
| Last 3 Digits of Social Security # | 329 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 6:02 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, § TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § § 269TH JUDICIAL DISTRICT § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | herman |
| Last Name | harris |
| Telephone | 209-390-3883 |
| Address | 1621 pelton ave |
| City | modesto |
| Item # 7 | California |
| Zip Code | 95351 |
| Email (optional) | hermanharris_@hotmail.com |
| Last 3 Digits of Drivers License | 963 |
| State Issuing Drivers License | california |
| Last 3 Digits of Social Security # | 433 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 5:08 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| and | § TEXAS |
| AT&T CORPORATION | § |
| | § |
| Defendants. | § 269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Jose |
| Last Name | Nevarez |
| Telephone | 6197215633 |
| Address | 275 Orange Avenue Apt. #15 |
| City | Chula Vista |
| Item # 7 | California |
| Zip Code | 91911 |
| Last 3 Digits of Drivers License | 830 |
| State Issuing Drivers License | California |
| Last 3 Digits of Social Security # | 738 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 5:07 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| | § TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | § 269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Donald |
| Last Name | Harper |
| Telephone | 6012097971 |
| Address | 207 Johnston Cove |
| City | Byam |
| Item # 7 | Mississippi |
| Zip Code | 39272 |
| Email (optional) | dgharpole01@aol.com |
| Last 3 Digits of Drivers License | 301 |
| State Issuing Drivers License | ms |
| Last 3 Digits of Social Security # | 472 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 4:17 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § §269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Elizabeth |
| Last Name | Magee |
| Telephone | 803-951-8455 |
| Address | 243 Pinebluff Ct. |
| City | West Columbia |
| Item # 7 | South Carolina |
| Zip Code | 29170 |
| Email (optional) | peefster78@aol.com |
| Last 3 Digits of Drivers License | 610 |
| State Issuing Drivers License | South Carolina |
| Last 3 Digits of Social Security # | 029 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 4:00 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, § TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § |
| | § 269TH JUDICIAL DISTRICT § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Natalia |
| Last Name | Momisios |
| Telephone | 978-317-8031 |
| Address | 6 TJ Mullaney Drive |
| City | Randolph |
| Item # 7 | Massachusetts |
| Zip Code | 02368 |
| Email (optional) | nmomisios@gmail.com |
| Last 3 Digits of Drivers License | 044 |
| State Issuing Drivers License | MA |
| Last 3 Digits of Social Security # | 041 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 4:00 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§ IN THE DISTRICT COURT
§
§
§
§ OF HARRIS COUNTY,
§ TEXAS
§
§
§ 269TH JUDICIAL DISTRICT
§

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Christopher |
| Last Name | Freas |
| Telephone | 4405066957 |
| Address | 222 Morgan Ave. |
| City | Elyria |
| Item # 7 | Ohio |
| Zip Code | 44035 |
| Email (optional) | dukefreas86@gmail.com |
| Last 3 Digits of Drivers License | 892 |
| State Issuing Drivers License | Ohio |
| Last 3 Digits of Social Security # | 957 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 3:27 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§ IN THE DISTRICT COURT
§
§
§
§ OF HARRIS COUNTY,
§ TEXAS
§
§
§ 269TH JUDICIAL DISTRICT
§

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | ellen |
| Last Name | mchone |
| Telephone | 8593535567 |
| Address | 1022 e. irvine street #1 |
| City | richmond |
| Item # 7 | Kentucky |
| Zip Code | 40475 |
| Last 3 Digits of Drivers License | 099 |
| State Issuing Drivers License | ky |
| Last 3 Digits of Social Security # | 010 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 12:38 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§ IN THE DISTRICT COURT
§
§
§
§ OF HARRIS COUNTY,
§ TEXAS
§
§
§ 269TH JUDICIAL DISTRICT
§

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eemes, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | COTY |
| Last Name | PANGBURN |
| Telephone | (918)344-0775 |
| Address | 4955-A S. 76th E. Ave. |
| City | TULSA |
| Item # 7 | Oklahoma |
| Zip Code | 74145 |
| Email (optional) | coty.pangburn@gmail.com |
| Last 3 Digits of Drivers License | 854 |
| State Issuing Drivers License | OKLAHOMA |
| Last 3 Digits of Social Security # | 083 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 2:09 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§ IN THE DISTRICT COURT
§
§
§
§ OF HARRIS COUNTY,
§ TEXAS
§
§
§ 269TH JUDICIAL DISTRICT
§

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | GEORGE |
| Last Name | KLANIAN |
| Telephone | 4013181229 |
| Address | 16 BUCKLIN AVE |
| City | WARWICK |
| Item # 7 | Rhode Island |
| Zip Code | 02888 |
| Email (optional) | sporsnut66@yahoo.com |
| Last 3 Digits of Drivers License | 660 |
| State Issuing Drivers License | ri |
| Last 3 Digits of Social Security # | 177 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 11:16 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, . | §OF HARRIS COUNTY,<br>§TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. el.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Tanya |
| Last Name | Holmes |
| Telephone | 8165179436 |
| Address | 9206 E 64th Ter |
| City | Raytown |
| Item # 7 | Missouri |
| Zip Code | 64133 |
| Email (optional) | ttholmes78@yahoo.com |
| Last 3 Digits of Drivers License | 064 |
| State Issuing Drivers License | MO |
| Last 3 Digits of Social Security # | 968 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 10:07 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY,<br>§ TEXAS |
| and | |
| AT&T CORPORATION | §<br>§ |
| Defendants. | § 269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. el.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Yolanda |
| Last Name | Thierry |
| Telephone | 2254859025 |
| Address | 11528 Old Hammond Hwy Apt# 1405 |
| City | Baton Rouge |
| Item # 7 | Louisiana |
| Zip Code | 70816 |
| Email (optional) | yt29@live.com |
| Last 3 Digits of Drivers License | 985 |
| State Issuing Drivers License | LA |
| Last 3 Digits of Social Security # | 169 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 8:49 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recovar what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and tha Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Frank |
| Last Name | Mateo |
| Telephone | 3158768067 |
| Address | 6787 North Manlius Road |
| City | Kirkville |
| Item # 7 | New York |
| Zip Code | 13082 |
| Email (optional) | hdh90notch@hotmail.com |
| Last 3 Digits of Drivers License | 742 |
| State Issuing Drivers License | New York |
| Last 3 Digits of Social Security # | 383 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 8:19 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT §|
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Melinda |
| Last Name | slade |
| Telephone | 7045247179 |
| Address | 2515 mill drive |
| City | gastonia |
| Item # 7 | North Carolina |
| Zip Code | 28054 |
| Last 3 Digits of Drivers License | 030 |
| State Issuing Drivers License | North Carolina |
| Last 3 Digits of Social Security # | 972 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 5:31 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, § TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § |
| | § 269TH JUDICIAL DISTRICT § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Vanessa |
| Last Name | Martelle |
| Telephone | (413) 344-7037 |
| Address | P.O. Box 306 |
| City | North Adams |
| Item # 7 | Massachusetts |
| Zip Code | 01247 |
| Email (optional) | raemartelle@gmail.com |
| Last 3 Digits of Drivers License | 292 |
| State Issuing Drivers License | MA |
| Last 3 Digits of Social Security # | 269 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 2:14 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY,<br>§ TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | §<br>§ 269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Jessica |
| Last Name | Wilcox |
| Telephone | +64 0221370190 |
| Address | Jessica Wilcox |
| City | Topsham |
| Item # 7 | Maine |
| Zip Code | 04086 |
| Email (optional) | jessicawilcox87@gmail.com |
| Last 3 Digits of Drivers License | 295 |
| State Issuing Drivers License | Maine |
| Last 3 Digits of Social Security # | 650 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sat, Feb 16, 2013 10:38 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§ IN THE DISTRICT COURT
§
§
§
§ OF HARRIS COUNTY,
§ TEXAS
§
§
§ 269TH JUDICIAL DISTRICT
§

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Jose |
| Last Name | Tejeda |
| Telephone | 9788852386 |
| Address | 24 warren st |
| City | Lawrence |
| Item # 7 | Massachusetts |
| Zip Code | 01841 |
| Last 3 Digits of Drivers License | 290 |
| State Issuing Drivers License | Mass |
| Last 3 Digits of Social Security # | 347 |
| Todays Date | 02-16-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 1:37 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, §TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Aaron |
| Last Name | Santos |
| Telephone | 619-608-6989 |
| Address | 342 W San Yskiro blvd M-97 |
| City | San Yskiro |
| Item # 7 | California |
| Zip Code | 92173 |
| Email (optional) | aaronsantosmurillo@gmail.com |
| Last 3 Digits of Drivers License | 309 |
| State Issuing Drivers License | D5919309 |
| Last 3 Digits of Social Security # | 665 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 1:33 pm
To: lawsuit@ddadeliveryworkersgroup.com

**CAUSE NO. 2011-50578**

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | PAUL L |
| Last Name | BATCHELOR |
| Telephone | 716-691-4016 |
| Address | 822 NORTH FRENCH RD |
| City | AMHERST |
| Item # 7 | New York |
| Zip Code | 14228-1973 |
| Last 3 Digits of Drivers License | 128 |
| State Issuing Drivers License | NEW YORK |
| Last 3 Digits of Social Security # | 493 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 1:23 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | LARRY |
| Last Name | DAVIS |
| Telephone | 704-577-8933 |
| Address | 2519 CASTLEWOOD DR |
| City | GASTONIA |
| Item # 7 | North Carolina |
| Zip Code | 28056 |
| Email (optional) | LARRY47DAVIS@att.net |
| Last 3 Digits of Drivers License | 127 |
| State Issuing Drivers License | NC |
| Last 3 Digits of Social Security # | 547 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 12:48 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Christopher |
| Last Name | Copple |
| Telephone | 864-855-4224 |
| Address | 200 evergreen street |
| City | easley |
| Item # 7 | South Carolina |
| Zip Code | 29642-1415 |
| Email (optional) | chrisjcopple@att.net |
| Last 3 Digits of Drivers License | 951 |
| State Issuing Drivers License | SC |
| Last 3 Digits of Social Security # | 269 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 12:32 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| and | §TEXAS |
| AT&T CORPORATION | § |
| Defendants. | § |
| | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Judith |
| Last Name | Anthony |
| Telephone | 931-320-7491 |
| Address | 510 Woodbury Dr |
| City | Clarksville |
| Item # 7 | Tennessee |
| Zip Code | 37042 |
| Email (optional) | i55naf4@yahoo.com |
| Last 3 Digits of Drivers License | 923 |
| State Issuing Drivers License | TN |
| Last 3 Digits of Social Security # | 440 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 11:41 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Caleshia |
| Last Name | Choice |
| Telephone | 9047083323 |
| Address | 2223 placeda st |
| City | Jacksonville |
| Item # 7 | Florida |
| Zip Code | 32209 |
| Email (optional) | choice.joyce@yahoo.com |
| Last 3 Digits of Drivers License | 880 |
| State Issuing Drivers License | Florida |
| Last 3 Digits of Social Security # | 672 |
| Todays Date | 01-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 11:34 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| | § TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | § 269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Omar |
| Last Name | Buford |
| Telephone | (704)394-5975 |
| Address | 4952 Morgan St |
| City | Charlotte |
| Item # 7 | North Carolina |
| Zip Code | 28208 |
| Last 3 Digits of Drivers License | 105 |
| State Issuing Drivers License | NC |
| Last 3 Digits of Social Security # | 087 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 10:47 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § |
| | §269TH JUDICIAL DISTRICT § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Reece |
| Last Name | Rodriguez |
| Telephone | 559-375-3648 |
| Address | 825 S. Adler Ave #203 |
| City | Fresno |
| Item # 7 | California |
| Zip Code | 93727 |
| Last 3 Digits of Drivers License | 277 |
| State Issuing Drivers License | CA |
| Last 3 Digits of Social Security # | 408 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 9:52 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, § TEXAS |
| and | |
| AT&T CORPORATIDN | § |
| Defendants. | § § 269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | alberto |
| Last Name | clausell jr |
| Telephone | 3057942943 |
| Address | 7520 sw 99th ct |
| City | miami |
| Item # 7 | Florida |
| Zip Code | 33173 |
| Email (optional) | alclausell@yahoo.com |
| Last 3 Digits of Drivers License | 570 |
| State Issuing Drivers License | florida |
| Last 3 Digits of Social Security # | 0486 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Clarence Logan

Name (print): Clarence Logan

Telephone: 913-205-4084

Mailing Address: 1878 Armstrong
Kansas City KS 66102

Email: cr17xF@mail.umkc.edu

Last Three Digits of Driver's License: 207

Last Three Digits of Social Security Number: 3177

Date: 2/18/13

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 9:01 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50678

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | |
| AT&T CORPORATION | §<br>§ |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Shaberla |
| Last Name | Crowder |
| Telephone | 3479049815 |
| Address | 1530 Beach Ave |
| City | Bronx |
| Item # 7 | New York |
| Zip Code | 10460 |
| Email (optional) | scrowder34@gmail.com |
| Last 3 Digits of Drivers License | 855 |
| State Issuing Drivers License | Northcarolina |
| Last 3 Digits of Social Security # | 826 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 9:00 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§ IN THE DISTRICT COURT
§
§
§
§ OF HARRIS COUNTY,
§ TEXAS
§
§
§ 269TH JUDICIAL DISTRICT
§

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Shaberia |
| Last Name | Crowder |
| Telephone | 3479049815 |
| Address | 1530 Beach Ave |
| City | Bronx |
| Item # 7 | New York |
| Zip Code | 10460 |
| Email (optional) | scrowdar34@gmail.com |
| Last 3 Digits of Drivers License | 855 |
| State Issuing Drivers License | Northcarolina |
| Last 3 Digits of Social Security # | 826 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 8:54 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50678

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Michele |
| Last Name | Stone |
| Telephone | 7173524418 |
| Address | 19 Turner Drive |
| City | Fayetteville |
| Item # 7 | Pennsylvania |
| Zip Code | 17222 |
| Email (optional) | mjstonepa9@embarqmail.com |
| Last 3 Digits of Drivers License | 544 |
| State Issuing Drivers License | PA |
| Last 3 Digits of Social Security # | 761 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 1:26 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | |
| AT&T CORPORATION | §<br>§ |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sedler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Robert |
| Last Name | Jackson III |
| Telephone | 3148565410 |
| Address | 2017 Mullanphy St apt C |
| City | St Louis |
| Item # 7 | Missouri |
| Zip Code | 63106 |
| Email (optional) | mspbat45@gmail.com |
| Last 3 Digits of Drivers License | 895 |
| State Issuing Drivers License | MO |
| Last 3 Digits of Social Security # | 895 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 8:39 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY,<br>§ TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | § 269TH JUDICIAL DISTRICT<br>§ |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | stephen |
| Last Name | miller |
| Telephone | 8599058746 |
| Address | 2829 lauran meadows |
| City | hebron |
| Item # 7 | Kentucky |
| Zip Code | 41048 |
| Email (optional) | det13roitchoppers@gmail.com |
| Last 3 Digits of Drivers License | 759 |
| State Issuing Drivers License | Kentucky |
| Last 3 Digits of Social Security # | 657 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 8:31 pm
To: lawsuit@ddedeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| | § TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | § 269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as en independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Gordon |
| Last Name | Grant |
| Telephone | 978-407-2793 |
| Address | 254 Waterford St |
| City | Gardner |
| Item # 7 | Massachusetts |
| Zip Code | 01440 |
| Email (optional) | soulmman4682yahoo.com |
| Last 3 Digits of Drivers License | 414 |
| State Issuing Drivers License | Ma |
| Last 3 Digits of Social Security # | 490 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 8:12 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY, |
| | §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Wendy |
| Last Name | Fontenot |
| Telephone | 9855172877 |
| Address | 50028 Whiskey Lane |
| City | Tickfaw |
| Item # 7 | Louisiana |
| Zip Code | 70466 |
| Email (optional) | wfonte03@yahoo.com |
| Last 3 Digits of Drivers License | 703 |
| State Issuing Drivers License | Louisiana |
| Last 3 Digits of Social Security # | 146 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 7:35 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, § TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | § 269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Alejandro |
| Last Name | Flores |
| Telephone | 8053542786 |
| Address | 2461 Cedar St. |
| City | Mckenzie |
| Item # 7 | Tennessee |
| Zip Code | 38201 |
| Email (optional) | xcman1539@gmail.com |
| Last 3 Digits of Drivers License | 716 |
| State Issuing Drivers License | CA |
| Last 3 Digits of Social Security # | 398 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 6:39 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Jacobi |
| Last Name | Smiley |
| Telephone | 334 284 0931 |
| Address | 337 Bitford Way |
| City | Montgomery |
| Item # 7 | Alabama |
| Zip Code | 36018 |
| Email (optional) | jacobismiley@gmail.com |
| Last 3 Digits of Drivers License | 038 |
| State Issuing Drivers License | Alabama |
| Last 3 Digits of Social Security # | 126 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Sun, Feb 17, 2013 6:37 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| | §TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § |
| | §269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. el.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Jacobl |
| Last Name | Smiley |
| Telephone | 334 284 0931 |
| Address | 337 Bitford Way |
| City | Montgomery |
| Item # 7 | Alabama |
| Zip Code | 36018 |
| Last 3 Digits of Drivers License | 038 |
| State Issuing Drivers License | Alabama |
| Last 3 Digits of Social Security # | 126 |
| Todays Date | 02-17-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 2:05 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50678

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | courtney |
| Last Name | fenn |
| Telephone | 3347779430 |
| Address | 3480 cross creek dr |
| City | montgomery |
| Item # 7 | Alabame |
| Zip Code | 36116 |
| Last 3 Digits of Drivers License | 226 |
| State Issuing Drivers License | alabama |
| Last 3 Digits of Social Security # | 997 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 3:07 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege thet I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Kristen |
| Last Name | Clair |
| Telephone | 919-596-2581 |
| Address | 434 Saint John Dr |
| City | Durham |
| Item # 7 | North Carolina |
| Zip Code | 27703 |
| Email (optional) | kbclair@aggies.ncat.edu |
| Last 3 Digits of Drivers License | 261 |
| State Issuing Drivers License | NC |
| Last 3 Digits of Social Security # | 599 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 3:43 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, § TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | § 269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Patricia |
| Last Name | Kemper |
| Telephone | 5029351785 |
| Address | 8201 Arnoldtown Rd. |
| City | Louisville |
| Item # 7 | Kentucky |
| Zip Code | 40214 |
| Email (optional) | p.kemper@insightbb.com |
| Last 3 Digits of Drivers License | 856 |
| State Issuing Drivers License | Kentucky |
| Last 3 Digits of Social Security # | 837 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 4:18 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY,<br>§TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Michele |
| Last Name | Cole |
| Telephone | 8503589325 |
| Address | 7442 Little Creek Circle |
| City | Southport |
| Item # 7 | Florida |
| Zip Code | 32409 |
| Last 3 Digits of Drivers License | 790 |
| State Issuing Drivers License | Florida |
| Last 3 Digits of Social Security # | 898 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 4:48 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, § TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § 269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Jessica |
| Last Name | Emfinger |
| Telephone | 601-807-9492 |
| Address | 306 Briarwood Road #1 |
| City | Natchez |
| Item # 7 | Mississippi |
| Zip Code | 39120 |
| Email (optional) | jessicaemfinger@yahoo.com |
| Last 3 Digits of Drivers License | 965 |
| State Issuing Drivers License | MS |
| Last 3 Digits of Social Security # | 372 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Case 3:16-cv-02531-VC Document 1-1 Filed 05/10/16 Page 360 of 401

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 4:47 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Deatrea |
| Last Name | Puu |
| Telephone | 8085721690 |
| Address | 2858 A Koea Place |
| City | Makewao |
| Item # 7 | Hawaii |
| Zip Code | 96768 |
| Last 3 Digits of Drivers License | 372 |
| State Issuing Drivers License | Hawaii |
| Last 3 Digits of Social Security # | 117 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 1:26 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| and | § TEXAS |
| AT&T CORPORATION | § |
| | § |
| Defendants. | § 269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. el.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | MUNOZ |
| Last Name | VALERIE |
| Telephone | 6193951955 |
| Address | 752 JEFFERSON AVE APT B |
| City | CHULA VISTA |
| Item # 7 | California |
| Zip Code | 91910 |
| Email (optional) | ROK-STE-D@HOTMAIL.COM |
| Last 3 Digits of Drivers License | 348 |
| State Issuing Drivers License | CALIFORNIA |
| Last 3 Digits of Social Security # | 418 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 1:25 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Derkdre |
| Last Name | Brown |
| Telephone | 3053028697 |
| Address | 5357 Weslock Court |
| City | Norcross |
| Item # 7 | Georgia |
| Zip Code | 30093 |
| Email (optional) | derkdrebrown@gmail.com |
| Last 3 Digits of Drivers License | 879 |
| State Issuing Drivers License | georgia |
| Last 3 Digits of Social Security # | 095 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 12:35 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§ IN THE DISTRICT COURT
§
§
§
§ OF HARRIS COUNTY, TEXAS
§
§
§ 269TH JUDICIAL DISTRICT
§

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | penny |
| Last Name | walker |
| Telephone | 9852971461 |
| Address | 19064 jackson ln |
| City | hammond |
| Item # 7 | Louisiana |
| Zip Code | 70403 |
| Email (optional) | shondajackson15@yahoo.com |
| Last 3 Digits of Drivers License | 226 |
| State Issuing Drivers License | louisiana |
| Last 3 Digits of Social Security # | 280 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 12:32 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § §269TH JUDICIAL DISTRICT § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under tha Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eemes, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Maria Famin |
| Last Name | Pascua |
| Telephone | 619 906 6585 |
| Address | 10228 Waddell Circle |
| City | San Diego |
| Item # 7 | California |
| Zip Code | 92124 |
| Email (optional) | arthur_p76@yahoo.com |
| Last 3 Digits of Drivers License | 322 |
| State Issuing Drivers License | TX |
| Last 3 Digits of Social Security # | 995 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 12:29 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| | §TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § |
| | §269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Leda |
| Last Name | Dheming |
| Telephone | 7076316166 |
| Address | 2801 Dover Ave #914 |
| City | Fairfield |
| Item # 7 | California |
| Zip Code | 94533 |
| Email (optional) | bustamantecy@yahoo.com |
| Last 3 Digits of Drivers License | 407 |
| State Issuing Drivers License | california |
| Last 3 Digits of Social Security # | 529 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 11:50 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Marsha |
| Last Name | Bryant |
| Telephone | 9108421849 |
| Address | 682 cedar grove rd sw |
| City | Supply |
| Item # 7 | North Carolina |
| Zip Code | 28482 |
| Email (optional) | marshabryant4@gmail.com |
| Last 3 Digits of Drivers License | 479 |
| State Issuing Drivers License | nc |
| Last 3 Digits of Social Security # | 830 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 11:30 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, § TEXAS |
| and AT&T CORPORATION | § |
| Defendants. | § |
| | § 269TH JUDICIAL DISTRICT § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Tyeana |
| Last Name | Granby |
| Telephone | 202.684.9983 |
| Address | 1142 Kennebec St. #3 |
| City | Oxon Hill |
| Item # 7 | Maryland |
| Zip Code | 20745 |
| Email (optional) | september2904@msn.com |
| Last 3 Digits of Drivers License | 323 |
| State Issuing Drivers License | Maryland |
| Last 3 Digits of Social Security # | 199 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 10:31 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | | § IN THE DISTRICT COURT § |
| | Plaintiffs, | § |
| v. | | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | | § OF HARRIS COUNTY, § TEXAS |
| and | | |
| AT&T CORPORATION | | § |
| | Defendants. | § |
| | | § 269TH JUDICIAL DISTRICT § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Charles |
| Last Name | Huffines |
| Telephone | 9194412692 |
| Address | 3420 wake forest hwy |
| City | durham |
| Item # 7 | North Carolina |
| Zip Code | 27706 |
| Last 3 Digits of Drivers License | 698 |
| State Issuing Drivers License | North Carolina |
| Last 3 Digits of Social Security # | 967 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

**Subject:** DDA Workers Consent Form
**From:** "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
**Date:** Tue, Feb 19, 2013 10:27 am
**To:** lawsuit@ddadeliveryworkersgroup.com

**CAUSE NO. 2011-50578**

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§ IN THE DISTRICT COURT
§
§
§
§ OF HARRIS COUNTY,
§ TEXAS
§
§
§ 269TH JUDICIAL DISTRICT
§

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | AARON |
| Last Name | MCGHEE |
| Telephone | 386795494984 |
| Address | 1223 GINSBERG DR |
| City | DAYTONA BEACH |
| Item # 7 | Florida |
| Zip Code | 32114 |
| Email (optional) | OLEFASHUN@MSN.COM |
| Last 3 Digits of Drivers License | 100 |
| State Issuing Drivers License | FL |
| Last 3 Digits of Social Security # | 763 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 9:40 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § |
| | §269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | DAVID |
| Last Name | JONES |
| Telephone | 405-329-3068 |
| Address | 2313 ALEX PLZ |
| City | NORMAN |
| Item # 7 | Oklahoma |
| Zip Code | 73071 |
| Last 3 Digits of Drivers License | 552 |
| State Issuing Drivers License | OKLAHOMA |
| Last 3 Digits of Social Security # | 178 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 9:12 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | § IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| | § TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | § 269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Daylan |
| Last Name | Davis |
| Telephone | 225-775-4023 |
| Address | 2451 Desoto Dr. |
| City | Baton Rouge |
| Item # 7 | Louisiana |
| Zip Code | 70807 |
| Last 3 Digits of Drivers License | 413 |
| State Issuing Drivers License | Louisiana |
| Last 3 Digits of Social Security # | 513 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 9:00 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Jean |
| Last Name | Gillies |
| Telephone | 8437300341 |
| Address | 4370 ladson rd Apt.H207 |
| City | Ladson |
| Item # 7 | South Carolina |
| Zip Code | 29456 |
| Email (optional) | gillies_jean@yahoo.com |
| Last 3 Digits of Drivers License | 952 |
| State Issuing Drivers License | SC |
| Last 3 Digits of Social Security # | 654 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 8:32 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § |
| | §269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | hans |
| Last Name | adolff |
| Telephone | 786-300-6622 |
| Address | 3000 coral way #1409 |
| City | miami |
| Item # 7 | Florida |
| Zip Code | 33145 |
| Last 3 Digits of Drivers License | 140 |
| State Issuing Drivers License | florida |
| Last 3 Digits of Social Security # | 028 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 3:44 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | |
| AT&T CORPORATION | §<br>§ |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | jeanna |
| Last Name | kendall |
| Telephone | 209 470-9085 |
| Address | 3335 west lane |
| City | stockton |
| Item # 7 | California |
| Zip Code | 95204 |
| Last 3 Digits of Drivers License | 116 |
| State Issuing Drivers License | ca |
| Last 3 Digits of Social Security # | 472 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 12:34 am
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et el. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | STEPHANIE |
| Last Name | WALLACE |
| Telephone | 8652479458 |
| Address | 436 HILLVALE RD |
| City | ANDERSONVILLE |
| Item # 7 | Tennessee |
| Zip Code | 37705 |
| Email (optional) | JEZZIEBUG@AOL.COM |
| Last 3 Digits of Drivers License | 135 |
| State Issuing Drivers License | TENNESSEE |
| Last 3 Digits of Social Security # | 095 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 9:57 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Marcus |
| Last Name | Nattles |
| Telephone | 8433684741 |
| Address | PO Box 268 |
| City | Hardeeville |
| Item # 7 | South Carolina |
| Zip Code | 29927 |
| Email (optional) | Marcusmnettles40@yahoo.com |
| Last 3 Digits of Drivers License | 432 |
| State Issuing Drivers License | SC |
| Last 3 Digits of Social Security # | 555 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 9:53 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50576

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS

Plaintiffs,

v.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,

and

AT&T CORPORATION

Defendants.

§ IN THE DISTRICT COURT
§
§
§
§ OF HARRIS COUNTY, TEXAS
§
§
§ 269TH JUDICIAL DISTRICT
§

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Kathy |
| Last Name | Marcum |
| Telephone | 540-891-8397 |
| Address | 4812 Harrison Road |
| City | Fredericksburg |
| Item # 7 | Virginia |
| Zip Code | 22408 |
| Email (optional) | kmarcum@ms.spotsylvania.k12.va.us |
| Last 3 Digits of Drivers License | 254 |
| State Issuing Drivers License | Virginia |
| Last 3 Digits of Social Security # | 955 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 9:16 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Dionne |
| Last Name | Young |
| Telephone | 6019546422 |
| Address | 310 James Garfield Circle |
| City | Jackson |
| Item # 7 | Mississippi |
| Zip Code | 39213 |
| Last 3 Digits of Drivers License | 586 |
| State Issuing Drivers License | MS |
| Last 3 Digits of Social Security # | 146 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 7:04 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY,<br>§TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | § |
| | §269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | marquita |
| Last Name | hampton |
| Telephone | 6015596513 |
| Address | 1651 Forest ave #G3 |
| City | jackson |
| Item # 7 | Mississippi |
| Zip Code | 39213 |
| Last 3 Digits of Drivers License | 269 |
| State Issuing Drivers License | 802080269 |
| Last 3 Digits of Social Security # | 348 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 6:14 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| and | §TEXAS |
| AT&T CORPORATION | § |
| | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Jennifer |
| Last Name | Montero |
| Telephone | 608-432-2616 |
| Address | 781 County A, apt. 203 |
| City | Wisconsin Dells |
| Item # 7 | Wisconsin |
| Zip Code | 53965 |
| Email (optional) | bygraca168@gmail.com |
| Last 3 Digits of Drivers License | 207 |
| State Issuing Drivers License | WI |
| Last 3 Digits of Social Security # | 945 |
| Todays Date | 02-18-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Mon, Feb 18, 2013 5:14 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | §OF HARRIS COUNTY,<br>§TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT<br>§ |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | kevin |
| Last Name | kegley |
| Telephone | 305 5622707 |
| Address | 7700 sw 50 ct |
| City | miami |
| Item # 7 | Florida |
| Zip Code | 33143 |
| Email (optional) | kevinkeg13@gmail.com |
| Last 3 Digits of Drivers License | 530 |
| State Issuing Drivers License | fl |
| Last 3 Digits of Social Security # | 897 |
| Todays Date | 02-13-1982 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 3:05 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY,<br>§TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | §<br>§269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eemes, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Shana |
| Last Name | Sheats |
| Telephone | 404-831-2668 |
| Address | 3940 Thaxton Rd |
| City | Atlanta |
| Item # 7 | Georgia |
| Zip Code | 30331 |
| Email (optional) | sheatspyt@aol.com |
| Last 3 Digits of Drivers License | 683 |
| State Issuing Drivers License | GA |
| Last 3 Digits of Social Security # | 052 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 3:39 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS § IN THE DISTRICT COURT

Plaintiffs, §

v. §

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, § OF HARRIS COUNTY, § TEXAS

and §

AT&T CORPORATION §

Defendants. § 269TH JUDICIAL DISTRICT §

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eamés, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | David |
| Last Name | LaCarter |
| Telephone | 917-771-0353 |
| Address | 6133 W Livingston St |
| City | Orlando |
| Item # 7 | Florida |
| Zip Code | 32835 |
| Email (optional) | lacarterd@gmail.com |
| Last 3 Digits of Drivers License | 050 |
| State Issuing Drivers License | Florida |
| Last 3 Digits of Social Security # | 641 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 4:08 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN CDOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, |
| | §TEXAS |
| and | § |
| AT&T CORPORATION | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Lela |
| Last Name | Smith |
| Telephone | 785-267-5531 |
| Address | 1207 SE 35th Terrace |
| City | Topeka |
| Item # 7 | Kansas |
| Zip Code | 66605 |
| Last 3 Digits of Drivers License | 413 |
| State Issuing Drivers License | kansas |
| Last 3 Digits of Social Security # | 175 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 4:05 pm
To: lawsuit@ddadeliveryworkersgroup.com

**CAUSE NO. 2011-50578**

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT |
| | § |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY, §TEXAS |
| and | |
| AT&T CORPORATION | § |
| | § |
| Defendants. | §269TH JUDICIAL DISTRICT |
| | § |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | terrell |
| Last Name | windom |
| Telephone | 9252734092 |
| Address | 12 Marlin Dr |
| City | Pittsburg |
| Item # 7 | California |
| Zip Code | 94565 |
| Email (optional) | CHANTESMITH2@AOL.COM |
| Last 3 Digits of Drivers License | 879 |
| State Issuing Drivers License | Ca |
| Last 3 Digits of Social Security # | 883 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

Print | Close Window

Subject: DDA Workers Consent Form
From: "form_engine@fs21.formsite.com" <form_engine@fs21.formsite.com>
Date: Tue, Feb 19, 2013 4:43 pm
To: lawsuit@ddadeliveryworkersgroup.com

CAUSE NO. 2011-50578

| | |
|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS | §IN THE DISTRICT COURT<br>§ |
| Plaintiffs, | § |
| v. | § |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § OF HARRIS COUNTY,<br>§TEXAS |
| and | |
| AT&T CORPORATION | § |
| Defendants. | §<br>§269TH JUDICIAL DISTRICT<br>§ |

CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me. I allege that I was mis-classified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel, to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

| Questions | Values |
|---|---|
| First Name | Terri |
| Last Name | Simpson |
| Telephone | 7277765074 |
| Address | 1711ScrantonStreet South |
| City | St.Pete |
| Item # 7 | Florida |
| Zip Code | 33711 |
| Email (optional) | simpsonterri10@hotmail.com |
| Last 3 Digits of Drivers License | 500 |
| State Issuing Drivers License | Fl |
| Last 3 Digits of Social Security # | 3053 |
| Todays Date | 02-19-2013 |

Copyright © 2003-2013. All rights reserved.

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Myrtle Marilyn Martin

Name (print): Myrtle Marilyn Martin

Telephone: 404 226 0667

Mailing Address: 2008 Godby Rd
College Park Ga at Atl

Email: ____________________

Last Three Digits of Driver's License: 044

Last Three Digits of Social Security Number: 483

Date: 1-31 2013

CAUSE NO. 2011-50578

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Pedro D. Adriano

Telephone: (925)

Mailing Address: 17 San Carlos Ct.
Pittsburg, Ca 94565

Email:

Last Three Digits of Driver's License: 058

Last Three Digits of Social Security Number: 425

Date: 02/15/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): JAMES FULKS

Telephone: 321 951 3443

Mailing Address: 1279 WAFFLE ST SE
PALM BAY, FL 32909

Email: JRFULKS@CFL.RR.COM

Last Three Digits of Driver's License: 880

Last Three Digits of Social Security Number: 302

Date: 13 FEB 2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Reginald W Coleman

Telephone: (865) 936-2812

Mailing Address: 217 Tulane Road
Knoxville, Tn
37914

Email: Reggienundo @ yahoo.com

Last Three Digits of Driver's License: 671

Last Three Digits of Social Security Number: 091

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br><br><br><br><br>OF HARRIS COUNTY, TEXAS<br><br><br><br><br><br><br>269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Joseph D. Self

Name (print): JOSEPH D. SELF

Telephone: 561 737 9473

Mailing Address: J.D SELF
4803 PALO VERDE DR
BOYNTON BCH, FL 33436

Email: ______

Last Three [Four] Digits of Driver's License: 430-0

Last Three [Four] Digits of Social Security Number: 1166

Date: 2-15-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Bobby F Jefferson

Name (print): Bobby F. Jefferson

Telephone: (205) 527-0340 or 925-8972

Mailing Address: 2008 Rambow Ave S.W.
Birmingham Alabama
35211

Email: BobbyJefferson230@Gmail.com

Last Three Digits of Driver's License: __________

Last Three Digits of Social Security Number: 960

Date: 2/15/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Christopher H. Case

Name (print): Christopher H. Case

Telephone: 251-654-6674

Mailing Address: 5921 Lindholm Dr. S
Mobile AL 36693

Email: Ccase52@rams.umobile.edu

Last Three Digits of Driver's License: 610

Last Three Digits of Social Security Number: 870

Date: 02/14/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Terri C. Ogle

Name (print): Terri C. Ogle

Telephone: 423-790-0716

Mailing Address: 948 Horton Rd SE
Cleveland, TN 37323

Email: terriogle@charter.net

Last Three Digits of Driver's License: 786

Last Three Digits of Social Security Number: 1116

Date: 2-13-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Lena M. Kelly
Name (print): Lena M. Kelly
Telephone: 225)358-4209 / 225)993-5864
Mailing Address: P.O. Box [redacted] 73393
Baton Rouge LA. 70874

Email: Selena.Kelly@yahoo.com
Last Three Digits of Driver's License: ____
Last Three Digits of Social Security Number: 1506

Date: 2/13/2013

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br>and<br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign) Allen Jefferson

Name (print): Allen Jefferson

Telephone: (903) 475-6440

Mailing Address: Po. box 13116

Email:

Last Three Digits of Driver's License: 766

Last Three Digits of Social Security Number: 024

Date: 02-11-13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Petronio Rivera

Name (print): Petronio Rivera

Telephone: 601-616-1984 Cell / 601 990-8495 H.P.

Mailing Address: 11635 Hitt Ln. PL.
Collinsville MS. 39325

Email: TIC.11635@live.comm

Last Three Digits of Driver's License: - 297

Last Three Digits of Social Security Number: - 620

Date: Jan.3/ 2013

Received + mailed.

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS,<br><br>and<br><br>AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Richard Lee Cole JR

Telephone: 480-353-6801

Mailing Address: 1100 Snider rd Ap #47
Mason, ohio, 45040

Email: N/A

Last Three Digits of Driver's License: 054

Last Three Digits of Social Security Number: 923

Date: 2/3/13

**CAUSE NO. 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**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): Ashley Marie Shoemaker

Name (print): Ashley Marie Shoemaker

Telephone: 404-436-3799

Mailing Address: 115 Mitchell Circle
Carrollton, GA 30117

Email: ashoemaker0112@live.com

Last Three Digits of Driver's License: 225

Last Three Digits of Social Security Number: 511

Date: 2/14/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | OF HARRIS COUNTY, TEXAS |
| and | § | |
| AT&T CORPORATION<br>Defendants. | § | 269TH JUDICIAL DISTRICT |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al. v. Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): [signature]

Name (print): Christopher Evans

Telephone: 816-924-5210

Mailing Address: 4205 Euclid Ave
Kansas City, MO 64130

Email: Chris@Kingpromo.com

Last Three Digits of Driver's License: 013

Last Three Digits of Social Security Number: 873

Date: 2/12/13

**CAUSE NO. 2011-50578**

| | | |
|---|---|---|
| ERVIN WALKER, DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE, TRENT JEDKINS, AND BRIAN MATHIS<br>Plaintiffs, | § | IN THE DISTRICT COURT |
| v. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, and SANDY SANDERS, | § | |
| and | § | |
| | § | 269TH JUDICIAL DISTRICT |
| AT&T CORPORATION<br>Defendants. | § | |

**CONSENT TO OPT IN AND JOIN COLLECTIVE ACTION**

I consent to be a party plaintiff in this case, called *Ervin Walker, et al.* v. *Directory Distributing Associates, Inc. et. al.* to recover what I allege to be unpaid wages, overtime wages and other sums owed to me and I allege that I was misclassified as an independent contractor under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

I want the firms of Holmes, Diggs & Eames, PLLC, and the Law Offices of Judith Sadler, PC, and any associated counsel to bring the claims I may have, including this lawsuit. I understand that by signing this Consent and becoming a plaintiff I will be bound by settlements and decisions in this case. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a party plaintiff as required by 29 U.S.C. § 216(b).

Name (sign): D.B. [signature]

Name (print): David Lloyd Brown

Telephone: 913-609-9168

Mailing Address: 1461 E. 120th St
Olathe, Ks. 66061

Email: Bige2smtz@Hotmail.com

Last Three Digits of Driver's License: 715

Last Three Digits of Social Security Number: 732

Date: 2-8-13