# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KIMBERLY D. BROWN,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO.**<br>**1:15-cv-03883-RWS-RGV** |
| **AT&T CORPORATION, and,**<br>**AT&T SERVICES, INC.,** | |
| **Defendants.** | |

### DEFENDANTS' CERTIFICATE OF INTERESTED
### PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) Pursuant to Local Rule 3.3, the undersigned counsel of record for AT&T Corp. and AT&T Services, Inc. hereby certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:   *Kimberly D. Brown*

Defendants:  *AT&T Services, Inc.*, proper party-in-interest (AT&T Services, Inc. is jointly owned by AT&T Inc. and AT&T Teleholdings, Inc. AT&T Teleholdings, Inc. a Delaware corporation, is a wholly-owned subsidiary of AT&T Inc.  AT&T Inc., a Delaware corporation, is publicly traded and there is no one person or group that owns 10% or more of the stock of AT&T Inc.)

1146981

*AT&T Corp.*, improperly named Defendant (AT&T Corp. is owned by AT&T Inc.)

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associates, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>For the Plaintiff</u>:      K. Prabhaker Reddy
                  The Reddy Law Firm, PC

<u>For the Defendants</u>:   Yendelela Neely Anderson

Respectfully submitted this 28th day of January, 2016.

/s/ *Yendelela Neely Anderson*
Yendelela Neely Anderson
(Georgia Bar No. 424429)
AT&T SERVICES, INC.
675 West Peachtree Street, NW
Suite 4300
Atlanta, Georgia  30308
Telephone   (404) 927-3510
Facsimile   (404) 927-7167
Email: ya028w@att.com

COUNSEL FOR DEFENDANTS

## FONT CERTIFICATION

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

/s/ *Yendelela Neely Anderson*
Yendelela Neely Anderson
(Georgia Bar No. 424429)

COUNSEL FOR DEFENDANTS

1146981

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY D. BROWN,<br><br>　　Plaintiff,<br><br>v.<br><br>AT&T CORPORATION, and,<br>AT&T SERVICES, INC.,<br><br>　　Defendants. | CIVIL ACTION NO.<br>1:15-cv-03883-RWS-RGV |

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2016, I electronically filed **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>K. Prabhaker Reddy
>THE REDDY LAW FIRM, P.C.
>1325 Satellite Boulevard
>Suite 1506
>Suwanee, Georgia  30024
>kpr@reddylaw.net

>>/s/ *Yendelela Neely Anderson*
>>Yendelela Neely Anderson
>>(Georgia Bar No. 424429)
>>
>>COUNSEL FOR DEFENDANTS

1146981