JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:   (916) 447-9200
Facsimile:    (916) 329-4900

Attorneys for Defendant
AT&T CORP.

*Counsel for Plaintiff and Defendant Directory Distributing Associates, Inc. listed on next page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KRAWCZYK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., and AT&T CORP.,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-02531-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND STAY OF DISCOVERY**<br><br>Courtroom: 4, 17th Floor<br>Judge:　　Hon. Vince Chhabria |

| | | |
|---|---|---|
| 1 | Mark C. Molumphy (168009) | Richard Mithoff |
| | mmolumphy@cpmlegal.com | rmithoff@mithofflaw.com |
| 2 | Alexandra P. Summer (266485) | Janie Jordan |
| | asummer@cpmlegal.com | jjordan@mithofflaw.com |
| 3 | COTCHETT PITRE & McCARTHY LLP | MITTHOFF LAW |
| | San Francisco Airport Office Ctr | One Allen Center – Penthouse |
| 4 | 840 Malcolm Road, Suite 200 | 500 Dallas Street |
| | Burlingame, CA 94010 | Houston, TX 77002 |
| 5 | Telephone:     (650) 697-6000 | Telephone:    (713) 654-1122 |
| | Facsimile:      (650) 697-0577 | Facsimile:     (713) 739-8085 |
| 6 | | |
| | Judith Sadler | Russell Post |
| 7 | jsadler@holmesdiggs.com | rpost@beckredden.com |
| | Cynthia Diggs | BECK REDDEN |
| 8 | cdiggs@holmesdiggs.com | 1221 McKinney Street, Suite 4500 |
| | Rachel A. Smith | Houston, TX 77010-2010 |
| 9 | rsmith@holmesdiggs.com | Telephone:    (713) 951-3700 |
| | HOLMES, DIGGS, EAMES & SADLER | Facsimile:     (713) 951-3720 |
| 10 | 5300 Memorial Drive, Suite 900 | |
| | Houston, TX 77007 | |
| 11 | Telephone:     (713) 802-1777 | |
| | Facsimile:      (713) 802-1779 | |
| 12 | | |
| | Attorneys for Plaintiff | |
| 13 | JAMES KRAWCZYK | |
| 14 | | |
| 15 | Brian E. McGovern, SB#34677 (MO) | Jeffrey S. Ranen, SB #224285 |
| | bmcgovern@mlklw.com | Jeffrey.Ranen@lewisbrisbois.com |
| 16 | Bryan M. Kaemmerer, #SB 52998 (MO) | William C. Sung, SB #280792 |
| | McCARTHY, LEONARD, KAEMMERER, L.C. | LEWIS BRISBOIS BISGAARD & |
| 17 | 825 Maryville Center Drive, Suite 300 | SMITH LLP |
| | St. Louis, Missouri 63017 | 633 West 5th Avenue, Suite 4000 |
| 18 | Telephone: 314.392.5200 | Los Angeles, California 90071 |
| | Facsimile: 314.392.5221 | Telephone: 213.250.1800 |
| 19 | | Facsimile: 213.250.7900 |
| 20 | | Marcus Lee, #SB 281886 |
| | | Marcus.lee@lewisbrisbois.com |
| 21 | | LEWIS BRISBOIS BISGAARD & |
| | | SMITH LLP |
| 22 | | 333 Bush Street, Suite 1100 |
| | | San Francisco, CA 94104-2872 |
| 23 | | Telephone: 415-362-2580 |
| | | Facsimile: 415.434.0882 |
| 24 | Attorneys for Defendant | |
| | DIRECTORY DISTRIBUTING ASSOCIATES, INC. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1    Pursuant to Civil Local Rules 6-2 and 7-12 of the United States District Court for the
2    Northern District of California, Plaintiff James Krawczyk and Defendants AT&T Corp. and
3    Directory Distributing Associates, Inc. ("DDA") (collectively, "the Parties"), by and through their
4    respective counsel of record, hereby respectfully submit the following stipulation:
5    WHEREAS, Plaintiff James Krawczyk filed his Complaint in this action on May 10, 2016
6    (*see* Dkt. No. 1);
7    WHEREAS, on June 16, 2016, Plaintiff and AT&T Corp. stipulated pursuant to Civil
8    Local Rule 6-1(a) to extend the time for AT&T Corp. to plead or otherwise respond to Plaintiff's
9    Complaint from June 16, 2016 to July 18, 2016 (*see* Dkt. No. 21);
10   WHEREAS, on July 13, 2016, the Court ordered that the Initial Case Management
11   Conference is set for August 9, 2016 at 1:30 p.m. and that the Case Management Statement is due
12   by August 2, 2016 (*see* Dkt. No. 27);
13   WHEREAS, on July 18, 2016, AT&T Corp. filed a Motion to Dismiss Complaint
14   Pursuant to Fed. R. Civ. P. 12(b)(6) ("AT&T Corp.'s Motion to Dismiss"), noticing the motion
15   for hearing on October 6, 2016 after meeting and conferring with counsel for Plaintiff regarding a
16   mutually convenient hearing date (*see* Dkt. No. 30);
17   WHEREAS, Plaintiff's opposition to AT&T Corp.'s Motion to Dismiss is presently due
18   by August 1, 2016, and AT&T Corp.'s reply is due by August 8, 2016 (*see* Civ. L.R. 7-3(a), (c));
19   WHEREAS, on July 25, 2016, DDA filed a Motion to Dismiss Complaint Pursuant to
20   Fed. R. Civ. P. 12(b)(6) ("DDA's Motion to Dismiss"), also noticing DDA's Motion to Dismiss
21   for hearing on October 6, 2016 (*see* Dkt. No. 33);
22   WHEREAS, Plaintiff's opposition to DDA's Motion to Dismiss is presently due by
23   August 8, 2016, and DDA's reply is due by August 15, 2016 (*see* Civ. L.R. 7-3(a), (c));
24   WHEREAS, the Parties believe that the opposition and reply briefing schedule for the two
25   motions should be coordinated for the convenience of the Parties and the Court;
26   WHEREAS, AT&T Corp. contends that discovery as to AT&T Corp. should be stayed
27   pending the Court's adjudication of the motions to dismiss and DDA has no objection to such a
28   stay, while Plaintiff is opposed;

1   WHEREAS, AT&T Corp. and Plaintiff have agreed that it would be beneficial to the
2   parties, and would promote judicial economy and efficiency, for the Court to address at the Initial
3   Case Management Conference whether discovery should be stayed pending adjudication of the
4   motions to dismiss;

5   WHEREAS, AT&T Corp. and Plaintiff believe that their respective positions can be
6   succinctly briefed to the Court in a joint letter following the procedure set forth in the Court's
7   Standing Order for discovery disputes (*see* Standing Order ¶ 15);

8   WHEREAS, the Parties have agreed that the opposition and reply briefing schedule for
9   the motions to dismiss should be continued, and discovery stayed, until after the Initial Case
10  Management Conference;

11  NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE, subject to this
12  Court's approval, as follows:

13  1.   Plaintiff's oppositions to AT&T Corp.'s Motion to Dismiss and DDA's Motion to
14  Dismiss shall both be due by August 29, 2016, and AT&T Corp.'s reply and DDA's reply shall
15  both be due by September 22, 2016.

16  2.   All discovery shall be stayed until the Initial Case Management Conference,
17  subject to further orders of the Court at that conference.  Barring further orders of the Court,
18  Initial Disclosures shall be due fourteen (14) days after the Initial Case Management Conference.

19  3.   AT&T Corp. and Plaintiff shall submit a joint letter to the Court addressing
20  whether discovery as to AT&T Corp. should be stayed pending adjudication of AT&T Corp.'s
21  Motion to Dismiss.  The joint letter will be filed by August 3, 2016.

22  **IT IS SO STIPULATED.**
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

| | | |
|---|---|---|
| 1 | Dated: July 26, 2016 | Mark C. Molumphy |
| 2 | | Alexandra P. Summer |
| | | COTCHETT PITRE & MCCARTHY LLP |

Judith Sadler
Cynthia Diggs
Rachel Smith
HOLMES, DIGGS, EAMES & SADLER

Russel Post
BECK REDDEN

Richard Mithoff
Janie Jordan
MITHOFF LAW

By:           /s/ *Richard Mithoff*
_____

RICHARD MITHOFF
Attorneys for Plaintiff
JAMES KRAWCZYK

Dated: July 26, 2016

Jeffrey S. Ranen
William C. Sung
Marcus Lee
LEWIS BRISBOIS BISGAARD & SMITH LLP

Brian E. McGovern
Bryan M. Kaemmerer
McCARTHY, LEONARD, KAEMMERER L.C.

By:           /s/ *William C. Sung*
_____

WILLIAM C. SUNG
Attorneys for Defendant
DIRECTORY DISTRIBUTING ASSOCIATES, INC.

Dated: July 26, 2016

Respectfully submitted,
Julie A. Totten
Leo Moniz
ORRICK HERRINGTON & SUTCLIFFE LLP

By:           */s/ Julie A. Totten*
_____

JULIE A. TOTTEN
Attorneys for Defendant
AT&T CORP.

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Julie A. Totten, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2016, in San Francisco, California.

/s/  Julie A. Totten

JULIE A. TOTTEN
Attorneys for Defendant
AT&T CORP.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Vince Chhabria