UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES KRAWCZYK,

Plaintiff,

v.

DIRECTORY DISTRIBUTING
ASSOCIATES, INC., et al.,

Defendants.

Case No.  3:16-cv-02531-VC   (DMR)

**ORDER GRANTING JOINT REQUEST
TO CONTINUE SETTLEMENT
CONFERENCE, NOTICE OF
RESCHEDULED SETTLEMENT
CONFERENCE AND SETTLEMENT
CONFERENCE ORDER**

Re: Dkt. No. 69

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. The Court is in receipt of the parties' joint request to continue settlement conference [Docket No. 69].  The request is granted.  You are hereby notified that the settlement conference previously scheduled for October 11, 2016 at 10:00 a.m. has been RESCHEDULED to **January 30, 2017 at 10:00 a.m.,** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.   For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov  (click "Calendar - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) on the Friday prior to the scheduled settlement conference.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated August 11, 2016.  [*See* Docket No. 53.]

**IT IS SO ORDERED.**

Dated: September 26, 2016

_____

DONNA M. RYU
United States Magistrate Judge

United States District Court
Northern District of California