**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, SB# 224285
    E-Mail: Jeffrey.Ranen@lewisbrisbois.com
WILLIAM C. SUNG, SB# 280792
    E-Mail: William.Sung@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

MARCUS LEE, SB# 281886
    E-Mail: Marcus.Lee@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

**McCARTHY, LEONARD, KAEMMERER, L.C.**
BRIAN E. MCGOVERN, SB#34677 (MO)*
    E-Mail: bmcgovern@mlklaw.com
BRYAN M. KAEMMERER, SB#52998 (MO)*
    E-Mail: bkaemmerer@mlklaw.com
825 Maryville Centre Drive, Suite 300
St. Louis, Missouri 63017
Telephone: 314.392.5200
Facsimile: 314.392.5221
*Appearing Pro Hac Vice*

Attorneys for Defendant Directory Distributing Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KRAWCZYK, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC. and AT&T CORP.,<br><br>　　　　Defendants. | CASE NO. 3:16-cv-02531-VC<br><br>Honorable Vince Chhabria<br>Courtroom 4<br><br>**DEFENDANT DIRECTORY DISTRIBUTING ASSOCIATES, INC.'S SUGGESTION IN BANKRUPTCY**<br><br>Action Filed:　　May 10, 2016<br>Trial Date:　　　None Set |

**<u>DEFENDANT DIRECTORY DISTRIBUTING ASSOCIATES, INC.'S SUGGESTION IN BANKRUPTCY AND REQUEST FOR APPLICATION OF AUTOMATIC STAY</u>**

COMES NOW Defendant Directory Distributing Associates, Inc., by and through its undersigned counsel, respectfully notifies the Court as follows:

1. On October 14, 2016, Defendant Directory Distributing Associates, Inc. filed a voluntary petition for relief in the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division (the "Bankruptcy Court") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), which is pending before the Honorable Kathy A. Surratt-States as Case No. 16-47428.

2. Pursuant to Section 362 of the Bankruptcy Code, Defendant Directory Distributing Associates, Inc.'s bankruptcy filing caused an automatic stay to be placed on this civil action from and after October 14, 2016 by operation of law.

3. In accordance with the automatic stay, no cause of action arising prior to, or relating to the period prior to, October 14, 2016 (including this action) may be commenced or prosecuted against Defendant Directory Distributing Associates, Inc., and no related judgment may be entered or enforced against Defendant Directory Distributing Associates, Inc. outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay for such specific purpose.

4. Accordingly, Defendant Directory Distributing Associates, Inc. requests the Court to issue a stay of further proceedings against it pending proceedings in the Bankruptcy Court.

DATED: October 17, 2016        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   */s/ William C. Sung*
      Jeffrey S. Ranen
      William C. Sung
      Attorneys for Defendant Directory Distributing Associates, Inc.

1  DATED: October 17, 2016                **McCARTHY, LEONARD, KAEMMERER, L.C.**

                                          By:      */s/ Bryan M. Kaemmerer*
                                                 Brian E. McGovern
                                                 Attorneys for Defendant Directory Distributing
                                                 Associates, Inc.



4832-5815-9419.1                         3                           3:16-cv-02531-VC
DEFENDANT DIRECTORY DISTRIBUTING ASSOCIATES, INC.'S SUGGESTION IN BANKRUPTCY