UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KRAWCZYK,<br><br>             Plaintiff,<br><br>      v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., et al.,<br><br>             Defendants. | Case No.  16-cv-02531-VC<br><br>**ORDER REQUESTING RESPONSE ON EFFECT OF BANKRUPTCY FILING BY DIRECTORY DISTRIBUTING ASSOCIATES, INC.**<br><br>Re: Dkt. Nos. 78, 79 |

By October 25, 2016, the plaintiff should file a response, not to exceed 10 pages, regarding the effect on this case of the bankruptcy of Directory Distributing Associates. The response should address, in addition to other relevant issues, the plaintiff's views on the appropriate forum and process to determine whether the bankruptcy stay applies in this case to the defendants other than Directory Distributing Associates.

**IT IS SO ORDERED.**

Dated: October 18, 2016

_____
VINCE CHHABRIA
United States District Judge