| | |
|---|---|
| Mark C. Molumphy (168009) | Richard Mithoff* |
| mmolumphy@cpmlegal.com | rmithoff@mithofflaw.com |
| Alexandra P. Summer (266485) | Janie Jordan* |
| asummer@cpmlegal.com | jjordan@mithofflaw.com |
| COTCHETT PITRE & McCARTHY LLP | MITHOFF LAW |
| San Francisco Airport Office Ctr | One Allen Center - Penthouse |
| 840 Malcolm Road, Suite 200 | 500 Dallas Street |
| Burlingame, CA 94010 | Houston, TX 77002 |
| T: 650.697.6000 | T: 713.654.1122 |
| F: 650.697.0577 | F: 713.739.8085 |
| | |
| Judith Sadler* | Russell Post* |
| jsadler@holmesdiggs.com | rpost@beckredden.com |
| Cynthia Diggs* | BECK REDDEN |
| cdiggs@holmesdiggs.com | 1221 McKinney Street, Suite 4500 |
| Rachel A. Smith* | Houston, TX 77010-2010 |
| rsmith@holmesdiggs.com | T: 713.951.3700 |
| HOLMES, DIGGS, EAMES & SADLER | F: 713.951.3720 |
| 5300 Memorial Drive, Suite 900 | |
| Houston, TX 77007 | |
| T: 713.802.1777 | |
| F: 713.802.1779 | |

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs and Proposed Collective Members*

*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KRAWCZYK, et al., individually and on behalf of others similarly situated, | Case No. 3:16-cv-02531-VC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER** |
| v. | Courtroom: 4, 17th Floor |
| DIRECTORY DISTRIBUTING ASSOCIATES, INC., AT&T CORP., AT&T INC., AT&T SERVICES, INC., AT&T ADVERTISING, LP, d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC, YP HOLDINGS LLC, and YP SHARED SERVICES, LP, | Judge: Hon. Vince Chhabria |
| Defendants. | |

**Stipulation and [Proposed] Case Management Order**

JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:     (916) 447-9200
Facsimile:      (916) 329-4900

Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

**Stipulation and [Proposed] Case Management Order**                                           1

Pursuant to the Court's instructions at the Case Management Conference on October 11, 2016, Plaintiffs and Defendants AT&T Corp.; AT&T Services, Inc.; YP Holdings LLC; YP Advertising & Publishing LLC, successor to AT&T Advertising, L.P., claiming to be incorrectly sued as AT&T Advertising, LP d/b/a AT&T Advertising and Publishing, d/b/a AT&T Advertising Solutions, d/b/a Pacific Bell Directory, d/b/a YP Western Directory LLC; and YP LLC, successor to YP Shared Services LLC, claiming to be incorrectly sued as YP Shared Services, LP ("Defendants")[1], hereby respectfully submit the following proposed case schedule consistent with the Court's direction at the Conference.

Specifically, after discussion with the Parties, the Court stated that a hearing on the Motion for Conditional Certification should be set in April 2017; a hearing on Motion(s) for Summary Judgment should be set in August 2017; and a hearing on Motion(s) for Decertification should be set in November 2017. The Court stated that a further Case Management Conference should be set to follow the hearing on Motion(s) for Decertification by approximately two weeks, in order for the Court to set the remainder of the case schedule following such Motion(s). The Court made additional case management orders that are reflected in its minute entry following the Conference.

The Parties were instructed by the Clerk to file any proposed case management order within seven days of the Conference. The Court also instructed Plaintiffs to send a proposed schedule consistent with the timing outlined above to Defendants' counsel for their comments before submission, and Plaintiffs did so.

As stated in the Notice of Effect on Remaining Defendants of Bankruptcy Filing By Defendant Directory Distributing Associates, Inc. (Dkt. No. 79), AT&T Corp., AT&T Services, Inc., YP Holdings LLC, YP Advertising & Publishing LLC, and YP LLC believe that the automatic stay imposed by 11 U.S.C. section 362(a) as a result of DDA's bankruptcy Petition also applies to the other defendants, and that a determination of the scope of the automatic stay is

---

[1] Defendants assert that this Court lacks personal jurisdiction over AT&T Inc., which does no business in California. Therefore, AT&T Inc. does not join in this Stipulation and [Proposed] Case Management Order for fear of waiving its defense of lack of personal jurisdiction.

1  a matter that should be left to the jurisdiction of the bankruptcy court.  *See* Dkt. No. 79.  On
2  October 18, 2016, this Court ordered Plaintiffs to file a response.  *See* Order Requesting
3  Response on Effect of Bankruptcy Filing By Directory Distributing Associates, Inc. (Dkt. No.
4  90).  If the stay is not deemed to apply, then AT&T Corp., AT&T Services, Inc., YP Holdings
5  LLC, YP Advertising & Publishing LLC, and YP LLC agree to the schedule below, subject to
6  the parties having a sufficient amount of time to litigate the matter after a determination is made
7  regarding the stay.

Therefore, the parties listed below jointly submit the following proposed schedule consistent with the timing outlined by the Court:

<u>Motion for Conditional Certification</u>
- Motion due:           February 16, 2017
- Oppositions due:      March 16, 2017
- Replies due:          April 6, 2017
- Hearing:              April 20, 2017, at 10:00 a.m.

<u>Motion(s) for Summary Judgment</u>
- Motions due:          June 29, 2017
- Oppositions due:      July 27, 2017
- Replies due:          August 17, 2017
- Hearing:              August 31, 2017, at 10:00 a.m.

<u>Motion(s) for Decertification</u>
- Motions due:          September 14, 2017
- Oppositions due:      October 12, 2017
- Replies due:          November 2, 2017
- Hearing:              November 16, 2017, at 10:00 a.m.

<u>Case Management Conference</u>

- December 5, 2017, at 1:30 p.m.

Dated: October 18, 2016                **COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Alexandra P. Summer*
Mark C. Molumphy
mmolumphy@cpmlegal.com
Alexandra P. Summer
asummer@cpmlegal.com
840 Malcolm Road, Suite. 200
Burlingame, California 94010

T: 650.697.6000/F: 650.697.0577

**MITHOFF LAW**
Richard Mithoff
rmithoff@mithofflaw.com
Janie Jordan
jjordan@mithofflaw.com
500 Dallas Street, Suite 3450
Houston, Texas 77002
T: 713.654.1122/F: 713.739.8085

**HOLMES DIGGS, EAMES & SADLER**
Judith Sadler
jsadler@holmesdiggs.com
Cynthia Diggs
cdiggs@holmesdiggs.com
Rachel A. Smith
rsmith@holmesdiggs.com
5300 Memorial Drive, Suite 900
Houston, Texas 77007
T: 713.802.1777/F: 713.802.1779

**BECK REDDEN LLP**
Russell Post
rpost@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
T: 713.951.3700/F: 713.951.3720

*Attorneys for Plaintiffs and Proposed Collective Members*

Dated: October 18, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP
Julie A. Totten
Leo Moniz

By:       /s/*Julie A. Totten*
             JULIE A. TOTTEN

Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP

**ECF FILING CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Alexandra P. Summer, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

**COTCHETT, PITRE & McCARTHY, LLP**

 /s/ Alexandra P. Summer
ALEXANDRA P. SUMMER

*Attorneys for Plaintiffs*

~~[PROPOSED]~~ **ORDER**

Based on the above Statement and for good cause shown, the Court orders as follows:

<u>Motion for Conditional Certification</u>
- Motion due: February 16, 2017
- Oppositions due: March 16, 2017
- Replies due: April 6, 2017
- Hearing: April 20, 2017, at 10:00 a.m.

<u>Motion(s) for Summary Judgment</u>
- Motions due: June 29, 2017
- Oppositions due: July 27, 2017
- Replies due: August 17, 2017
- Hearing: August 31, 2017, at 10:00 a.m.

<u>Motion(s) for Decertification</u>
- Motions due: September 14, 2017
- Oppositions due: October 12, 2017
- Replies due: November 2, 2017
- Hearing: November 16, 2017, at 10:00 a.m.

<u>Case Management Conference</u>
- December 5, 2017, at 1:30 p.m.

All other deadlines not referenced herein shall remain unchanged.

IT IS SO ORDERED.

Dated: October 21, 2016

_____
Hon. Vince Chhabria
U.S. District Judge