1    JULIE A. TOTTEN (STATE BAR NO. 166470)
     jatotten@orrick.com
2    LEO MONIZ (STATE BAR NO. 285571)
     lmoniz@orrick.com
3    ORRICK, HERRINGTON & SUTCLIFFE LLP
     400 Capitol Mall, Suite 3000
4    Sacramento, California  95814-4497
     Telephone:    (916) 447-9200
5    Facsimile:    (916) 329-4900

6    Attorneys for Defendants
     AT&T CORP.; AT&T SERVICES, INC.; YP
7    HOLDINGS LLC; YP ADVERTISING &
     PUBLISHING LLC, successor to AT&T
8    ADVERTISING, L.P., incorrectly sued as AT&T
     ADVERTISING, LP d/b/a AT&T ADVERTISING
9    AND PUBLISHING, d/b/a AT&T ADVERTISING
     SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY,
10   d/b/a YP WESTERN DIRECTORY LLC; and YP
     LLC, successor to YP SHARED SERVICES LLC,
11   incorrectly sued as YP SHARED SERVICES, LP; and
     Specially Appearing Defendant AT&T INC.

     *Counsel for Plaintiffs listed on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KRAWCZYK, et al., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., AT&T CORP., AT&T INC., AT&T SERVICES, INC., AT&T ADVERTISING, LP, d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC, YP HOLDINGS LLC, and YP SHARED SERVICES, LP,<br><br>Defendants. | Case No. 3:16-cv-02531-VC<br><br>**JOINT STIPULATION ESTABLISHING PLEADING DEADLINES PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>AND ORDER |

| | |
|---|---|
| Mark C. Molumphy (168009)<br>mmolumphy@cpmlegal.com<br>Alexandra P. Summer (266485)<br>asummer@cpmlegal.com<br>COTCHETT PITRE & McCARTHY LLP<br>San Francisco Airport Office Ctr<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone:   (650) 697-6000<br>Facsimile:    (650) 697-0577 | Richard Mithoff*<br>rmithoff@mithofflaw.com<br>Janie Jordan*<br>jjordan@mithofflaw.com<br>MITTHOFF LAW<br>One Allen Center – Penthouse<br>500 Dallas Street<br>Houston, TX 77002<br>Telephone:   (713) 654-1122<br>Facsimile:    (713) 739-8085 |
| Judith Sadler*<br>jsadler@holmesdiggs.com<br>Cynthia Diggs*<br>cdiggs@holmesdiggs.com<br>Rachel A. Smith*<br>rsmith@holmesdiggs.com<br>HOLMES, DIGGS, EAMES & SADLER<br>5300 Memorial Drive, Suite 900<br>Houston, TX 77007<br>Telephone:   (713) 802-1777<br>Facsimile:    (713) 802-1779 | Russell Post*<br>rpost@beckredden.com<br>BECK REDDEN<br>1221 McKinney Street, Suite 4500<br>Houston, TX 77010-2010<br>Telephone:   (713) 951-3700<br>Facsimile:    (713) 951-3720 |

Attorneys for Plaintiff
JAMES KRAWCZYK

*Admitted Pro Hac Vice*

1    Pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern
2    District of California, Plaintiffs James Krawczyk, et al. and Defendants AT&T Corp.; AT&T
3    Services, Inc.; YP Holdings LLC; YP Advertising & Publishing LLC, successor to AT&T
4    Advertising, L.P., which contends it is incorrectly sued as AT&T Advertising, LP d/b/a AT&T
5    Advertising and Publishing, d/b/a AT&T Advertising Solutions, d/b/a Pacific Bell Directory,
6    d/b/a YP Western Directory LLC; and YP LLC, successor to YP Shared Services LLC, which
7    contends it is incorrectly sued as YP Shared Services, LP; and Defendant AT&T Inc., which
8    appears in this matter solely for the purposes of disputing jurisdiction (collectively, the
9    "Stipulating Defendants"), by and through their respective counsel of record, hereby respectfully
10   submit the following stipulation:

11   WHEREAS, prior stipulations and orders extended Defendants' time to file motions to
12   dismiss and the briefing on those motions (*see* Dkt. Nos. 21, 39, 72, 73, and 76) and consolidated
13   the Stipulating Defendants' motions to dismiss the First Amended Complaint into a single
14   hearing on December 1, 2016;

15   WHEREAS, on December 9, 2016, the Court issued an Order on Motions to Dismiss and
16   Strike ("Order") (Dkt. No. 128);

17   WHEREAS, the Court granted Plaintiffs leave to file an amended complaint adding detail
18   with regard to the claims of Plaintiff Estrada for minimum wage or overtime violations of the Fair
19   Labor Standards Act, and set December 23, 2016 as the deadline to file any amended complaint;

20   WHEREAS, the Court denied without prejudice the motion to dismiss for lack of personal
21   jurisdiction of Specially Appearing Defendant AT&T Inc. and authorized jurisdictional discovery
22   to be completed by February 8, 2017;

23   WHEREAS, Plaintiffs James Krawczyk and David Estrada intend to file a Second
24   Amended Complaint by December 23, 2016;

25   WHEREAS, the Court in its Order did not set a date for the Stipulating Defendants to file
26   their answers to the operative First Amended Complaint or Plaintiffs' anticipated Second
27   Amended Complaint;

28   WHEREAS, the Stipulating Defendants wish to avoid filing answers to the First Amended

1 | Complaint when that complaint will shortly be superseded;

2 | WHEREAS, Specially Appearing Defendant AT&T Inc. intends to renew its motion to
3 | dismiss for lack of personal jurisdiction upon the completion of jurisdictional discovery;

4 | NOW, THEREFORE, Plaintiffs and the Stipulating Defendants hereby STIPULATE
5 | AND AGREE as follows:

6 | 1. Defendants AT&T Corp.; AT&T Services, Inc.; YP Holdings LLC; YP
7 | Advertising & Publishing LLC, successor to AT&T Advertising, L.P., which contends it is
8 | incorrectly sued as AT&T Advertising, LP d/b/a AT&T Advertising and Publishing, d/b/a AT&T
9 | Advertising Solutions, d/b/a Pacific Bell Directory, d/b/a YP Western Directory LLC; and YP
10 | LLC, successor to YP Shared Services LLC, which contends it is incorrectly sued as YP Shared
11 | Services, LP, shall have until January 6, 2017 to file their answer(s) to the complaint that is
12 | operative on that date;

13 | 2. Provided that jurisdictional discovery is completed by February 8, 2017 as ordered
14 | by the Court, Plaintiffs shall notify Specially Appearing Defendant AT&T Inc. by March 1, 2017
15 | whether they will agree to voluntarily dismiss AT&T Inc. from this case;

16 | 3. In the event that Plaintiffs do not voluntarily dismiss Specially Appearing
17 | Defendant AT&T Inc., it shall have until March 8, 2017 either to answer the operative complaint
18 | or to renew its challenge to personal jurisdiction;

19 | 4. If Specially Appearing Defendant AT&T Inc. renews its jurisdictional challenge
20 | by March 8, 2017, it need not file any answer until 14 days after the Court determines that AT&T
21 | Inc. is subject to personal jurisdiction in the Northern District of California.

22 | **IT IS SO STIPULATED.**
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

- 3 -  JOINT STIPULATION RE PLEADING DEADLINES
3:16-CV-02531-VC

| | | |
|---|---|---|
| 1 | Dated: December 21, 2016 | Mark C. Molumphy |
| 2 | | Alexandra P. Summer |
| | | COTCHETT PITRE & MCCARTHY LLP |
| 3 | | Judith Sadler |
| 4 | | Cynthia Diggs |
| | | Rachel Smith |
| 5 | | HOLMES, DIGGS, EAMES & SADLER |
| 6 | | Russel Post |
| | | BECK REDDEN |

```
                              Richard Mithoff
                              Janie Jordan
                              MITHOFF LAW

                              By:            /s/ Richard Mithoff
                              _____
                                     RICHARD MITHOFF
                                   Attorneys for Plaintiffs
                                  JAMES KRAWCZYK, et. al.


Dated:  December 21, 2016     Respectfully submitted,
                              Julie A. Totten
                              Leo Moniz
                              ORRICK HERRINGTON & SUTCLIFFE LLP

                              By:           /s/ Julie A. Totten
                              _____
                                      JULIE A. TOTTEN
                                   Attorneys for Defendants
                              AT&T CORP.; AT&T SERVICES, INC.; YP
                                HOLDINGS LLC; YP ADVERTISING &
                                 PUBLISHING LLC, successor to AT&T
                              ADVERTISING, L.P., incorrectly sued as AT&T
                              ADVERTISING, LP d/b/a AT&T ADVERTISING
                                AND PUBLISHING, d/b/a AT&T ADVERTISING
                                SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY,
                                d/b/a YP WESTERN DIRECTORY LLC; and YP
                                LLC, successor to YP SHARED SERVICES LLC,
                                 incorrectly sued as YP SHARED SERVICES, LP.;
                                 and Specially Appearing Defendant AT&T INC.


Date: December 23, 2016
```

**GRANTED**

/s/ Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 4 -   JOINT STIPULATION RE PLEADING DEADLINES
3:16-CV-02531-VC

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Julie A. Totten, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 21, 2016, in Sacramento, California.

*/s/  Julie A. Totten*
JULIE A. TOTTEN
Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP.; and Specially Appearing Defendant AT&T INC.