JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900

Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP; and Specially Appearing Defendant AT&T INC.

*Counsel for Plaintiffs listed on next page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KRAWCZYK, et al., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., AT&T CORP., AT&T INC., AT&T SERVICES, INC., AT&T ADVERTISING, LP, d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC, YP HOLDINGS LLC, and YP SHARED SERVICES, LP,<br><br>Defendants. | Case No. 3:16-cv-02531-VC<br><br>**JOINT STIPULATION ESTABLISHING PLEADING DEADLINES PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>AND ORDER |

| | | |
|---|---|---|
| 1 | Mark C. Molumphy (168009) | Richard Mithoff* |
| | mmolumphy@cpmlegal.com | rmithoff@mithofflaw.com |
| 2 | Alexandra P. Summer (266485) | Janie Jordan* |
| | asummer@cpmlegal.com | jjordan@mithofflaw.com |
| 3 | COTCHETT PITRE & McCARTHY LLP | MITTHOFF LAW |
| | San Francisco Airport Office Ctr | One Allen Center – Penthouse |
| 4 | 840 Malcolm Road, Suite 200 | 500 Dallas Street |
| | Burlingame, CA 94010 | Houston, TX 77002 |
| 5 | Telephone:   (650) 697-6000 | Telephone:   (713) 654-1122 |
| | Facsimile:    (650) 697-0577 | Facsimile:    (713) 739-8085 |
| 6 | | |
| 7 | Judith Sadler* | Russell Post* |
| | jsadler@holmesdiggs.com | rpost@beckredden.com |
| | Cynthia Diggs* | BECK REDDEN |
| 8 | cdiggs@holmesdiggs.com | 1221 McKinney Street, Suite 4500 |
| | Rachel A. Smith* | Houston, TX 77010-2010 |
| 9 | rsmith@holmesdiggs.com | Telephone:   (713) 951-3700 |
| | HOLMES, DIGGS, EAMES & SADLER | Facsimile:    (713) 951-3720 |
| 10 | 5300 Memorial Drive, Suite 900 | |
| | Houston, TX 77007 | |
| 11 | Telephone:   (713) 802-1777 | |
| | Facsimile:    (713) 802-1779 | |
| 12 | | |
| 13 | Attorneys for Plaintiff | |
| | JAMES KRAWCZYK | |
| 14 | | |
| 15 | *Admitted Pro Hac Vice | |

- 1 -

JOINT STIPULATION RE PLEADING DEADLINES
3:16-CV-02531-VC

1	Pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern
2	District of California, Plaintiffs James Krawczyk, et al. and Defendants AT&T Corp.; AT&T
3	Services, Inc.; YP Holdings LLC; YP Advertising & Publishing LLC, successor to AT&T
4	Advertising, L.P., which contends it is incorrectly sued as AT&T Advertising, LP d/b/a AT&T
5	Advertising and Publishing, d/b/a AT&T Advertising Solutions, d/b/a Pacific Bell Directory,
6	d/b/a YP Western Directory LLC; and YP LLC, successor to YP Shared Services LLC, which
7	contends it is incorrectly sued as YP Shared Services, LP; and Defendant AT&T Inc., which
8	appears in this matter solely for the purposes of disputing jurisdiction (collectively, the
9	"Stipulating Defendants"), by and through their respective counsel of record, hereby respectfully
10	submit the following stipulation:

11	WHEREAS, prior stipulations and orders extended Defendants' time to file motions to
12	dismiss and the briefing on those motions (*see* Dkt. Nos. 21, 39, 72, 73, and 76) and consolidated
13	the Stipulating Defendants' motions to dismiss the First Amended Complaint into a single
14	hearing on December 1, 2016;

15	WHEREAS, on December 9, 2016, the Court issued an Order on Motions to Dismiss and
16	Strike ("Order") (Dkt. No. 128);

17	WHEREAS, the Court granted Plaintiffs leave to file an amended complaint adding detail
18	with regard to the claims of Plaintiff Estrada for minimum wage or overtime violations of the Fair
19	Labor Standards Act, and set December 23, 2016 as the deadline to file any amended complaint;

20	WHEREAS, the Court denied without prejudice the motion to dismiss for lack of personal
21	jurisdiction of Specially Appearing Defendant AT&T Inc. and authorized jurisdictional discovery
22	to be completed by February 8, 2017;

23	WHEREAS, Plaintiffs James Krawczyk and David Estrada intend to file a Second
24	Amended Complaint by December 23, 2016;

25	WHEREAS, the Court in its Order did not set a date for the Stipulating Defendants to file
26	their answers to the operative First Amended Complaint or Plaintiffs' anticipated Second
27	Amended Complaint;

28	WHEREAS, the Stipulating Defendants wish to avoid filing answers to the First Amended

Complaint when that complaint will shortly be superseded;

WHEREAS, Specially Appearing Defendant AT&T Inc. intends to renew its motion to dismiss for lack of personal jurisdiction upon the completion of jurisdictional discovery;

NOW, THEREFORE, Plaintiffs and the Stipulating Defendants hereby STIPULATE AND AGREE as follows:

1. Defendants AT&T Corp.; AT&T Services, Inc.; YP Holdings LLC; YP Advertising & Publishing LLC, successor to AT&T Advertising, L.P., which contends it is incorrectly sued as AT&T Advertising, LP d/b/a AT&T Advertising and Publishing, d/b/a AT&T Advertising Solutions, d/b/a Pacific Bell Directory, d/b/a YP Western Directory LLC; and YP LLC, successor to YP Shared Services LLC, which contends it is incorrectly sued as YP Shared Services, LP, shall have until January 6, 2017 to file their answer(s) to the complaint that is operative on that date;

2. Provided that jurisdictional discovery is completed by February 8, 2017 as ordered by the Court, Plaintiffs shall notify Specially Appearing Defendant AT&T Inc. by March 1, 2017 whether they will agree to voluntarily dismiss AT&T Inc. from this case;

3. In the event that Plaintiffs do not voluntarily dismiss Specially Appearing Defendant AT&T Inc., it shall have until March 8, 2017 either to answer the operative complaint or to renew its challenge to personal jurisdiction;

4. If Specially Appearing Defendant AT&T Inc. renews its jurisdictional challenge by March 8, 2017, it need not file any answer until 14 days after the Court determines that AT&T Inc. is subject to personal jurisdiction in the Northern District of California.

**IT IS SO STIPULATED.**

///
///
///
///
///
///

- 3 -   JOINT STIPULATION RE PLEADING DEADLINES
3:16-CV-02531-VC

| | | |
|---|---|---|
| 1 | Dated:  December 21, 2016 | Mark C. Molumphy |
| 2 | | Alexandra P. Summer |
| | | COTCHETT PITRE & MCCARTHY LLP |

Judith Sadler
Cynthia Diggs
Rachel Smith
HOLMES, DIGGS, EAMES & SADLER

Russel Post
BECK REDDEN

Richard Mithoff
Janie Jordan
MITHOFF LAW

By: _____/s/ *Richard Mithoff*_____
RICHARD MITHOFF
Attorneys for Plaintiffs
JAMES KRAWCZYK, et. al.

Dated:  December 21, 2016

Respectfully submitted,
Julie A. Totten
Leo Moniz
ORRICK HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Julie A. Totten*_____
JULIE A. TOTTEN
Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP.; and Specially Appearing Defendant AT&T INC.

Date: December 23, 2016

**GRANTED**
*Judge Vince Chhabria*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 4 -

JOINT STIPULATION RE PLEADING DEADLINES
3:16-CV-02531-VC

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Julie A. Totten, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2016, in Sacramento, California.

*/s/  Julie A. Totten*
JULIE A. TOTTEN
Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP.; and Specially Appearing Defendant AT&T INC.