UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KRAWCZYK,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-02531-VC<br><br>**ORDER DENYING MOTION TO TRANSFER WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 144 |

Because there are at least some colorable arguments for adjudicating the *Walker* and *Krawczyk* cases in the Northern District of California rather than in the Eastern District of Missouri, the motion to transfer this case is denied so that the plaintiffs may pursue their arguments regarding the proper venue for these cases in the Missouri courts. Denial of this motion to transfer is without prejudice to refiling it if the plaintiffs are unable to convince the Missouri courts that the *Walker* case should be transferred to this court.

**IT IS SO ORDERED.**

Dated: August 15, 2017

_____
VINCE CHHABRIA
United States District Judge