Mark C. Molumphy (168009)
mmolumphy@cpmlegal.com
Alexandra P. Summer (266485)
asummer@cpmlegal.com
COTCHETT PITRE & McCARTHY LLP
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA  94010
T: 650.697.6000
F: 650.697.0577

Judith Sadler*
jsadler@holmesdiggs.com
Cynthia Diggs*
cdiggs@holmesdiggs.com
Rachel A. Smith*
rsmith@holmesdiggs.com
HOLMES, DIGGS, EAMES & SADLER
5300 Memorial Drive, Suite 900
Houston, TX 77007
T: 713.802.1777
F: 713.802.1779

Richard Mithoff*
rmithoff@mithofflaw.com
Janie Jordan*
jjordan@mithofflaw.com
MITHOFF LAW
One Allen Center - Penthouse
500 Dallas Street
Houston, TX 77002
T: 713.654.1122
F: 713.739.8085

Russell Post*
rpost@beckredden.com
BECK REDDEN
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
T: 713.951.3700
F: 713.951.3720

*Admitted Pro Hac Vice

Attorneys for Plaintiff and Proposed Collective
Members

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KRAWCZYK, et al., individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIRECTORY DISTRIBUTING ASSOCIATES, INC., AT&T CORP., AT&T INC., AT&T SERVICES, INC., AT&T ADVERTISING, LP, d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC, YP HOLDINGS LLC, and YP SHARED SERVICES, LP, <br><br> Defendants. | Case No. 3:16-cv-02531-VC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Judge: Hon. Vince Chhabria |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

1 | TO THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |      PLEASE TAKE NOTICE that after May 4, 2018, Alexandra P. Summer will no longer

3 | be an attorney at the law firm of Cotchett, Pitre & McCarthy, LLP and therefore hereby

4 | withdraws as counsel for Plaintiff.  Ms. Summer should be removed from the Court's service list

5 | with respect to this action.  Attorneys at the law firms of Cotchett, Pitre & McCarthy, Mithoff

6 | Law, Holmes Diggs, Eames & Sadler, and Beck Redden continue to represent Plaintiff as

7 | reflected on the docket and should continue to receive filings in this action accordingly.

8 | Dated:  May 4, 2018          Respectfully submitted,

9 |           COTCHETT, PITRE & McCARTHY, LLP

11 |           ALEXANDRA P. SUMMER

12 |           San Francisco Airport Office Center

13 |           840 Malcolm Road, Suite 200
          Burlingame, CA 94010

14 |           Telephone: (650) 697-6000
          Facsimile: (650) 697-0577

15 |           asummer@cpmlegal.com

16 |           *Attorneys for Plaintiff*

**NOTICE OF WITHDRAWAL OF COUNSEL;** Case No. 3:16-cv-02531-VC     1