JEFFREY N. BROWN, (STATE BAR NO. 105520)
jbrown@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

DAVID A. WARFIELD (pro hac vice)
dwarfield@thompsoncoburn.com
THOMPSON COBURN LLP
One U.S. Bank Plaza, Suite 3500
St. Louis, MO 63101
Tel:  314.552.6000 / Fax: 314.552.7000

Attorneys for John P. Vaclavek, Chapter 11
Trustee for Defendant Directory Distributing
Associates, Inc.

*Additional counsel listed on next page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KRAWCZYK, et al., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., AT&T CORP., AT&T INC., AT&T SERVICES, INC., AT&T ADVERTISING, LP, d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC, YP HOLDINGS LLC, and YP SHARED SERVICES, LP,<br><br>Defendants. | Case No. 3:16-cv-02531-VC<br><br>**JOINT STATUS REPORT**<br>Courtroom: 4, 17th Floor<br>Judge:      Hon. Vince Chhabria |

4144-9160-1942.1

| | | |
|---|---|---|
| 1 | Mark C. Molumphy (STATE BAR NO. 168009) | Richard Mithoff* |
| 2 | mmolumphy@cpmlegal.com | rmithoff@mithofflaw.com |
|   | COTCHETT PITRE & McCARTHY LLP | Janie Jordan* |
| 3 | San Francisco Airport Office Ctr | jjordan@mithofflaw.com |
|   | 840 Malcolm Road, Suite 200 | MITTHOFF LAW |
| 4 | Burlingame, CA 94010 | One Allen Center – Penthouse |
|   | Telephone:    (650) 697-6000 | 500 Dallas Street |
| 5 | Facsimile:    (650) 697-0577 | Houston, TX 77002 |
|   | | Telephone:    (713) 654-1122 |
| 6 | Judith Sadler* | Facsimile:    (713) 739-8085 |
| 7 | jsadler@holmesdiggs.com | |
|   | Cynthia Diggs* | Russell Post* |
| 8 | cdiggs@holmesdiggs.com | rpost@beckredden.com |
|   | Rachel A. Smith* | BECK REDDEN |
| 9 | rsmith@holmesdiggs.com | 1221 McKinney Street, Suite 4500 |
|   | HOLMES, DIGGS, EAMES & SADLER | Houston, TX 77010-2010 |
| 10| 5300 Memorial Drive, Suite 900 | Telephone:    (713) 951-3700 |
|   | Houston, TX 77007 | Facsimile:    (713) 951-3720 |
| 11| Telephone:    (713) 802-1777 | |
| 12| Facsimile:    (713) 802-1779 | |

13  \* *Admitted Pro Hac Vice*

14  Attorneys for Plaintiffs
15  JAMES KRAWCZYK, ET AL.

16

17  JULIE A. TOTTEN (STATE BAR NO. 166470)
    jatotten@orrick.com
18  MARC A. LEVINSON (STATE BAR NO. 57613)
    malevinson@orrick.com
19  LEO MONIZ (STATE BAR NO. 285571)
    lmoniz@orrick.com
20  NICHOLAS J. HORTON (STATE BAR NO. 289417)
    nhorton@orrick.com
21  ORRICK, HERRINGTON & SUTCLIFFE LLP
22  400 Capitol Mall, Suite 3000
    Sacramento, California  95814-4497
23  Telephone:    (916) 447-9200
    Facsimile:    (916) 329-4900
24  Attorneys for Defendants
25  AT&T CORP.; AT&T SERVICES, INC.; YP
    HOLDINGS LLC; YP ADVERTISING &
26  PUBLISHING LLC, successor to AT&T
    ADVERTISING, L.P., incorrectly sued as AT&T
27  ADVERTISING, LP d/b/a AT&T ADVERTISING
    AND PUBLISHING, d/b/a AT&T ADVERTISING
28

- 1 -

JOINT STATUS REPORT
3:16-CV-02531-VC

| | |
|---|---|
| 1 | SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP, and Specially Appearing Defendant AT&T INC. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

COMES NOW John P. Vaclavek, in his capacity as the Chapter 11 Trustee of Directory Distributing Associates, Inc. ("DDA"), together with each of the other undersigned parties to this litigation (the "Litigation Parties") and hereby submits this Joint Status Report.

1. On January 18, 2018, the Litigation Parties filed a Joint Status Report (dkt. # 164) (the "Previous Status Report") informing this Court that mediation (the "Mediation") was scheduled for August 7-8, 2018. The Mediation involved three proceedings: (a) this case, (b) an adversary proceeding raising similar issues pending in the United States Bankruptcy Court for the Eastern District of Missouri[1], and (c) DDA's Chapter 11 bankruptcy case, also pending in the United States Bankruptcy Court for the Eastern District of Missouri (collectively, the "Proceedings").

2. Consistent with the commitment in paragraph 7 of the Previous Status Report, the Litigation Parties submit this Joint Status Report.[2]

3. The Mediation occurred, as scheduled, on August 7-8, 2018. The mediators were Mark Rudy, Esq. and Hon. Steven Rhodes (Ret.). All of the Litigation Parties, through counsel and/or clients, attended the Mediation. The Trustee has asserted avoidable transfer claims against the four trusts that own substantially all of the stock in DDA, and representatives of the trusts, together with their counsel, also attended the Mediation.

4. The Mediation was unsuccessful.

5. The Litigation Parties intend to submit a Case Management Statement on or before September 18, 2018 and to appear at the Case Management Conference on September 25, 2018, as required by the text order entered on January 22, 2018.

---

[1] A motion for withdrawal of reference is pending in this adversary proceeding.

[2] Paragraph 7 of the Previous Status Report stated that the Litigation Parties would file a second status report on the earlier of (a) fourteen business days following conclusion of the Mediation, or (b) August 31, 2018.

4144-9160-1942.1

```
1
2   Dated:  August 27, 2018         Jeffrey N. Brown
3                                   David A. Warfield
                                    THOMPSON COBURN LLP
4
                                    By:        /s/ David A. Warfield
5                                           DAVID A. WARFIELD
                                       Attorneys for John P. Vaclavek,
6                                   Chapter 11 Trustee for Defendant DIRECTORY
7                                       DISTRIBUTING ASSOCIATES, INC.

8   Dated:  August 27, 2018         Mark C. Molumphy
                                    COTCHETT PITRE & MCCARTHY LLP
9
10                                  Judith Sadler
                                    Cynthia Diggs
11                                  Rachel Smith
                                    HOLMES, DIGGS, EAMES & SADLER
12
                                    Russell Post
13                                  BECK REDDEN

14                                  Richard Mithoff
                                    Janie Jordan
15
16                                  MITHOFF LAW
                                    By:        /s/ Richard Mithoff
17                                          RICHARD MITHOFF
                                          Attorneys for Plaintiffs
18                                       JAMES KRAWCZYK, ET AL.
```

- 4 -

JOINT STATUS REPORT
3:16-CV-02531-VC

4144-9160-1942.1

| | |
|---|---|
| Dated:  August 27, 2018 | Julie A. Totten<br>Marc A. Levinson<br>Leo Moniz<br>Nick Horton<br><br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>By:           */s/  Julie A. Totten*<br>JULIE A. TOTTEN<br>Attorneys for Defendants AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP; and Specially Appearing Defendant AT&T Inc. |

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, David A. Warfield, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 27, 2018, in St. Louis, Missouri.

                               */s/  David A. Warfield*
                              DAVID A. WARFIELD
                      Attorneys for John P. Vaclavek,
               Chapter 11 Trustee for Defendant DIRECTORY
                    DISTRIBUTING ASSOCIATES, INC.