1  JEFFREY N. BROWN, (STATE BAR NO. 105520)
   jbrown@thompsoncoburn.com
2  THOMPSON COBURN LLP
   2029 Century Park East, 19th Floor
3  Los Angeles, California 90067
   Tel: 310.282.2500 / Fax: 310.282.2501
4

5  DAVID A. WARFIELD (pro hac vice)
   dwarfield@thompsoncoburn.com
6  THOMPSON COBURN LLP
   One U.S. Bank Plaza, Suite 3500
7  St. Louis, MO 63101
   Tel:  314.552.6000 / Fax: 314.552.7000
8

   Attorneys for John P. Vaclavek, Chapter 11
9  Trustee for Defendant Directory Distributing
   Associates, Inc.
10

   *Additional counsel listed on next page*

11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES KRAWCZYK, et al., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., AT&T CORP., AT&T INC., AT&T SERVICES, INC., AT&T ADVERTISING, LP, d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC, YP HOLDINGS LLC, and YP SHARED SERVICES, LP,<br><br>Defendants. | Case No. 3:16-cv-02531-VC<br><br>**SECOND JOINT CASE MANAGEMENT STATEMENT**<br>Courtroom: 4, 17th Floor<br>Judge:    Hon. Vince Chhabria |

| | |
|---|---|
| Mark C. Molumphy (STATE BAR NO. 168009)<br>mmolumphy@cpmlegal.com<br>COTCHETT PITRE & McCARTHY LLP<br>San Francisco Airport Office Ctr.<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone:      (650) 697-6000<br>Facsimile:       (650) 697-0577 | Richard Mithoff*<br>rmithoff@mithofflaw.com<br>Janie Jordan*<br>jjordan@mithofflaw.com<br>MITTHOFF LAW<br>One Allen Center – Penthouse<br>500 Dallas Street<br>Houston, TX 77002<br>Telephone:     (713) 654-1122<br>Facsimile:      (713) 739-8085 |
| Judith Sadler*<br>jsadler@holmesdiggs.com<br>Cynthia Diggs*<br>cdiggs@holmesdiggs.com<br>Rachel A. Smith*<br>rsmith@holmesdiggs.com<br>HOLMES, DIGGS, EAMES & SADLER<br>5300 Memorial Drive, Suite 900<br>Houston, TX 77007<br>Telephone:      (713) 802-1777<br>Facsimile:       (713) 802-1779 | Russell Post*<br>rpost@beckredden.com<br>BECK REDDEN<br>1221 McKinney Street, Suite 4500<br>Houston, TX 77010-2010<br>Telephone:     (713) 951-3700<br>Facsimile:      (713) 951-3720 |

*Admitted Pro Hac Vice*

Attorneys for Plaintiffs
JAMES KRAWCZYK, ET AL.


JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
NICHOLAS J. HORTON (STATE BAR NO. 289417)
nhorton@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:      (916) 447-9200
Facsimile:       (916) 329-4900

Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP, and Specially Appearing Defendant AT&T INC.

- 1 -

SECOND JOINT CASE MANAGEMENT STATEMENT
3:16-CV-02531-VC

COMES NOW John P. Vaclavek, in his capacity as the Chapter 11 Trustee (the "Chapter 11 Trustee") of Directory Distributing Associates, Inc. ("DDA"), together with each of the other undersigned parties to this litigation (the "Litigation Parties") and hereby submits this Joint Case Management Report.

1. This Second Joint Case Management Report is filed in response to the minute entry order dated January 22, 2018 (dkt. # 166).

2. On January 18, 2018, the Litigation Parties filed a Joint Status Report (dkt. # 164) (the "Previous Status Report") informing this Court that mediation (the "Mediation") was scheduled for August 7-8, 2018. The Mediation involved three proceedings: (a) this case, (b) an adversary proceeding raising similar issues pending in the Bankruptcy Court (the "Adversary Proceeding")[1], and (c) DDA's Chapter 11 bankruptcy case, including certain of the Trustee's avoidable transfer claims against the four trusts that own all of the stock in DDA (the "Shareholder Trusts").

3. The Mediation occurred, as scheduled, on August 7-8, 2018. The mediators were Mark Rudy, Esq. and Hon. Steven Rhodes (Ret.). All of the Litigation Parties, through counsel and/or clients, attended the Mediation. As noted above, the Chapter 11 Trustee has also asserted avoidable transfer claims against the Shareholder Trusts, and representatives of the Shareholder Trusts, together with their counsel, also attended the Mediation.

4. The Mediation was unsuccessful, and the Mediators have declared an impasse. In light of such declaration, pursuant to the Bankruptcy Court's October 18, 2017 Order Granting Motion to Compel Mediation, the stay is lifted for the sole purposes of (a) permitting the Litigation Parties to pursue motions to change venue of this case and (b) seeking withdrawal of the reference of the Adversary Proceeding.[2]

5. Since this case has been stayed, there have been no other material developments or events since the First Case Management Statement was filed.

---

[1] A motion for withdrawal of reference is pending in the Adversary Proceeding.

Dated:  September 15, 2018        Jeffrey N. Brown
                                  David A. Warfield
                                  THOMPSON COBURN LLP

                                  By:        /s/ David A. Warfield
                                         DAVID A. WARFIELD
                                     Attorneys for John P. Vaclavek,
                           Chapter 11 Trustee for Defendant DIRECTORY DISTRIBUTING
                                         ASSOCIATES, INC.

Dated:  September 15, 2018        Mark C. Molumphy
                                  COTCHETT PITRE & MCCARTHY LLP

                                  Judith Sadler
                                  Cynthia Diggs
                                  Rachel Smith
                                  HOLMES, DIGGS, EAMES & SADLER

                                  Russell Post
                                  BECK REDDEN

                                  Richard Mithoff
                                  Janie Jordan

                                  MITHOFF LAW
                                  By:        /s/ Richard Mithoff
                                         RICHARD MITHOFF
                                         Attorneys for Plaintiffs
                                     JAMES KRAWCZYK, ET AL.

Dated:  September 15, 2018        Julie A. Totten
                                  Marc A. Levinson
                                  Leo Moniz
                                  Nick Horton

                                  ORRICK HERRINGTON & SUTCLIFFE LLP
                                  By:        /s/ Julie A. Totten
                                         JULIE A. TOTTEN
                    Attorneys for Defendants AT&T CORP.; AT&T SERVICES, INC.;
                    YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC,
                     successor to AT&T ADVERTISING, L.P., incorrectly sued as
                     AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND
                     PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a
                          PACIFIC BELL DIRECTORY, d/b/a YP WESTERN
                         DIRECTORY LLC; and YP LLC, successor to YP SHARED
                        SERVICES LLC, incorrectly sued as YP SHARED SERVICES,
                         LP; and Specially Appearing Defendant AT&T Inc.

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, David A. Warfield, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 15, 2018, in St. Louis, Missouri.

                                                */s/  David A. Warfield*
                                                DAVID A. WARFIELD
                                                Attorneys for John P. Vaclavek,
                                                Chapter 11 Trustee for Defendant DIRECTORY
                                                DISTRIBUTING ASSOCIATES, INC.