1  JEFFREY N. BROWN, (STATE BAR NO. 105520)
   jbrown@thompsoncoburn.com
2  THOMPSON COBURN LLP
   2029 Century Park East, 19th Floor
3  Los Angeles, California 90067
   Tel: 310.282.2500 / Fax: 310.282.2501
4
5  DAVID A. WARFIELD (pro hac vice)
   dwarfield@thompsoncoburn.com
6  THOMPSON COBURN LLP
   One U.S. Bank Plaza, Suite 3500
7  St. Louis, MO 63101
   Tel:  314.552.6000 / Fax: 314.552.7000
8
9  Attorneys for John P. Vaclavek, Chapter 11
   Trustee for Defendant Directory Distributing
10 Associates, Inc.

*Additional counsel listed on next page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES KRAWCZYK, et al., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC., AT&T CORP., AT&T INC., AT&T SERVICES, INC., AT&T ADVERTISING, LP, d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC, YP HOLDINGS LLC, and YP SHARED SERVICES, LP,<br><br>Defendants. | Case No. 3:16-cv-02531-VC<br><br>**THIRD JOINT CASE MANAGEMENT STATEMENT**<br>Courtroom: 4, 17th Floor<br>Judge:    Hon. Vince Chhabria |

| | |
|---|---|
| Mark C. Molumphy (STATE BAR NO. 168009) | Richard Mithoff* |
| mmolumphy@cpmlegal.com | rmithoff@mithofflaw.com |
| COTCHETT PITRE & McCARTHY LLP | Janie Jordan* |
| San Francisco Airport Office Ctr. | jjordan@mithofflaw.com |
| 840 Malcolm Road, Suite 200 | MITTHOFF LAW |
| Burlingame, CA 94010 | One Allen Center – Penthouse |
| Telephone: (650) 697-6000 | 500 Dallas Street |
| Facsimile: (650) 697-0577 | Houston, TX 77002 |
| | Telephone: (713) 654-1122 |
| Judith Sadler* | Facsimile: (713) 739-8085 |
| jsadler@holmesdiggs.com | |
| Cynthia Diggs* | Russell Post* |
| cdiggs@holmesdiggs.com | rpost@beckredden.com |
| Rachel A. Smith* | BECK REDDEN |
| rsmith@holmesdiggs.com | 1221 McKinney Street, Suite 4500 |
| HOLMES, DIGGS, EAMES & SADLER | Houston, TX 77010-2010 |
| 5300 Memorial Drive, Suite 900 | Telephone: (713) 951-3700 |
| Houston, TX 77007 | Facsimile: (713) 951-3720 |
| Telephone: (713) 802-1777 | |
| Facsimile: (713) 802-1779 | |

*Admitted Pro Hac Vice*

Attorneys for Plaintiffs
JAMES KRAWCZYK, ET AL.


JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
LEO MONIZ (STATE BAR NO. 285571)
lmoniz@orrick.com
NICHOLAS J. HORTON (STATE BAR NO. 289417)
nhorton@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Attorneys for Defendants
AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP, and Specially Appearing Defendant AT&T INC.

COMES NOW John P. Vaclavek, in his capacity as the Chapter 11 Trustee (the "**Chapter 11 Trustee**") of Directory Distributing Associates, Inc. ("**DDA**"), together with each of the other undersigned parties to this litigation (the "**Litigation Parties**") and hereby submits this Third Joint Case Management Report.

**INTRODUCTION**

1. This Third Joint Case Management Report is filed in response to the minute entry order dated September 25, 2018 (ECF No. 170) and it updates and supplements the Joint Status Report filed on January 18, 2018 (ECF No. 164) and the Second Joint Case Management Statement filed on September 15, 2018 (ECF No. 169).

2. Since this case has been stayed, there have been no other material developments or events since the Second Case Management Statement was filed. However, there have been developments since the filing of the Second Joint Case Management Report in other cases that involve the Litigation Parties (and others).

3. There is another case alleging DDA and certain co-defendants are liable under the Fair Labor Standards Act: <u>Walker et al. vs. Directory Distributing Associates., Inc. et al.</u> Adv. Proc. No. 17-04020-659 pending in the Bankruptcy Court (the "**Walker Case**"). At the last status conference in this case on September 25, 2018, counsel for the Plaintiffs advised the Court that they intended to seek a hearing on their motions to withdraw the bankruptcy reference and, thereafter, seek to transfer the Walker Case to this Court. The Court scheduled a telephone status conference for January 15, 2019, to determine the status of those matters and any other proceedings in the Bankruptcy Case (as defined in paragraph 4 below) and the Walker Case. Paragraphs 5 through 10 describe recent developments in the Walker Case.

4. The Chapter 11 Trustee was appointed on February 15, 2017 in DDA's bankruptcy case, <u>In re Directory Distributing Associates, Inc.</u>, Case No. 16-47428, which is pending in the United States Bankruptcy Court for the Eastern District of Missouri (the "**Bankruptcy Case**" pending in the "**Bankruptcy Court**"). Paragraphs 11 through 15 describe the events occurring in the Bankruptcy Case since the filing of the Second Joint Case Management Report.

- 2 -   THIRD JOINT CASE MANAGEMENT STATEMENT
3:16-CV-02531-VC

**UPDATE ON WITHDRAWAL OF REFERENCE MOTION IN THE WALKER CASE**

5.   The Walker Case originally was filed in Texas state court. Following its bankruptcy filing, and before the appointment of the Chapter 11 Trustee, DDA removed the Walker Case to the United States Bankruptcy Court for the Southern District of Texas (the "**Texas Bankruptcy Cour**t"). The Walker Plaintiffs then filed a motion to withdraw the reference of the Walker Case under 28 U.S.C. § 157(d) ("**Withdrawal Motion**"). DDA also filed a motion to transfer venue of the Walker Case to the Bankruptcy Court and the Walker Plaintiffs moved to transfer venue to this Court.

6.   The two corporate defendants in the Walker Case, AT&T Corp. and DDA,[1] opposed the withdrawal of the reference. The Texas Bankruptcy Court did not rule on the Withdrawal Motion but it did transfer venue of the Walker Case to the Bankruptcy Court in Missouri. In re Directory Distributing Associates, Inc., 566 B.R. 869 (Bankr. S.D. Tex. 2017).

7.   Pursuant to its Local Rules, the Bankruptcy Court transmitted the Withdrawal Motion to the United States District Court for the Eastern District of Missouri (the "Missouri District Court") for resolution. The Missouri District Court assigned a separate case number for the matter, Case No. 4:17-cv-01229-HEA. The Honorable Henry E. Autrey, United States District Judge, is presiding over the matter.

8.   The Missouri District Court has not yet ruled on the Withdrawal Motion. On November 20, 2018, the Walker Plaintiffs filed a Motion for Hearing on Motion to Withdraw Reference (Dist. Court ECF No. 42), which asked the Missouri District Court to set the Withdrawal Motion for a hearing or to grant the Withdrawal Motion ("**Motion for Hearing/Ruling**"). On November 26, 2018, the Chapter 11 Trustee filed an objection to the Motion for Hearing/Ruling (Dist. Court ECF No. 43). The Missouri District Court thereafter scheduled a January 16, 2019 hearing on the Withdrawal Motion.

9.   On January 8, 2019, the Trustee filed his response to the Withdrawal Motion. The plaintiffs in the Walker Case intend to file a reply to that response.

10.   The hearing scheduled for January 16, 2019 in the Walker Case may have some bearing on this Court's plan for a telephone status conference scheduled for January 15, 2019. The Litigation

---

[1] DDA's opposition was filed before the appointment of the Chapter 11 Trustee.

1  Parties are prepared to participate in that telephone conference or to accommodate any other schedule that
2  the Court prefers to order.

3  **UPDATE ON DDA'S BANKRUPTCY CASE**

4  11.  On November 19-20, 2018, the Chapter 11 Trustee filed a series of pleadings in the
5  Bankruptcy Case as follows:

6      a.  Plan of Liquidation Proposed by John P. Vaclavek, Chapter 11 Trustee (BK ECF No.
7          259) (the "**Plan**");

8      b.  Disclosure Statement Pursuant to §1125 of the Bankruptcy Code for the Plan of
9          Liquidation Proposed by John P. Vaclavek, Chapter 11 Trustee (BK ECF No. 260)
10         (the "**Disclosure Statement**");

11     c.  Motion of Chapter 11 Trustee to Estimate Claims Arising Out of Fair Labor Standards
12         Act Litigation (BK ECF No. 265 (the "**Estimation Motion**");

13     d.  Motion for Order (A) Scheduling Hearings on Various Motions Filed in Connection
14         with the Chapter 11 Trustee's Proposed Chapter 11 Plan and Accompanying
15         Disclosure Statement, (B) Approving Procedures to Identify Recipients of the Notice
16         of Such Hearings; (C) Approving the Form and Manner of Such Notices; and (D)
17         Related Relief (BK ECF No. 261) (the "**Scheduling Motion**");

18     e.  Motion for Entry of an Order (A) Approving Solicitation and Notice Procedures With
19         Respect To Confirmation of the Plan; (B) Establishing Voting Deadlines and
20         Procedures for Vote Tabulation; (C) Temporarily Allowing Certain Claims for
21         Purposes of Voting; (D) Establishing Procedures for the Estimation of Certain Claims;
22         (E) Scheduling A Hearing On Confirmation of Plan; and (F) Granting Related Relief
23         (BK ECF No. 264) (the "**Plan Procedures Motion**"); and

24     f.  Trustee's Application Under 28 U.S.C. § 156(c) for Entry of an Order Appointing
25         Epiq Corporate Restructuring, LLC as Noticing Agent (BK ECF No. 262) (the "**Epiq**
26         **Retention Application**").

12. On December 6, 2018, the plaintiffs in this case[2] filed a Combined Objection to the Scheduling Motion and the Epiq Retention Application (BK ECF No. 273) (the "**Combined Objection**").

13. On December 12, 2018, the Bankruptcy Court conducted a hearing on the Scheduling Motion and on the Epiq Retention Application. After hearing the arguments of counsel, the Bankruptcy Court orally overruled the Combined Objection and scheduled a hearing for February 7, 2019 on (a) the adequacy of the Disclosure Statement, (b) the Estimation Motion, and (c) the Plan Procedures Motion. The Bankruptcy Court also approved the Chapter 11 Trustee's request to retain Epiq Corporate Restructuring LLC ("**Epiq**"). At the December 12, 2018 hearing, the Bankruptcy Court also permitted the Plaintiffs an opportunity to comment on the contents of the notice to be provided to the FLSA claimants (the "**Hearing Notice**"). On December 20, 2018, the Bankruptcy Court conducted a second hearing where it resolved some disputes among the parties about the content of the Hearing Notice.

14. To memorialize its December 12 and December 20 rulings, the Bankruptcy Court thereafter entered its Order (A) Scheduling A Hearing on the Chapter 11 Trustee's Disclosure Statement and Certain Motions Filed in Connection Therewith, (B) Approving Procedures to Identify Recipients of the Notice of Such Hearing, (C) Approving the Form and Manner of Such Notice, and (D) Granting Certain Related Relief (BK ECF No. 283) (the "**Notice Order**"). On December 28, 2018, Epiq mailed the approved form of the Hearing Notice to all individuals on the FLSA Claimant Address List (as that phrase is defined in the Notice Order).

15. On December 28, 2018, Epiq mailed the Hearing Notice approved by the Bankruptcy Court in the Notice Order to over 43,000 individuals who may hold claims against DDA. The website established by Epiq and described in the Notice Order was activated on December 29, 2018.

---

[2] The Combined Objection was filed by counsel who represents the conditionally certified collective in the Walker Case and the named plaintiffs in this action, for which no collective has yet been certified.

Dated: January 8, 2019

Jeffrey N. Brown
David A. Warfield
THOMPSON COBURN LLP

By:       /s/ *David A. Warfield*
      DAVID A. WARFIELD
Attorneys for John P. Vaclavek,
Chapter 11 Trustee for Defendant DIRECTORY DISTRIBUTING ASSOCIATES, INC.

Dated: January 8, 2019

Mark C. Molumphy
COTCHETT PITRE & MCCARTHY LLP

Judith Sadler
Cynthia Diggs
Rachel Smith
HOLMES, DIGGS, EAMES & SADLER

Russell Post
BECK REDDEN

Richard Mithoff
Janie Jordan

MITHOFF LAW
By:       /s/ *Richard Mithoff*
      RICHARD MITHOFF
Attorneys for Plaintiffs
JAMES KRAWCZYK, ET AL.

Dated: January 8, 2019

Julie A. Totten
Marc A. Levinson
Leo Moniz
Nick Horton

ORRICK HERRINGTON & SUTCLIFFE LLP
By:       /s/ *Julie A. Totten*
      JULIE A. TOTTEN
Attorneys for Defendants AT&T CORP.; AT&T SERVICES, INC.; YP HOLDINGS LLC; YP ADVERTISING & PUBLISHING LLC, successor to AT&T ADVERTISING, L.P., incorrectly sued as AT&T ADVERTISING, LP d/b/a AT&T ADVERTISING AND PUBLISHING, d/b/a AT&T ADVERTISING SOLUTIONS, d/b/a PACIFIC BELL DIRECTORY, d/b/a YP WESTERN DIRECTORY LLC; and YP LLC, successor to YP SHARED SERVICES LLC, incorrectly sued as YP SHARED SERVICES, LP; and Specially Appearing Defendant AT&T Inc.

- 7 -

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, David A. Warfield, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed January 8, 2019, in St. Louis, Missouri.

*/s/  David A. Warfield*
DAVID A. WARFIELD
Attorneys for John P. Vaclavek,
Chapter 11 Trustee for Defendant DIRECTORY
DISTRIBUTING ASSOCIATES, INC.
